IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1264-SLR |
| | ) | |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC. AND OVERSTOCK.COM, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Defendants Amazon.com, Inc.'s and Amazon Services, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories were caused to be served on February 9, 2005 and (2) Defendant Amazon.com, Inc.'s Responses to Plaintiff's First Set of Requests for Documents and Things (Nos. 1-100) were caused to be served on February 22, 2005 upon the following counsel of record in the manner indicated below:

**BY E-MAIL AND FEDERAL EXPRESS**

    Steven J. Balick, Esquire
    John G. Day, Esquire
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19899

    Ronald J. Schultz, Esquire
    Niall A. MacLeod, Esquire
    Robins, Kaplan, Miller & Ciresi L.L.P.
    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, MN 55402-2015

**BY E-MAIL AND REGULAR MAIL**

John F. Luman, III, Esquire
Glenn A. Ballard, Jr., Esquire
Bracewell & Patterson LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Jeffrey R. Chanin, Esquire
Wendy J. Thurm, Esquire
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111

Rodger Dallery Smith, II, Esquire
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre – 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

Lawrence G. Kurland, Esquire
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104

Steven J. Fineman, Esquire
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

Raymond P. Niro, Esquire
Arthur A. Gasey
Robert P. Greenspoon
William W. Flachsbart
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, IL 60602

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 1, 2005, upon the following counsel of record in the manner indicated:

## BY ELECTRONIC FILING & HAND DELIVERY

Rodger D. Smith, II, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Steven J. Fineman, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

## BY FEDERAL EXPRESS

Jeffrey R. Chanin, Esquire
Keker & Van Nest, L.L.P.
710 Sansome Street
San Francisco, CA 94111

Lawrence G. Kurland, Esquire
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104

Glenn A. Ballard, Jr., Esquire
Bracewell & Patterson LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781

Ronald J. Schultz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Raymond P. Niro, Esquire
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, IL 60602

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

– and –

Kristin L. Cleveland
Jeffrey S. Love
James E. Geringer
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300

David A. Zapolsky
Kathryn M. Sheehan
AMAZON.COM, INC.
1200 - 12th Avenue South, Suite 1200
Seattle, WA 98144-2734
206-266-1194

Attorneys for Defendants Amazon.com, Inc.
 and Amazon Services, Inc.

Dated: March 1, 2005