IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1264-SLR |
| ) | |
| AMAZON.COM, INC., AMAZON ) | |
| SERVICES, INC., NETFLIX, INC., ) | |
| BARNESANDNOBLE.COM, INC. and ) | |
| OVERSTOCK.COM, INC. ) | |
| ) | |
| Defendants. ) | |

## CORRECTED NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March, 2005 **PLAINTIFF BTG INTERNATIONAL INC.'S ANSWERS TO DEFENDANT NETFLIX, INC.'S FIRST SET OF REQUESTS FOR ADMISSION** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                           **HAND DELIVERY**
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Jeffrey S. Love, Esquire                                            **VIA FEDERAL EXPRESS**
Klarquist, Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR  97204

Rodger D. Smith, Esquire                                           **HAND DELIVERY**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

| | |
|---|---|
| Jeffrey R. Chanin, Esquire<br>Keker & Van Nest, L.L.P.<br>710 Sansome Street<br>San Francisco, CA 94111 | VIA FEDERAL EXPRESS |
| William J. Wade, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | HAND DELIVERY |
| William W. Flachsbart, Esquire<br>Niro Scavone Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, IL 60602 | VIA FEDERAL EXPRESS |
| Lawrence G. Kurland, Esquire<br>Bryan Cave, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | VIA FEDERAL EXPRESS |
| David J. Margules, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | HAND DELIVERY |
| Glenn A. Ballard, Jr., Esquire<br>Bracewell & Patterson LLP<br>711 Louisiana Street, Suite 2900<br>Houston, TX 77002-2781 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *John G. Day*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff*
*BTG International Inc.*

*Of Counsel:*

Ronald J. Schutz
Niall A. MacLeod
Michael A. Collyard
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500

Dated: March 4, 2005

150932.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | <u>VIA ECF FILE AND SERVE</u> |
| Jeffrey S. Love, Esquire<br>Klarquist, Sparkman, LLP<br>One World Trade Center, Suite 1600<br>121 S.W. Salmon Street<br>Portland, OR 97204 | <u>VIA FEDERAL EXPRESS</u> |
| Rodger D. Smith, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | <u>VIA ECF FILE AND SERVE</u> |
| Jeffrey R. Chanin, Esquire<br>Keker & Van Nest, L.L.P.<br>710 Sansome Street<br>San Francisco, CA 94111 | <u>VIA FEDERAL EXPRESS</u> |
| William J. Wade, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | <u>VIA ECF FILE AND SERVE</u> |
| William W. Flachsbart, Esquire<br>Niro Scavone Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, IL 60602 | <u>VIA FEDERAL EXPRESS</u> |
| Lawrence G. Kurland, Esquire<br>Bryan Cave, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | <u>VIA FEDERAL EXPRESS</u> |

David J. Margules, Esquire  
Bouchard Margules & Friedlander, P.A.  
222 Delaware Avenue, Suite 1400  
Wilmington, DE 19801

Glenn A. Ballard, Jr., Esquire  
Bracewell & Patterson LLP  
711 Louisiana Street, Suite 2900  
Houston, TX 77002-2781

VIA ECF FILE AND SERVE

VIA FEDERAL EXPRESS

/s/ *John G. Day*  
John G. Day

149142.1