IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 04-1264-SLR |
| v. | ) |
| | ) |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM, INC., AND OVERSTOCK.COM INC., | ) ) ) ) |
| | ) |
| Defendants | ) |

## NOTICE OF SERVICE

TO:  Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, DE 19801

Karen L. Pascale, Esquire
Bouchard Margules
 & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Rodger D. Smith, II, Esquire
Morris, Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that true and correct copies of Defendant Barnesandnoble.com, Inc.'s Responses to Plaintiff's First Set of Requests for Documents and Things (Nos. 1-97) were caused to be served on the 8th day of March 2005 on counsel of record in the manner indicated:

RLF1-2821291-1

**BY HAND DELIVERY**
Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**BY HAND DELIVERY**
Karen L. Pascale, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

**BY HAND DELIVERY**
Rodger D. Smith, II, Esquire
Morris, Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY HAND DELIVERY**
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, DE 19801

Of Counsel:
Raymond P. Niro
Robert P. Greenspoon
William W. Flachsbart
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Lawrence G. Kurland
Bryan Cave
1290 Avenue of the Americas
New York, NY 10104-3300
(212) 541-2000

Dated: March 10, 2005

/s/
William J. Wade (#704)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
302-651-7700
Wade@rlf.com
Fineman@rlf.com
Attorneys for Defendant Barnesandnoble.com, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Rodger D. Smith, II, Esquire
Morris, Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Karen L. Pascale, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street – 17th Floor
Wilmington, DE 19801

I hereby certify that on March 10, 2005, I have sent by Federal Express, the foregoing document to the following non-registered participants.

Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com
Attorneys for Defendant Barnesandnoble.com, Inc.