IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 04-1264-SLR |
| v | ) |
| | ) |
| AMAZON.COM, INC., AMAZON SERVICES, | ) |
| INC., NETFLIX, INC., | ) |
| BARNESANDNOBLE.COM, INC., AND | ) |
| OVERSTOCK.COM INC., | ) |
| | ) |
| Defendants | ) |

**DEFENDANT BARNESANDNOBLE.COM, INC.'S NOTICE OF SUBPOENA**

TO:
Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, DE 19801

Karen L. Pascale, Esquire
Bouchard Margules
 & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Rodger D. Smith, II, Esquire
Morris, Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

PLEASE TAKE NOTICE, that the attached subpoena has been served, or is being served,

on Levi Strauss & Co., 1155 Battery Street, San Francisco, CA 94111

*[signature]*

William J. Wade (#704)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P O Box 551
Wilmington, DE 19899-0551
302-651-7700
Wade@rlf.com
Fineman@rlf.com
Attorneys for Defendant Barnesandnoble.com, Inc.

Of Counsel:
Raymond P. Niro
Arthur A. Gasey
Robert P. Greenspoon
William W. Flachsbart
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Lawrence G. Kurland
Bryan Cave
1290 Avenue of the Americas
New York, NY 10104-3300
(212) 541-2000

Dated: March 23, 2005

Issued by the
# UNITED STATES DISTRICT COURT
Northern District of California

| BTG INTERNATIONAL INC.<br>v.<br>AMAZON.COM INC., AMAZON SERVICES, INC., NETFLIX INC., BARNESANDNOBLE.COM INC., and OVERSTOCK.COM INC. | SUBPOENA IN CIVIL CASE<br><br>1/<br>CASE NUMBER: 04-1264 District of Delaware |
|---|---|

TO: Levi Strauss & Co.
1155 Battery Street
San Francisco, CA 94111

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
**See Attached Schedule A**

| PLACE<br>Levi Strauss & Co.<br>1155 Battery Street<br>San Francisco, CA 94111<br>or by Federal Express or other courier to NSHN | DATE AND TIME<br>April 4, 2005<br>9:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*/s/ W.W.M.*       (Attorney for Defendant BN.com) | DATE<br>March 16, 2005 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**William W. Flachsbart**
**NIRO, SCAVONE, HALLER & NIRO**
**181 W. Madison/Suite 4600**
**Chicago, Illinois 60602**
**(312) 236-0733**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
1/ If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |
| SERVED ON (PRINT NAME) |  | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) |  | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents, or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Exhibit A

Documents showing your use or purchase of online advertisements (including banner ads) before September of 1995, inclusive.

Documents showing the use of such advertisements on the HotWired website.

Documents showing the content of any web pages to which such advertisements provided links, and the manner in which such links were identified.

Documents showing any use by you prior to and including September of 1995 of any technology which used information stored in a URL to identify the source of a click-through to your web site.

Documents showing the manner in which your usage of online advertisements was tracked before September of 1995, inclusive.

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2005, I electronically filed the foregoing document

