IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 04-1264-SLR |
| v. | ) |
| | ) |
| AMAZON.COM, INC., AMAZON SERVICES, | ) |
| INC., NETFLIX, INC., | ) |
| BARNESANDNOBLE.COM, INC., AND | ) |
| OVERSTOCK.COM.INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION REGARDING THE SCHEDULING ORDER

The parties stipulate and agree to a limited modification of paragraph 2(b)(1) of the December 3, 2004 Scheduling Order (D.I. 41) as it relates to document production as follows:

1. The parties will make an initial production on April 1, 2005 of all documents ready for production on that date.

2. The parties shall make all reasonable efforts to complete document production on or before April 7, 2005. The parties shall amend their responses to document requests on or before April 7, 2005 to reflect their production of documents to date.

3. The parties will make a final document production of remaining documents on or before April 12, 2005.

All of the other dates and limitations of the Scheduling Order shall remain in effect including supplementation dates pursuant to Rule 26(e).

RLF1-2858079-1

| | |
|---|---|
| /s/ Steven J. Balick<br>Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>Attorneys for Plaintiff BTG International, Inc. | /s/ Rodger D. Smith, II<br>Rodger D. Smith, II (#3778)<br>Morris, Nichols Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302-575-7205<br>rsmith@mnat.com<br>Attorneys for Defendant Netflix, Inc. |
| /s/ John W. Shaw<br>John W. Shaw (#3362)<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street - 17th Floor<br>Wilmington, DE 19801<br>302-571-6600<br>jshaw@ycst.com<br>Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc. | [signature]<br>William J. Wade (#704)<br>Steven J. Fineman (#4025)<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551<br>302-651-7700<br>Wade@rlf.com<br>Fineman@rlf.com<br>Attorneys for Defendant Barnesandnoble.com, Inc. |
| | /s/ Karen L. Pascale<br>Karen L. Pascale (#2903)<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>302-573-3500<br>kpascale@bmf-law.com<br>Attorneys for Defendant Overstock.com, Inc. |

SO ORDERED this _____ day of March 2005

_____
United States District Court Judge

2