IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL, INC.<br><br>*Plaintiff,*<br><br>vs.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM, INC., and OVERSTOCK.COM, INC.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 04-1264-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of ***Overstock.com, Inc.'s Amended Objections and Responses to Plaintiff's First Set of Requests for Documents and Things*** were served on April 1, 2005, on the following counsel of record in the manner indicated below:

***By Hand***

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801

John W. Shaw, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Rodger D. Smith, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

***By FedEx***

Michael A. Collyard, Esquire
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Kristin L. Cleveland, Esquire
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204

Wendy J. Thurm, Esquire
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111

***By Hand***

Steven J. Fineman, Esquire
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

***By FedEx***

Lawrence G. Kurland, Esquire
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104

William W. Flachsbart, Esquire
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602

BOUCHARD MARGULES & FRIEDLANDER, P.A.

Dated: April 1, 2005

/s/ Karen L. Pascale
David J. Margules (I.D. No. 2254)
Karen L. Pascale (I.D. No. 2903)
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
*Attorneys for Defendant Overstock.com, Inc.*

OF COUNSEL:

Glenn A. Ballard, Jr.
John F. Luman, III
BRACEWELL & PATTERSON LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781
(713) 223-2900

# CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2005, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
[sbalick@ashby-geddes.com]
*Attorneys for Plaintiff, BTG International, Inc.*

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
[jshaw@ycst.com]
*Attorneys for Defendant Amazon.com, Inc. and Amazon Services, Inc.*

Rodger D. Smith, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
[rsmith@mnat.com]
*Attorneys for Defendant Netflix, Inc.*

Steven J. Fineman, Esquire
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
[fineman@rlf.com]
*Attorneys for Defendant Barnesandnoble.com, Inc.*

I further certify that on April 1, 2005, I caused a copy of the foregoing document to be served by hand on the above-listed counsel, and that a copy was served on the following non-registered participants on the date and in the manner indicated:

***By FedEx on April 1, 2005***

Niall A. MacLeod, Esquire
Michael A. Collyard, Esquire
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Plaintiff, BTG International, Inc.*

Jeffrey S. Love, Esquire
Kristin L. Cleveland, Esquire
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
*Attorneys for Defendant Amazon.com, Inc. and Amazon Services, Inc.*

Wendy J. Thurm, Esquire
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
*Attorneys for Defendant Netflix, Inc.*

William W. Flachsbart, Esquire
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
*Attorneys for Defendant Barnesandnoble.com, Inc.*

Lawrence G. Kurland, Esquire
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
*Attorneys for Defendant Barnesandnoble.com, Inc.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

Dated: April 1, 2005

/s/ Karen L. Pascale
David J. Margules (#2254)
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
*Attorneys for Defendant Overstock.com, Inc.*