IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL, INC. § <br> § <br> *Plaintiff*, § <br> § <br> vs. § <br> § C.A. No. 04-1264-SLR <br> AMAZON.COM, INC., AMAZON § <br> SERVICES, INC., NETFLIX, INC., § <br> BARNESANDNOBLE.COM, INC., and § <br> OVERSTOCK.COM, INC. § <br> § <br> *Defendants*. § | |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS
### OF PRO HAC VICE COUNSEL

PLEASE TAKE NOTICE of the change of firm name and address for the following attorneys who have been admitted pro hac vice to represent defendant Overstock.com, Inc. in this action:

        Glenn A. Ballard, Jr.
        John F. Luman, III
        BRACEWELL & GIUILIANI LLP
        711 Louisiana Street, Suite 2300
        Houston, TX  77002-2781
        Telephone:  (713) 223-2300

        BOUCHARD MARGULES & FRIEDLANDER, P.A.

Dated:  April 6, 2005         /s/ Karen L. Pascale
        David J. Margules (I.D. No. 2254)
        Karen L. Pascale (I.D. No. 2903)
        222 Delaware Avenue, Suite 1400
        Wilmington, Delaware 19801
        (302) 573-3500
          *Attorneys for Defendant Overstock.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2005, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Steven J. Balick, Esquire
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
[sbalick@ashby-geddes.com]
  *Attorneys for Plaintiff, BTG International, Inc.*

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
[jshaw@ycst.com]
  *Attorneys for Defendant Amazon.com, Inc. and Amazon Services, Inc.*

Rodger D. Smith, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
[rsmith@mnat.com]
  *Attorneys for Defendant Netflix, Inc.*

Steven J. Fineman, Esquire
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
[fineman@rlf.com]
  *Attorneys for Defendant Barnesandnoble.com, Inc.*

.

I further certify that on April 6, 2005, I caused a copy of the foregoing document to be served by hand on the above-listed counsel, and that a copy was served on the following non-registered participants on the date and in the manner indicated:

<u>*By Mail on April 6, 2005*</u>

Niall A. MacLeod, Esquire
Michael A. Collyard, Esquire
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
   *Attorneys for Plaintiff, BTG International, Inc.*

Jeffrey S. Love, Esquire
Kristin L. Cleveland, Esquire
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
   *Attorneys for Defendant Amazon.com, Inc. and Amazon Services, Inc.*

Wendy J. Thurm, Esquire
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
   *Attorneys for Defendant Netflix, Inc.*

William W. Flachsbart, Esquire
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
   *Attorneys for Defendant Barnesandnoble.com, Inc.*

Lawrence G. Kurland, Esquire
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
   *Attorneys for Defendant Barnesandnoble.com, Inc.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

Dated: April 6, 2005

/s/ Karen L. Pascale
David J. Margules (#2254)
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
   *Attorneys for Defendant Overstock.com, Inc.*