IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL, INC., <br><br>   Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM, INC., AND OVERSTOCK.COM.INC., <br><br>   Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 04-1264-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT BARNESANDNOBLE.COM, INC.'S
<u>NOTICE OF SERVICE</u>**

TO:   Steven J. Balick, Esquire                John W. Shaw, Esquire
      John G. Day, Esquire                     Young Conaway Stargatt & Taylor
      Ashby & Geddes                           The Brandywine Building
      222 Delaware Avenue                      1000 West Street - 17th Floor
      P.O. Box 1150                            Wilmington, DE 19801
      Wilmington, DE 19899

      Karen L. Pascale, Esquire                Michael A. Collyard, Esquire
      Bouchard Margules                        Robins, Kaplan, Miller & Ciresi, LLP
       & Friedlander, P.A.                     2800 LaSalle Plaza
      222 Delaware Avenue, Suite 1400          800 LaSalle Avenue
      Wilmington, DE 19801                     Minneapolis, MN 55402

      Rodger D. Smith, II, Esquire
      Morris, Nichols Arsht & Tunnell
      1201 North Market Street
      P.O. Box 1347
      Wilmington, DE 19899-1347

PLEASE TAKE NOTICE that true and correct copies of Defendant Barnesandnoble.com, Inc.'s Objections and Responses to BTG's Second Set of Interrogatories (Nos. 7-11) were caused to be served on the 11th day of May 2005 on counsel of record in the manner indicated.

RLF1-2821291-1

**BY HAND DELIVERY**
Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**BY HAND DELIVERY**
Karen L. Pascale, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

**BY HAND DELIVERY**
Rodger D. Smith, II, Esquire
Morris, Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY HAND DELIVERY**
John W. Shaw, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, DE 19801

Of Counsel:
Raymond P. Niro
Arthur A. Gasey
Robert P. Greenspoon
William W. Flachsbart
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Lawrence G. Kurland
Joseph J. Richetti
Bryan Cave
1290 Avenue of the Americas
New York, NY 10104-3300
(212) 541-2000

Dated: May 11, 2005

_____
William J. Wade (#704)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
302-651-7700
Wade@rlf.com
Fineman@rlf.com
Attorneys for Defendant Barnesandnoble.com, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following.

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Rodger D. Smith, II, Esquire
Morris, Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Karen L. Pascale, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, DE 19801

I hereby certify that on May 11, 2005, I have sent by Federal Express, the foregoing document to the following non-registered participant:

Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com
Attorneys for Defendant Barnesandnoble.com, Inc