IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BTG INTERNATIONAL INC.,

Plaintiff,

v.

AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC. and OVERSTOCK.COM, INC.,

Defendants.

C.A. No. 04-1264 (SLR)

**NOTICE OF SERVICE**

I hereby certify that copies of Defendant Netflix, Inc.'s Amended Response to Plaintiff BTG's First Set of Interrogatories and Defendant Netflix, Inc.'s Response to Plaintiff BTG's Second Set of Interrogatories were caused to be served on May 11, 2005 upon the following in the manner indicated:

**BY HAND**
Steven J. Balick, Esquire
**ASHBY & GEDDES**
222 Delaware Avenue, 17th Fl.
Wilmington, DE 19801

**BY HAND**
John W. Shaw, Esquire
**YOUNG CONAWAY STARGATT & TAYLOR**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY HAND**
Steven J. Fineman, Esquire
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
Wilmington, DE 19801

**BY HAND**
Karen L. Pascale, Esquire
**BOUCHARD MARGULES & FRIEDLANDER, P.A.**
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Ronald J. Schutz, Esquire
**ROBINS, KAPLAN, MILLER & CIRESI, LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

**BY FEDERAL EXPRESS**
Jeffrey S. Love, Esquire
**KLARQUIST SPARKMAN, LLP**
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204

**BY FEDERAL EXPRESS**
Glenn A. Ballard, Jr., Esquire
**BRACEWELL & PATTERSON LLP**
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781

**BY FEDERAL EXPRESS**
Arthur A. Gasey, Esquire
**NIRO, SCAVONE, HALLER & NIRO**
181 West Madison, Suite 4600
Chicago, IL 60602

**BY FEDERAL EXPRESS**
Lawrence G. Kurland, Esquire
**BRYAN CAVE, LLP**
1290 Avenue of the Americas
New York, NY 10104

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Leslie A. Polizoti*

Rodger D. Smith II (#3778)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
lpolizoti@mnat.com
*Attorneys for Defendant Netflix, Inc.*

OF COUNSEL:

Jeffrey R. Chanin
Wendy J. Thurm
Paula L. Blizzard
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
(415) 391-5400

May 16, 2005

**CERTIFICATE OF SERVICE**

        I hereby certify that on May 16, 2005, I electronically filed the attached Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following: Steven J. Balick, Steven J. Fineman, Karen L. Pascale, John W. Shaw and Rodger D. Smith.

        */s/ Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com