IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1264 (SLR) |
| v. | ) | |
| | ) | |
| AMAZON.COM, INC., AMAZON SERVICES, | ) | |
| INC., NETFLIX, INC., | ) | |
| BARNESANDNOBLE.COM INC. and | ) | |
| OVERSTOCK.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Defendant Netflix, Inc.'s First

Request For The Production Of Documents To Amazon.Com, Inc. were caused to be served on

May 13, 2005 upon the following in the manner indicated:

**BY HAND**

Steven J. Balick, Esquire
**ASHBY & GEDDES**
222 Delaware Avenue, 17th Fl.
Wilmington, DE  19801

John W. Shaw, Esquire
**YOUNG CONAWAY STARGATT & TAYLOR**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Steven J. Fineman, Esquire
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
Wilmington, DE 19801

Karen L. Pascale, Esquire
**BOUCHARD MARGULES & FRIEDLANDER, P.A.**
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

## BY FEDERAL EXPRESS

Ronald J. Schutz, Esquire
**ROBINS, KAPLAN, MILLER & CIRESI, LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Jeffrey S. Love, Esquire
**KLARQUIST SPARKMAN, LLP**
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204

Glenn A. Ballard, Jr., Esquire
**BRACEWELL & PATTERSON LLP**
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781

Arthur A. Gasey, Esquire
**NIRO, SCAVONE, HALLER & NIRO**
181 West Madison
Suite 4600
Chicago, IL 60602

Lawrence G. Kurland, Esquire
**BRYAN CAVE, LLP**
1290 Avenue of the Americas
New York, NY  10104


MORRIS, NICHOLS, ARSHT & TUNNELL

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendant Netflix, Inc.*


OF COUNSEL:

Jeffrey R. Chanin
Wendy J. Thurm
Paula L. Blizzard
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA  94111-1704
(415) 391-5400

May 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2005, I electronically filed the

attached Notice of Service with the Clerk of the Court using CM/ECF which will send

notification of such filing to the following:

Steven J. Balick, Esquire
**ASHBY & GEDDES**
222 Delaware Avenue, 17th Fl.
Wilmington, DE  19801

John W. Shaw, Esquire
**YOUNG CONAWAY STARGATT & TAYLOR**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Steven J. Fineman, Esquire
**RICHARDS LAYTON & FINGER, P.A.**
One Rodney Square
Wilmington, DE  19801

Karen L. Pascale, Esquire
**BOUCHARD MARGULES & FRIEDLANDER, P.A.**
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

_____
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL
rsmith@mnat.com
*Attorneys for Defendant Netflix, Inc.*