IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>AMAZON.COM, INC., AMAZON )<br>SERVICES, INC., NETFLIX, INC., )<br>BARNESANDNOBLE.COM INC. )<br>AND OVERSTOCK.COM, INC. )<br>)<br>Defendants. ) | C.A. No. 04-1264-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Defendant Amazon.com, Inc.'s Response and Objection to Netflix, Inc.'s First Request for Production of Documents (Nos. 1-5) were caused to be served on June 13, 2005, upon the following counsel of record in the manner indicated below:

**BY E-MAIL AND FEDERAL EXPRESS**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

Ronald J. Schultz, Esquire
Niall A. MacLeod, Esquire
Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

**BY E-MAIL AND REGULAR MAIL**

John F. Luman, III, Esquire
Glenn A. Ballard, Jr., Esquire
Bracewell & Patterson LLP
711 Louisiana Street, Suite 2300
Houston, TX  77002-2781

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

Jeffrey R. Chanin, Esquire
Wendy J. Thurm, Esquire
Paula Blizzard, Esquire
Keker & Van Nest
710 Sansome Street
San Francisco, CA  94111

Rodger Dallery Smith, II, Esquire
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre – 18th Floor
1201 North Market Street
Wilmington, DE  19899-1347

Raymond P. Niro, Esquire
Arthur A. Gasey, Esquire
Robert P. Greenspoon, Esquire
William W. Flachsbart, Esquire
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, IL  60602

Steven J. Fineman, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

Lawrence G. Kurland, Esquire
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY  10104

Glenn A. Ballard, Jr., Esquire
Bracewell & Patterson LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 17, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Rodger Dallery Smith, II, Esquire
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre – 18th Floor
1201 North Market Street
Wilmington, DE 19899-1347

Steven J. Fineman, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

John F. Luman, III, Esquire
Glenn A. Ballard, Jr., Esquire
Bracewell & Patterson LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Jeffrey R. Chanin, Esquire
Wendy J. Thurm, Esquire
Paula Blizzard, Esquire
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111

Ronald J. Schultz, Esquire
Niall A. MacLeod, Esquire
Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Raymond P. Niro, Esquire
Arthur A. Gasey, Esquire
Robert P. Greenspoon, Esquire
William W. Flachsbart, Esquire
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, IL 60602

Lawrence G. Kurland, Esquire
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

– and –

        Kristin L. Cleveland
        Jeffrey S. Love
        James E. Geringer
        KLARQUIST SPARKMAN, LLP
        One World Trade Center
        121 S.W. Salmon Street, Suite 1600
        Portland, Oregon 97204
        (503) 595-5300

        David A. Zapolsky
        Kathryn M. Sheehan
        AMAZON.COM, INC.
        1200 - 12th Avenue South, Suite 1200
        Seattle, WA 98144-2734
        206-266-1194

        Attorneys for Defendants Amazon.com, Inc.
          and Amazon Services, Inc.

Dated: June 17, 2005