IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1264-SLR |
| ) | |
| AMAZON.COM, INC., AMAZON ) | |
| SERVICES, INC., NETFLIX, INC., ) | |
| BARNESANDNOBLE.COM, INC. and ) | |
| OVERSTOCK.COM, INC. ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

The Court having considered BTG International Inc.'s motion for protective order allowing it to proceed first with the questioning of non-party witnesses Edwin Watkeys and Joshua Kopelman at their depositions (which were first noticed by BTG on December 15, 2005), and the defendants' response thereto;

IT IS HEREBY ORDERED this ____ day of _____, 2005 that BTG's motion is GRANTED.

_____
Chief Judge