IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM, INC. and OVERSTOCK.COM, INC. | ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATED AMENDMENT OF COMPLAINT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a0)**

Plaintiff and defendants hereby stipulate and agree, subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 15(a), plaintiff BTG International Inc. may file an Amended Complaint in the form attached hereto at Tab A.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR |
|---|---|
| /s/ *John G. Day* | /s/ *John W. Shaw* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. # 2403)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com | Josy W. Ingersoll (I.D. #1088)<br>John W. Shaw (I.D. #3362)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 984-6000<br>jingersoll@ycst.com<br>jshaw@ycst.com |
| *Attorneys for Plaintiff BTG International Inc.* | *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.* |

| RICHARDS LAYTON & FINGER | MORRIS NICHOLS ARSHT & TUNNELL |
|---|---|
| /s/ *Steven J. Fineman* | /s *Rodger D. Smith* |
| William J. Wade (I.D. #704)<br>Steven J. Fineman (I.D. #4025)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>wade@rlf.com<br>fineman@rlf.com | Rodger D. Smith, II (I.D. #3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com |
| *Attorneys for Defendant Barnesandnoble.com Inc.* | *Attorneys for Defendant Netflix, Inc.* |

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ *Karen L. Pascale*

David J. Margules (I.D. #2254)
Karen L. Pascale (I.D. #2114)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
kpascale@bmf-law.com

*Attorneys for Defendant Overstock.com, Inc.*

                          SO ORDERED this ___ day of _____, 2005.

                          _____
                                      Chief Judge

159057.1