# EXHIBIT D
# [REDACTED]

# EXHIBIT E

JUN 20 2005 14:45 FR R.K● & C. LLP        612 339 4181 T●17134375398        P.02

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

MICHAEL A. COLLYARD
612-349-0975

June 20, 2005

**VIA FACSIMILE**

John F. Luman, III, Esq.
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781

   Re:   *BTG International Inc. v. Amazon.com et al.*
         C.A. No. 04-1264 (SLR)
         Our File No. 123334-0001

Dear John:

We write to follow up on our June 10 conversation regarding BTG and Tucows' assertion of the common interest exception to waiver of the attorney-client privilege/work product doctrine. On BTG's privilege log, we designated certain communications between BTG and Tucows as "CI"—for common interest—to indicate direct communications between BTG and Tucows after the execution of the Patent Assignment and Commercialization Agreement (PACA). We did not similarly designate privileged documents that Tucows provided to BTG after execution of the PACA, assuming it was obvious that BTG was asserting the common interest with respect to them as well.

To eliminate any possibility of confusion on the defendants' part, however, the following entries on BTG's log fall within this category:[1]

---

[1] As you can see there are numerous entries, so if we inadvertently missed any, we reserve the right to claim CI for those as well.

MP3 20139569.1
ATLANTA · BOSTON · LOS ANGELES · [MINNEAPOLIS] · NAPLES · SAINT PAUL · WASHINGTON, D.C.

JUN 20 2005 14:46 FR R.K. & C. LLP    612 339 4181 TO 17134375398    P.03

John Luman, Esq.
June 20, 2005

| | | | | | |
|---|---|---|---|---|---|
| 0007 | 0138 | 0085 | 0051 | 0076 | 0118 |
| 0013 | 0176 | 0056 | 0045 | 0078 | 0099 |
| 0080 | 0239 | 0151 | 0047 | 0070 | 0188 |
| 0082 | 0236 | 0220 | 0050 | 0226 | 0027 |
| 0083 | 0010 | 0221 | 0053 | 0075 | 0088 |
| 0102 | 0009 | 0068 | 0055 | 0094 | 0190 |
| 0112 | 0006 | 0069 | 0232 | 0249 | 0109 |
| 0127 | 0005 | 0071 | 0054 | 0114 | 0026 |
| 0144 | 0140 | 0041 | 0158 | 0034 | 0184 |
| 0146 | 0235 | 0087 | 0073 | 0035 | 0025 |
| 1068 | 0234 | 0072 | 0046 | 0250 | 0153 |
| 0179 | 0227 | 0141 | 0008 | 0095 | 0202 |
| 0189 | 0170 | 0059 | 0154 | 0194 | 0023 |
| 0193 | 0172 | 0064 | 0155 | 0032 | 0024 |
| 0237 | 0113 | 0074 | 0108 | 0043 | 0021 |
| 0244 | 0174 | 0048 | 0107 | 0096 | 0191 |
| 0253 | 0169 | 0204 | 0089 | 0106 | 0105 |
| 0263 | 0175 | 0219 | 0077 | 0097 | 0104 |
| 0224 | 0137 | 0060 | 0092 | 0038 | 0018 |
| 0198 | 0257 | 0214 | 0093 | 0124 | 0020 |
| 0199 | 0177 | 0063 | 0039 | 0098 | 0022 |
| 0197 | 0173 | 0061 | 0040 | 0121 | 0057 |
| 0163 | 0136 | 0062 | 0067 | 0178 | 0152 |
| 0167 | 0171 | 0065 | 0042 | 0261 | 0019 |
| 0164 | 0228 | 0213 | 0182 | 0162 | 0015 |
| 0166 | 0229 | 0090 | 0255 | 0031 | 0017 |
| 0165 | 0230 | 0091 | 0058 | 0117 | 0187 |
| 0223 | 0231 | 0210 | 0180 | 0126 | 0186 |
| 0240 | 0258 | 0216 | 0181 | 0145 | 0016 |
| 0196 | 0259 | 0217 | 0254 | 0119 | 0148 |
| 0322 | 0323 | 0111 | 0321 | 0123 | 0014 |
| 0001 | 0233 | 0212 | 0036 | 0125 | 0103 |
| 0132 | 0139 | 0110 | 0044 | 2244 | 0086 |
| 0147 | 0135 | 0209 | 0115 | 0185 | 0245 |
| 0192 | 0143 | 0211 | 0201 | 0122 | 0012 |
| 0195 | 0142 | 0215 | 0200 | 0028 | 0242 |
| 0222 | 0134 | 0160 | 0262 | 0120 | 0243 |
| 0203 | 0084 | 0052 | 0183 | 0116 | 0241 |
| 0161 | 0133 | 0207 | 0256 | 0238 | 0246 |
| 0218 | 0002 | 0205 | 0033 | 0260 | 0247 |
| 0225 | 0130 | 0206 | 0149 | 0029 | 0049 |
| 0081 | 0131 | 0208 | 0157 | 0030 | 0251 |
| 0011 | 0004 | 0066 | 0264 | 0252 | 1588 |
| 0003 | 0129 | 0100 | 0150 | 0037 | 1585 |
| 0159 | 0128 | 0101 | 0079 | 0156 | 0314 |

MP3 20139569.1

John Luman, Esq.
June 20, 2005

If you have any questions, please contact me.

