IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BTG INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1264-SLR |
| | ) | |
| AMAZON.COM, INC., AMAZON | ) | |
| SERVICES, INC., NETFLIX, INC., | ) | |
| BARNESANDNOBLE.COM INC. | ) | |
| AND OVERSTOCK.COM, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF SERVICE**

The undersigned, counsel for Amazon.com, Inc., hereby certifies that the below-listed counsel of record were served with the following attached documents on the dates and in the manner indicated herein:

(1) Amazon.com., Inc.'s Notice of Deposition to Joshua Kopelman, served on June 24, 2005 (Tab 1)

(2) Subpoena directed to Joshua Kopelman, served on June 24, 2005 (Tab 2)

(3) Amazon.com, Inc.'s Second Amended Notice of Deposition of Edwin Watkeys III, served on June 30, 2005 (Tab 3)

(4) Subpoena directed to Edwin Watkeys III, served on June 30, 2005 (Tab 4).

**BY E-MAIL AND FIRST CLASS MAIL**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801

Ronald J. Schutz, Esquire
Niall A. MacLeod, Esquire
Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402

*Attorneys for Plaintiff BTG International, Inc.*

John F. Luman, III, Esquire
Glenn Ballard, Jr., Esquire
Bracewell & Giuliani
711 Louisiana Street, Suite 2900
Houston, Texas 77002

David J. Margules, Esquire
Bouchard, Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801

*Attorneys for Defendant Overstock.com*

Jeffrey R. Chanin, Esquire
Wendy J. Thurm, Esquire
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

Rodger Dallery Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre – 18th Floor
1201 North Market Street
Wilmington, Delaware 19899

*Attorneys for Defendant Netflix.com*

Raymond P. Niro, Esquire
Arthur A. Gasey, Esquire
Robert P. Greenspoon, Esquire
William W. Flachsbart, Esquire
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602

William J. Wade, Esquire
Steven J. Fineman, Esquire
Richards, Layton & Finger
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899

*Attorneys for Defendant Barnesandnoble.com*

The undersigned further certifies that copies of this Notice of Service were served

on July 7, 2005, on the below-listed counsel of record in the manner indicated.

**BY CM/ECF & HAND DELIVERY**

Rodger D. Smith, II, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

Steven J. Fineman, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

**BY FIRST CLASS MAIL**

Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Jeffrey R. Chanin, Esquire
Keker & Van Nest, L.L.P.
710 Sansome Street
San Francisco, CA  94111

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

Glenn Ballard, Jr., Esquire
Bracewell & Giuliani
711 Louisiana Street, Suite 2900
Houston, TX  77002

Raymond P. Niro, Esquire
Arthur A. Gasey, Esquire
Robert P. Greenspoon
William W. Flaschsbart, Esquire
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL  60602-4515

Glenn C. Mandalas (No. 4432)
YOUNG CONAWAY STARGATT
  & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Amazon.com, Inc.*