# TAB 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1264 SLR |
| ) | |
| AMAZON.COM, INC., AMAZON ) | |
| SERVICES, INC., NETFLIX, INC., ) | |
| BARNESANDNOBLE.COM INC. AND ) | |
| OVERSTOCK.COM, INC., ) | |
| ) | |
| Defendants. ) | |

## AMAZON.COM, INC.'S NOTICE OF DEPOSITION TO JOSHUA KOPELMAN

PLEASE TAKE NOTICE, that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Amazon.com, Inc. will serve the attached subpoena for deposition on Joshua Kopelman.

PLEASE TAKE FURTHER NOTICE, that pursuant to Fed. R. Civ. P. 30, Defendants Amazon.com and Amazon Services, Inc., through their attorneys, will take the deposition upon oral examination of Joshua Kopelman commencing at 9:00 a.m., on July 11, 2005, at the following location: Doubletree Guest Suites Plymouth Meeting, 640 West Germantown Pike, Plymouth Meeting, PA 19462, or at such time and place as may be agreed to among counsel.

This deposition will be taken before a notary public or other office duly authorized to administer oaths and take testimony, and will be recorded by stenographic and/or videographic means.

The deposition will proceed day-to-day until completed with such adjournments as to time and place as may be necessary.

Dated this 24a day of June, 2005.

KLARQUIST SPARKMAN, LLP

By: _____
Kristin L. Cleveland, admitted *pro hac vice*
Email: kristin.cleveland@klarquist.com
Jeffrey S. Love, admitted *pro hac vice*
Email: jeffrey.love@klarquist.com
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Josy W. Ingersoll
Email: jingersoll@ycst.com
John W. Shaw
Email: jshaw@ycst.com
Kevin M. Baird
Email: kbaird@ycst.com
YOUNG CONWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**Attorneys for Defendants Amazon.com and Amazon Services, Inc.**

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2005, a true copy of **AMAZON.COM, INC.'S NOTICE OF DEPOSITION TO JOSHUA KOPELMAN** was served on Counsel via:

### Via Email and First-class mail to:

Steven J. Balick: sbalick@ashby-geddes.com
John G. Day: jday@ashby-geddes.com
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801

Ronald J. Schutz: rjschutz@rkmc.com
Niall A. MacLeod: namacleod@rkmc.com
Michael A. Collyard: macollyard@rkmc.com
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402

*Attorneys for Plaintiff BTG International, Inc.*

John F. Luman, III: john.luman@bracepatt.com
Glenn Ballard, Jr.: glenn.ballard@bracepatt.com
Bracewell & Giuliani
711 Louisiana Street, Suite 2900
Houston, Delaware 77002

David J. Margules: dmargules@bmf-law.com
Bouchard, Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801

*Attorneys for Defendant Overstock.com*

Jeffrey R. Chanin: jrc@KVN.com
Wendy J. Thurm: wjt@KVN.com
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

Rodger Dallery Smith, II: rsmith@mnat.com
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre – 18th Floor
1201 North Market Street
Wilmington, Delaware 19899

*Attorneys for Defendant Netflix.com*

Raymond P. Niro: rniro@nshn.com
Arthur A. Gasey: gasey@nshn.com
Robert P. Greenspoon: greenspoon@nshn.com
William W. Flachsbart: flachsbart@nshn.com
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602

William J. Wade: wade@rlf.com
Steven J. Fineman: fineman@RLF.com
Richards, Layton & Finger
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899

*Attorneys for Defendant Barnesandnoble.com*

By: _____
    Jeffrey S. Love

# TAB 2

AO 88 (Rev.11/94) Subpoena in a Civil Case

Issued by the
# UNITED STATES DISTRICT COURT
DISTRICT OF   DELAWARE

BTG International, Inc.

v.

Amazon.com, Inc., Amazon Services, Inc., Netflix, Inc., Barnesandnoble.com, Inc., and Overstock.com, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  04-1264 SLR (Dist. Del.)

TO: Joshua Kopelman c/o Josh Slavitt
Synnestvedt & Lechner LLP
1101 Market Street, Ste. 2600
Philadelphia, PA 19107

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Doubletree Guest Suites, 640 West Germantown Pike, Plymouth Meeting, PA 19462 (or at another mutually agreeable date & location) | DATE AND TIME 7/11-12/05 @9:00AM |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   DATE 6/24/05
*[signature]* Jeffrey S. Love, attorney for Defendant Amazon.com, Inc.

