IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


| | | |
|---|---|---|
| BTG INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No.  04-1264-SLR |
| | ) | |
| AMAZON.COM, INC., AMAZON | ) | |
| SERVICES, INC., NETFLIX, INC., | ) | |
| BARNESANDNOBLE.COM INC. | ) | |
| AND OVERSTOCK.COM, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that copies of Defendant Amazon.com, Inc.'s Second

Set of Interrogatories to Plaintiff Nos. 8-13, were caused to be served on July 8, 2005, upon the

following counsel of record in the manner indicated:


**BY HAND DELIVERY**

Rodger D. Smith, II, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

Steven J. Fineman, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

**BY FIRST CLASS MAIL**

Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Jeffrey R. Chanin, Esquire
Keker & Van Nest, L.L.P.
710 Sansome Street
San Francisco, CA 94111

Glenn Ballard, Jr., Esquire
Bracewell & Giuliani
711 Louisiana Street, Suite 2900
Houston, TX 77002

Raymond P. Niro, Esquire
Arthur A. Gasey, Esquire
Robert P. Greenspoon
William W. Flaschsbart, Esquire
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515

Additionally, the undersigned certifies that on July 8, 2005, copies of this Notice

of Service were caused to be served on the below-listed counsel of record in the manner

indicated:

**BY CM/ECF & HAND DELIVERY**

Rodger D. Smith, II, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

Steven J. Fineman, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Glenn Ballard, Jr., Esquire
Bracewell & Giuliani
711 Louisiana Street, Suite 2900
Houston, TX 77002

Jeffrey R. Chanin, Esquire
Keker & Van Nest, L.L.P.
710 Sansome Street
San Francisco, CA 94111

Raymond P. Niro, Esquire
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515

YOUNG CONAWAY STARGATT & TAYLOR LLP

_____

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Amazon.com, Inc.*

OF COUNSEL:

Kristin L. Cleveland
Jeffrey S. Love
James E. Geringer
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204

Dated: July 8, 2005