# EXHIBIT F

From: Ed Watkeys <edw@poseur.com>
Subject: Re: Brett Bair
Date: November 23, 2004 4:02:06 PM EST
To: Wendy Thurm <wjt@KVN.com>



On Nov 23, 2004, at 11:47 AM, Wendy Thurm wrote:

> Thanks, Ed. Did you email with Brett and let him know I'd be contacting
> him?

Yes, I wrote him and asked him if he was interested. He said he'd be happy to speak with you.

> I'd like to find some time to follow up on our conversation from last week.
> Are you available to speak tomorrow? I am free all day.

Yes, I am available tomorrow. Call me whenever. My home phone is 215 703 8724; call me there if you can't get through to me on my cell/business number (215 694 4201). The BTG lawyers called me up again today. I told them I was interested in being represented at this time. Now, if you representing me would make it more difficult for them, I'd be happy to listen to ideas... That's what I figured this is all about: They know I think the patent is dubious, and they want to bottle me up as much as is practical.

Ed

--
Watkeys Product Design • http://watkeys.com/
edw@watkeys.com • +1 215 694 4201

EDW00000009