# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 14, 2005

The Honorable Sue L. Robinson  
United States District Court  
844 North Kind Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

RE: *BTG International Inc. v. Amazon.com, Inc.*  
C.A. No. 04-1264-SLR

Dear Chief Judge Robinson:

I write to advise the Court that the parties have resolved the dispute raised in BTG's motion for protective order concerning the depositions of Edwin Watkeys and Joshua Kopelman (D.I. 149). Accordingly, BTG hereby withdraws its motion.

Respectfully,

/s/ *John G. Day*

John G. Day (I.D. #2403)

JGD: nml  
159473.1

cc: Clerk of the Court (by hand)  
John W. Shaw, Esquire (by hand)  
Rodger D. Smith, Esquire (by hand)  
Steven J. Fineman, Esquire (by hand)  
Karen L. Pascale, Esquire (by hand)  
Niall A. MacLeod, Esquire (via electronic mail)  
Kristin L. Cleveland, Esquire (via electronic mail)  
Wendy J. Thurm, Esquire (via electronic mail)  
William W. Flachsbart, Esquire (via electronic mail)  
Lawrence G. Kurland, Esquire (via electronic mail)  
John F. Luman, III, Jr., Esquire (via electronic mail)