IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1264-SLR |
| | ) |
| AMAZON.COM, INC., AMAZON | ) |
| SERVICES, INC., NETFLIX, INC., | ) |
| BARNESANDNOBLE.COM, INC., | ) |
| BARNESANDNOBLE.COM LLC, and | ) |
| OVERSTOCK.COM, INC. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
JOINING TUCOWS INC. AND INFONAUTICS CORPORATION AS PLAINTIFFS**

Pursuant to this Court's Order dated July 6, 2005 (the "Order"), plaintiff BTG International Inc. ("BTG") hereby moves for an order permitting it to file a second amended complaint in this action for the purpose of joining Tucows Inc. ("Tucows")[1] and its subsidiary, Infonautics Corporation, as plaintiffs in this action. The grounds for this motion are as follows:

1. During a discovery status conference in this action on June 14, 2005, the Court ordered briefing on the applicability of the common interest doctrine to the exchange of attorney/client privileged and/or attorney work product information between Tucows and BTG. Briefing was completed on June 28, 2005.

2. On July 6, 2005 the Court entered the Order. In the Order, the Court stated:

---

[1] On October 10, 2002, Infonautics Corporation, a subsidiary of Tucows, and plaintiff BTG executed a Patent Assignment and Commercialization Agreement ("PACA") which, *inter alia*, assigned the patents in suit to BTG. (*See* D.I. 146 at Ex.A.) For ease of reference, Infonautics Corporation was referred to as "Tucows" in the PACA. *Id.*

>It is my view, however, that if the termination provisions of the PACA create for Tucows a legal interest identical to that of [BTG] in this litigation, then Tucows should be deemed [an] indispensible party to this litigation. Therefore, on or before **July 18, 2005**, plaintiff must either produce the documents exchanged between it and Tucows, or join Tucows to the litigation.

Order at ¶ 5 (emphasis in original).

3.  Accordingly, pursuant to the Court's direction, BTG hereby seeks leave to file a second amended complaint in the form attached hereto at Tab 1, joining Tucows and its subsidiary, Infonautics Corporation, as plaintiffs in the litigation. Pursuant to Local Rule 15.1, an additional copy of the proposed second amended complaint is attached at Tab 2, and a blacklined version is attached at Tab 3.

4.  BTG has not been able to reach agreement with any of the defendants concerning the relief sought in this motion.

ASHBY & GEDDES

/s/ *John G. Day*

---

Steven J. Balick (#2114)
John G. Day (#2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
Sbalick@ashby-geddes.com
Jday@ashby-geddes.com
*Attorneys for Plaintiff BTG International Inc. and for proposed plaintiffs Tucows Inc. and Infonautics Corporation*

*Of Counsel :*

Ronald J. Schutz
Jake M. Holdreith
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500

Dated: July 18, 2005
159602.1