IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1264-SLR |
| | ) | |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM, INC., BARNESANDNOBLE.COM LLC, and OVERSTOCK.COM, INC. | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION OF PLAINTIFF BTG INTERNATIONAL INC.
TO FILE A SECOND AMENDED COMPLAINT JOINING
<u>TUCOWS INC. AND INFONAUTICS CORPORATION AS PLAINTIFFS</u>**

This Court, having considered the motion of plaintiff BTG International Inc. seeking leave to file a second amended complaint joining nonparties Tucows Inc. and Infonautics Corporation as plaintiffs in the above action, and finding that there is no prejudice to defendants or bad faith or undue delay by plaintiff in connection with such motion, hereby ORDERS this ____ day of _____, 2005 that the Motion is GRANTED. The Second Amended Complaint and Demand for Jury Trial attached to the Motion shall be deemed filed and served on the date of this Order.

                                              SO ORDERED this ___ day of _____, 2005.

                                              _____
                                                      Chief Judge