IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC.,           )<br>                                   )<br>     Plaintiff,                    )<br>                                   )<br>     v.                            )<br>                                   )<br>AMAZON.COM, INC., AMAZON           )<br>SERVICES, INC., NETFLIX, INC.,     )<br>BARNESANDNOBLE.COM INC.            )<br>AND OVERSTOCK.COM, INC.            )<br>                                   )<br>     Defendants.                   )  | C.A. No.  04-1264-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the due date by which Defendants Amazon.com, Inc. and Amazon Services, Inc. shall answer, plead or otherwise respond to the Amended Complaint is extended through and including August 3, 2005.

By: /s/ John D. Day  
    Steven J Balick (ID# 2114)  
    John D. Day (ID# 2403)  
    ASHBY & GEDDES  
    222 Delaware Ave., 17th Floor  
    P.O. Box 1150  
    Wilmington Del. 19899  
    Telephone:  (302) 654-1888  

    *Attorneys for Plaintiff BTG*  
        *International Inc.*

Dated: July 20, 2005

By: /s/ Glenn C. Mandalas  
    John W. Shaw (ID# 3362)  
    Glenn C. Mandalas (ID# 4432)  
    YOUNG, CONAWAY, STARGATT &  
    TAYLOR, LLP  
    The Brandywine Building  
    1000 West Street, 17th Floor  
    Wilmington, DE  19801  
    Telephone:  (302) 571-6600  

    *Attorneys for Defendants Amazon.com*  
        *and Amazon Services, Inc.*

SO ORDERED this _____ day of _____, 2005.

_____  
United States District Judge