IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. 04-1264-SLR |
| ) | |
| AMAZON.COM, INC., AMAZON ) | |
| SERVICES, INC., NETFLIX, INC., ) | |
| BARNESANDNOBLE.COM, INC. and ) | |
| OVERSTOCK.COM, INC. ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which defendant Overstock.com shall answer, move, or otherwise respond to the Amended Complaint is extended through and including August 4, 2005.

ASHBY & GEDDES

/s/ John G. Day

———————————————
Steven J. Balick (#2114)
 [sbalick@ashby-geddes.com]
John G. Day (#2403)
 [jday@ashby-geddes.com]
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801
(302) 654-1888
 *Attorneys for Plaintiff,*
 *BTG International, Inc.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Karen L. Pascale

———————————————
Andre G. Bouchard (#2504)
 [abouchard@bmf-law.com]
Karen L. Pascale (#2903)
 [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
 *Attorneys for Defendant Overstock.com*

Dated: July 20, 2005

SO ORDERED this _____ day of _____, 2005.

———————————————
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2005, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
 *Attorneys for Plaintiff, BTG International, Inc.*

John W. Shaw, Esquire [jshaw@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
 *Attorneys for Defendant Amazon.com, Inc. and Amazon Services, Inc.*

Rodger D. Smith, Esquire [rsmith@mnat.com]
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
 *Attorneys for Defendant Netflix, Inc.*

William J. Wade, Esquire [wade@rlf.com]
Steven J. Fineman, Esquire [fineman@rlf.com]
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
 *Attorneys for Defendant Barnesandnoble.com, Inc.*
.

I further certify that on July 1, 2005, I caused a copy of the foregoing document to be served by hand on the above-listed counsel, and that a copy was served on the following non-registered participants on the date and in the manner indicated:

<u>*By E-mail on July 20, 2005*</u>

Niall A. MacLeod, Esquire [NAMacLeod@rkmc.com]
Michael A. Collyard, Esquire [MACollyard@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
 *Attorneys for Plaintiff, BTG International, Inc.*

Kristin L. Cleveland, Esquire [kristin.cleveland@klarquist.com]
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
 *Attorneys for Defendant Amazon.com, Inc. and Amazon Services, Inc.*

Wendy J. Thurm, Esquire [wjt@KVN.com]
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
 *Attorneys for Defendant Netflix, Inc.*

William W. Flachsbart, Esquire [flachsbart@nshn.com]
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
 *Attorneys for Defendant Barnesandnoble.com, Inc.*

Lawrence G. Kurland, Esquire [lgkurland@bryancave.com]
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
 *Attorneys for Defendant Barnesandnoble.com, Inc.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

Dated: July 20, 2005      /s/ Karen L. Pascale
David J. Margules (#2254)
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
 *Attorneys for Defendant Overstock.com, Inc.*