IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1264-SLR |
| ) | |
| v. ) | |
| ) | |
| AMAZON.COM, INC., AMAZON SERVICES, ) | |
| INC., NETFLIX, INC., ) | |
| BARNESANDNOBLE.COM, INC., AND ) | |
| OVERSTOCK.COM INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the due date by which Defendants Barnesandnoble.com, Inc. and Barnesandnoble.com LLC shall move, answer or otherwise respond to the Amended Complaint is extended through and including August 3, 2005.

| | |
|---|---|
| /s/ John G. Day | [signature] |
| Steven J. Balick (#2114) | William J. Wade (#704) |
| John G. Day, Esquire | Steven J. Fineman (#4025) |
| Ashby & Geddes | Richards, Layton & Finger |
| 222 Delaware Avenue | One Rodney Square |
| P.O. Box 1150 | P.O. Box 551 |
| Wilmington, DE 19899 | Wilmington, DE 19899-0551 |
| 302-654-1888 | 302-651-7700 |
| Sbalick@ashby-geddes.com | Wade@rlf.com |
| Attorneys for Plaintiff BTG International, Inc | Fineman@rlf.com |
| | Attorneys for Defendants |
| | Barnesandnoble.com, Inc. and |
| | Barnesandnoble.com LLC |
| Dated: July 20, 2005 | Dated: July 20, 2005 |

| | |
|---|---|
| Of Counsel. | Of Counsel: |
| Michael A. Collyard, Esquire<br>Robins, Kaplan, Miller & Ciresi, LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>612-349-0975 | Raymond P. Niro<br>Arthur A. Gasey<br>Robert P. Greenspoon<br>William W. Flachsbart<br>Niro, Scavone, Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, Illinois 60602<br>312-236-0733<br><br>Lawrence G. Kurland<br>Joseph J. Richetti<br>Bryan Cave, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-3300<br>212-541-2000 |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | Rodger D. Smith, II, Esquire<br>Morris, Nichols Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 |
| Karen L. Pascale, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street - 17th Floor<br>Wilmington, DE 19801 |

I hereby certify that on July 20, 2005, I have sent by Federal Express, the foregoing document to the following non-registered participant:

Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com
Attorneys For Defendants
Barnesandnoble.com, Inc.
and Barnesandnoble.com LLC

RLF1-2804206-1