IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1264-SLR |
| ) | |
| AMAZON.COM, INC., AMAZON ) | |
| SERVICES, INC., NETFLIX, INC., ) | |
| BARNESANDNOBLE.COM INC. ) | |
| and OVERSTOCK.COM, INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Netflix, Inc. to move, answer or otherwise respond to the Amended Complaint is extended until August 3, 2005.

ASHBY & GEDDES                                MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ John G. Day*                             */s/ Rodger D. Smith II*
Steven J. Balick (#2114)                      Rodger D. Smith II (#3778)
John G. Day (#2403)                           1201 N. Market Street
222 Delaware Avenue, 17th Floor               P.O. Box 1347
P.O. Box 1150                                 Wilmington, DE  19899
Wilmington, DE  19899                         (302) 658-9200
(302) 654-1888                                 *Attorneys for Defendant Netflix, Inc.*
 *Attorneys for Plaintiff*
 *BTG  International Inc.*

475101

SO ORDERED this ___ day of _____ 2005.

_____
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2005, I caused to be electronically filed the attached Stipulation and Order with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Steven J. Balick, Esquire
>**ASHBY & GEDDES**
>222 Delaware Avenue, 17th Fl.
>Wilmington, DE  19801
>
>John W. Shaw, Esquire
>**YOUNG CONAWAY STARGATT & TAYLOR**
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>
>Steven J. Fineman, Esquire
>**RICHARDS LAYTON & FINGER, P.A**.
>One Rodney Square
>Wilmington, DE  19801
>
>Karen L. Pascale, Esquire
>**BOUCHARD MARGULES & FRIEDLANDER, P.A.**
>222 Delaware Avenue, Suite 1400
>Wilmington, DE  19801

>*/s/ Rodger D. Smith II (#3778)*
>MORRIS, NICHOLS, ARSHT AND TUNNELL
>1201 North Market Street
>Wilmington, DE 19801
>(302) 658-9200
>rsmith@mnat.com