IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1264-SLR |
| | ) | |
| AMAZON.COM, INC., AMAZON | ) | |
| SERVICES, INC., NETFLIX, INC., | ) | |
| BARNESANDNOBLE.COM INC., | ) | |
| BARNESANDNOBLE.COM LLC | ) | |
| AND OVERSTOCK.COM, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATEMENT OF NON-OPPOSITION
TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

On July 18, 2005, Plaintiff filed a Motion for Leave to File Second Amended Complaint Joining Tucows Inc. and Infonautics Corp. as Plaintiffs (DI 162). Defendants Amazon.com, Inc., Amazon Services, Inc., Netflix, Inc., Barnesandnoble.com Inc., Barnesandnobel.com LLC and Overstock.com, Inc. do not oppose Plaintiff's motion. In meet and confer discussions the day that BTG filed its motion, the parties disputed whether the addition of these parties resolves Defendants' challenges to BTG's "common interest" privilege assertion. Defendants, therefore, inform the Court that their non-opposition is not a waiver of their right to continue to challenge BTG's privilege assertions. Based upon the law and the facts of this case, it is likely that the mere addition of Tucows Inc. and Infonautics Corp. does not resolve the privilege issues raised by the Defendants. Defendants are pursuing additional discovery related to this issue.

By not opposing Plaintiff's motion, Defendants do not waive any other legal challenges related to the new parties, such as standing, etc., which may arise in the normal course of the litigation.

/s/ Glenn C. Mandalas
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Defendants Amazon.com, Inc.
 and Amazon Services, Inc.*

/s/ Rodger D. Smith
Rodger D. Smith, II (No. 3778)
MORRIS NICHOLS ARSHT
 & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
rdsefiling@mnat.com

*Attorneys for Defendant Netflix.com*

/s/ Steven J. Fineman
Steven J. Fineman (No. 4025)
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 658-6541
fineman@rlf.com

*Attorneys for Defendant
 Barnesandnoble.com*

/s/ Karen L. Pascale
Karen L. Pascale (No. 2903)
BOUCHARD MARGULES &
FRIEDLANDER, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
kpascale@bmf-law.com

*Attorneys for Defendant
 Overstock.com, Inc.*

Dated:  July 29, 2005

2

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, Esquire hereby certify that on August 1, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Rodger D. Smith, II, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington, DE  19899-1347
>
>Steven J. Fineman, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE  19801
>
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE  19899
>
>David J. Margules, Esquire
>Bouchard Margules & Friedlander, P.A.
>222 Delaware Avenue, Suite 1400
>Wilmington, DE  19801

### BY E-MAIL

>Jeffrey R. Chanin, Esquire
>Keker & Van Nest, L.L.P.
>710 Sansome Street
>San Francisco, CA  94111
>
>Lawrence G. Kurland, Esquire
>Bryan Cave, LLP
>1290 Avenue of the Americas
>New York, NY  10104
>
>Glenn A. Ballard, Jr., Esquire
>Bracewell & Patterson LLP

711 Louisiana Street, Suite 2900
Houston, TX 77002-2781

Ronald J. Schultz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Raymond P. Niro, Esquire
Arthur A. Gasey, Esq.
Robert P. Greenspoon
William W. Flaschsbart, Esquire
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, IL 60602-4515

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Glenn C. Mandalas
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Amazon.com, Inc. and Amazon Services, Inc.*