# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

**222 DELAWARE AVENUE**

**P. O. BOX 1150**

**WILMINGTON, DELAWARE 19899**

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 3, 2005

The Honorable Sue L. Robinson
United States District Court
844 North Kind Street
Wilmington, DE 19801

<u>VIA ELECTRONIC FILING</u>

RE:     *BTG International Inc. v. Amazon.com, Inc.*
          <u>C.A. No. 04-1264-SLR</u>

Dear Chief Judge Robinson:

On July 29, 2005, the defendants in the above action filed a Statement of Non-Opposition to Plaintiff's Motion for Leave to Amend the Complaint (D.I. 167), which provided their written consent to the filing of BTG's Second Amended Complaint. Accordingly, BTG hereby withdraws its Motion for Leave to File Its Second Amended Complaint Joining Tucows Inc. and Infonautics Corporation as Plaintiffs (D.I. 162), and will promptly file its Second Amended Complaint pursuant to Rule 15(a).

Respectfully,

/s/ *John G. Day*

John G. Day (I.D. #2403)

JGD: nml
160081.1

cc:     Clerk of the Court (by hand)
          John W. Shaw, Esquire (by hand)
          Rodger D. Smith, Esquire (by hand)
          Steven J. Fineman, Esquire (by hand)
          Karen L. Pascale, Esquire (by hand)
          Niall A. MacLeod, Esquire (via electronic mail)
          Kristin L. Cleveland, Esquire (via electronic mail)
          Wendy J. Thurm, Esquire (via electronic mail)
          William W. Flachsbart, Esquire (via electronic mail)
          Lawrence G. Kurland, Esquire (via electronic mail)
          John F. Luman, III, Jr., Esquire (via electronic mail)