                Sincerely,

                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                Michael A. Collyard

MAC/dl

MP3 20139569.1

# EXHIBIT F

**ROBINS, KAPLAN, MILLER & CIRESI**

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

MICHAEL A. COLLYARD
612-349-0975

June 17, 2005

**VIA FACSIMILE**

John F. Luman, III, Esq.
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781

    Re: *BTG International Inc. v. Amazon.com et al.*
          C.A. No. 04-1264 (SLR)
          Our File No. 123334-0001

Dear John:

    At the June 14, 2005 hearing, you told the Court you were speaking on behalf of all the defendants with regard to the all of the privilege issues you raised. *See* June 14, 2005 Hearing Transcript at 6:10-11. Indeed, you even referred the Court's attention to a June 14, 2005 letter sent to the Court on behalf of all the defendants. *Id.* at 12-13.

    Yesterday, I called you regarding document categories 3 and 4 of defendants' June 14 letter that you raised at the hearing. I suggested that we proceed with the solution that Mr. MacLeod proposed and the Court approved of during the hearing i.e., for all documents on the parties' privilege logs that are between non-lawyers, the parties should identify the associated attorney. You then refused to speak on behalf of the other defendants or tell us if they would agree to follow this procedure—this despite your sole representation of their positions at the hearing.

    Because you refused to tell us whether or not the other defendants agree with our proposal, we can only assume that defendants no longer dispute BTG's log entries between non-lawyers. If you should, however, speak with the defendants and determine that they will follow our proposed procedure, we can work out a format and schedule for providing the information. In the meantime, as we agreed earlier, BTG is reviewing the documents between non-lawyers and third parties that you have identified to determine if any can be produced under a non-waiver agreement.

June 17, 2005
Page 2

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Michael A. Collyard

MAC/dl

MP3 20139480.1

** TOTAL PAGE.03 **

# EXHIBIT G

# BRACEWELL & GIULIANI LLP

711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Phone 713.223.2300
Fax 713.221.1212
www.bracewellgiuliani.com

June 17, 2005

**By Facsimile**

Mr. Michael A. Collyard
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015

Re: C.A. No. 04-1264-SLR; *BTG International Inc. v. Amazon.com, et al.;* In the United States District Court for the District of Delaware

Dear Michael:

This letter is to follow up on our phone conversation of yesterday afternoon. We discussed the issue of you adding information to BTG's privilege log to aid in determining whether the attorney-client privilege was properly asserted for a number of documents which were not sent by or to an attorney. Niall MacLeod represented to the Court that he would add this information, but now you have told me that you refuse to do so. The stated basis for your refusal to comply with the Court's order was that I would not speak on behalf of Amazon, Netflix, and Barnes&Noble (none of whom are my clients) as to what they intend to do to update their privilege logs.

This is ridiculous. I suggest that you review the transcript from the hearing. While I spoke on behalf of the defendants in raising several problems we had with BTG's privilege log, at no point did I ever volunteer to become counsel for all defendants with regard to their privilege logs. Niall even stated in open Court that he had no problem with my client's privilege log and I have never seen the other defendant's privilege logs. The Court was clear when it spoke to Niall: "if these non-attorneys are talking at the direction of an attorney, that attorney has to be somehow enumerated." Tr. at 12.

Despite no obligation to do so, I have communicated with the other defendants on your purported issue with their privilege logs. I do not know what your particular issues are with their logs other than you seek the same information in their logs that BTG has been ordered to put in its. With this understanding, the other defendants have indicated to me that they will provide attorney information in their logs, to the extent it is not already present. Should you have a problem with the other defendants' revised privilege logs, I trust that you will speak with the other defendants individually.

1826572.19



Mr. Michael A. Collyard
June 13, 2005
Page 2

I look forward to seeing the additional information in your privilege log. If you choose to follow through with your threat to ignore the Court's order, then rest assured that I will raise this issue in our briefing next week.

Very truly yours,

Bracewell & Giuliani LLP

John F. Lumán III

JFL/da

cc:  All Counsel of Record