ISSUING OFFICER'S NAME, ADDRESS AND TELEPHONE NUMBER
Jeffrey S. Love   Klarquist Sparkman, LLP
503-595-5300   121 S.W. Salmon St., Suite 1600, Portland, OR 97204

(See Rule 45, Federal Rules of Civil Procedure, parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev.11/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | 06/24/05 | 1101 Market Street, Ste. 2600<br>Philadelphia, PA 19107 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Joshua Kopelman<br>c/o Josh Slavitt | U.S. Mail, First Class, postage prepaid<br>and email at jslavitt@synntech.com |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Jeffrey S. Love | Attorney at Law |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6/24/05
                    DATE

SIGNATURE OF SERVER

Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
ADDRESS OF SERVER
Portland, OR 97204

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or the demanding party to contest the claim.

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2005, a true copy of **AMAZON.COM, INC.'S DEPOSITION SUPBOENA TO JOSHUA KOPELMAN** was served on Counsel via:

### Via Email and First-class mail to:

Steven J. Balick: sbalick@ashby-geddes.com
John G. Day: jday@ashby-geddes.com
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801

Ronald J. Schutz: rjschutz@rkmc.com
Niall A. MacLeod: namacleod@rkmc.com
Michael A. Collyard: macollyard@rkmc.com
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402

*Attorneys for Plaintiff BTG International, Inc.*

John F. Luman, III: john.luman@bracepatt.com
Glenn Ballard, Jr.: glenn.ballard@bracepatt.com
Bracewell & Giuliani
711 Louisiana Street, Suite 2900
Houston, Delaware 77002

David J. Margules: dmargules@bmf-law.com
Bouchard, Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801

*Attorneys for Defendant Overstock.com*

Jeffrey R. Chanin: jrc@KVN.com
Wendy J. Thurm: wjt@KVN.com
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

Rodger Dallery Smith, II: rsmith@mnat.com
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre – 18th Floor
1201 North Market Street
Wilmington, Delaware 19899

*Attorneys for Defendant Netflix.com*

Raymond P. Niro: rniro@nshn.com
Arthur A. Gasey: gasey@nshn.com
Robert P. Greenspoon: greenspoon@nshn.com
William W. Flachsbart: flachsbart@nshn.com
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602

William J. Wade: wade@rlf.com
Steven J. Fineman: fineman@RLF.com
Richards, Layton & Finger
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899

*Attorneys for Defendant Barnesandnoble.com*

By: _____
    Jeffrey S. Love

1

# TAB 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-1264 SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC. AND OVERSTOCK.COM, INC., | ) ) ) ) ) |
| Defendants. | ) |

**AMAZON.COM, INC.'S SECOND AMENDED
NOTICE OF DEPOSITION OF EDWIN WATKEYS III**

PLEASE TAKE NOTICE, that the date of the deposition of Mr. Watkeys has been changed due to BTG's last minute filing of a Motion for a Protective Order. Pursuant to discussions with Mr. Watkeys and with BTG attorneys, it has been rescheduled. If the Court has not ruled on BTG's Motion by July 13, Amazon.com will concede the point raised in the motion so this deposition is not further delayed. Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Amazon.com, Inc. will serve the attached second amended subpoena for deposition on Edwin Watkeys III to identify the new deposition date of July 13-14, 2005.

PLEASE TAKE FURTHER NOTICE, that pursuant to Fed. R. Civ. P. 30, Defendants Amazon.com and Amazon Services, Inc., through their attorneys, will take the deposition upon oral examination of Edwin Watkeys, III commencing at 9:00 a.m., on July 13, 2005 and continuing through July 14, 2005 at the Doubletree Guest Suites Plymouth Meeting, 640 West Germantown Pike, Plymouth Meeting, PA 19462.

This deposition will be taken before a notary public or other office duly authorized to administer oaths and take testimony, and will be recorded by stenographic and/or videographic means.

The deposition will proceed day-to-day until completed with such adjournments as to time and place as may be necessary.

Respectfully submitted,

Dated this 30 day of June, 2005.

KLARQUIST SPARKMAN, LLP

By: _____
Kristin L. Cleveland, admitted *pro hac vice*
Email: kristin.cleveland@klarquist.com
Jeffrey S. Love, admitted *pro hac vice*
Email: jeffrey.love@klarquist.com
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

**Josy W. Ingersoll**
Email: jingersoll@ycst.com
**John W. Shaw**
Email: jshaw@ycst.com
**Kevin M. Baird**
Email: kbaird@ycst.com
YOUNG CONWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**Attorneys for Defendants Amazon.com and Amazon Services, Inc.**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2005, a true copy of **AMAZON.COM, INC.'S SECOND AMENDED NOTICE OF DEPOSITION OF EDWIN WATKEYS III** was served on Counsel via:

### Via Email and First-class mail to:

Steven J. Balick: sbalick@ashby-geddes.com
John G. Day: jday@ashby-geddes.com
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801

Ronald J. Schutz: rjschutz@rkmc.com
Niall A. MacLeod: namacleod@rkmc.com
Michael A. Collyard: macollyard@rkmc.com
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402

*Attorneys for Plaintiff BTG International, Inc.*

John F. Luman, III: john.luman@bracepatt.com
Glenn Ballard, Jr.: glenn.ballard@bracepatt.com
Bracewell & Giuliani
711 Louisiana Street, Suite 2900
Houston, Delaware 77002

David J. Margules: dmargules@bmf-law.com
Bouchard, Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801

*Attorneys for Defendant Overstock.com*

Jeffrey R. Chanin: jrc@KVN.com
Wendy J. Thurm: wjt@KVN.com
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

Rodger Dallery Smith, II: rsmith@mnat.com
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre – 18th Floor
1201 North Market Street
Wilmington, Delaware 19899

*Attorneys for Defendant Netflix.com*

Raymond P. Niro: rniro@nshn.com
Arthur A. Gasey: gasey@nshn.com
Robert P. Greenspoon: greenspoon@nshn.com
William W. Flachsbart: flachsbart@nshn.com
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602

William J. Wade: wade@rlf.com
Steven J. Fineman: fineman@RLF.com
Richards, Layton & Finger
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899

*Attorneys for Defendant Barnesandnoble.com*

By: /s/ Jeffrey S. Love

3

# TAB 4

AO 88 (Rev.11/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF   DELAWARE

BTG International, Inc.

v.

Amazon.com, Inc., Amazon Services, Inc.,
Netflix, Inc., Barnesandnoble.com, Inc.,
and Overstock.com, Inc.

**SECOND AMENDED**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 04-1264 SLR (Dist. Del.)

TO: Edwin Watkeys III
     651 Clemens Road
     Telford, PA 18969-2404

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  Doubletree Guest Suites, 640 West Germantown Pike, Plymouth Meeting, PA  19462 (or at another mutually agreeable date and location) | DATE AND TIME  7/13-14/05 @9:00AM |
| --- | --- |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE  6/30/05 |
| --- | --- |
| ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER  Jeffrey S. Love    Klarquist Sparkman, LLP  503-595-5300      121 S.W. Salmon St., Suite 1600, Portland, OR  97204 | |

(See Rule 45, Federal Rules of Civil Procedure, parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev.11/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | | 651 Celmens Road<br>Telford, PA   18959-2404 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Edwin Watkeys III | U.S. Mail, First Class, postage prepaid<br>and email:  edw@xmog.com |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Jeffrey S. Love | Attorney at Law |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___6/30/05___
                    DATE

SIGNATURE OF SERVER  Klarquist Sparkman, LLP
121 SW Salmon Street, Suite 1600
ADDRESS OF SERVER
Portland, OR   97204

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or the demanding party to contest the claim.

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2005, a true copy of **AMAZON.COM, INC.'S SECOND AMENDED DEPOSITION SUPBOENA TO EDWIN WATKEYS III** was served on Counsel via:

**<u>Via Email and First-class mail to:</u>**

Steven J. Balick: sbalick@ashby-geddes.com
John G. Day: jday@ashby-geddes.com
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801

Ronald J. Schutz: rjschutz@rkmc.com
Niall A. MacLeod: namacleod@rkmc.com
Michael A. Collyard: macollyard@rkmc.com
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402

*Attorneys for Plaintiff BTG International, Inc.*

John F. Luman, III: john.luman@bracepatt.com
Glenn Ballard, Jr.: glenn.ballard@bracepatt.com
Bracewell & Giuliani
711 Louisiana Street, Suite 2900
Houston, Delaware 77002

David J. Margules: dmargules@bmf-law.com
Bouchard, Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801

*Attorneys for Defendant Overstock.com*

Jeffrey R. Chanin: jrc@KVN.com
Wendy J. Thurm: wjt@KVN.com
Keker & Van Nest
710 Sansome Street
San Francisco, California 94111

Rodger Dallery Smith, II: rsmith@mnat.com
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre – 18th Floor
1201 North Market Street
Wilmington, Delaware 19899

*Attorneys for Defendant Netflix.com*

Raymond P. Niro: rniro@nshn.com
Arthur A. Gasey: gasey@nshn.com
Robert P. Greenspoon: greenspoon@nshn.com
William W. Flachsbart: flachsbart@nshn.com
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602

William J. Wade: wade@rlf.com
Steven J. Fineman: fineman@RLF.com
Richards, Layton & Finger
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899

*Attorneys for Defendant Barnesandnoble.com*

By: _____
Jeffrey S. Love