IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL, INC., INFONAUTICS CORPORATION and TUCOWS INC., ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 04-1264-SLR |
| v. ) ) | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., AMAZON SERVICES, INC., ) NETFLIX, INC., BARNESANDNOBLE.COM, INC., ) BARNESANDNOBLE.COM LLC, AND ) OVERSTOCK.COM.INC. ) ) | |
| Defendants. | |

**BARNESANDNOBLE.COM, INC. AND BARNESANDNOBLE.COM LLC'S ANSWER TO BTG ET AL.'S SECOND AMENDED COMPLAINT FOR INFRINGEMENT AND DEMAND FOR JURY TRIAL**

Defendants Barnesandnoble.com, Inc. and Barnesandnoble.com LLC ("Barnesandnoble.com"), by and through their undersigned attorneys, and for their Answer to the Second Amended Complaint allege as follows:

1. Admitted that the Complaint purports to state a claim of patent infringement.

2. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 2 and therefore it is denied.

3. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 3 and therefore it is denied.

4. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 4 and therefore it is denied.

5. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 5 and therefore it is denied.

6. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 6 and therefore it is denied.

7. Admitted that Barnesandnoble.com Inc. is a Delaware corporation, admitted that Barnesandnoble.com does business in Delaware, admitted that Barnesandnoble.com LLC is a Delaware limited liability company, admitted that Barnesandnoble.com LLC does business in Delaware, otherwise denied.

8. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 8 and therefore it is denied.

## JURISDICTION AND VENUE

9. Admitted that this Court has subject matter jurisdiction over actions for patent infringement, otherwise denied.

10. Admitted that Barnesandnoble.com Inc. is a Delaware corporation, admitted that Barnesandnoble.com does business in Delaware, admitted that Barnesandnoble.com LLC is a Delaware limited liability company, admitted that Barnesandnoble.com LLC does business in Delaware, otherwise denied.

11. Admitted.

12. Admitted that the '979 patent issued on January 27, 1998 and a copy was attached to the Complaint, otherwise denied.

13. Admitted that the '860 patent issued on February 10, 1998 and a copy was attached to this Complaint, otherwise denied.

14. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 14 and therefore it is denied.

15. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 15 and therefore it is denied.

16. Denied.

2

## COUNT I
## (AMAZON'S INFRINGEMENT OF PATENT NO. 5,717,860)

17. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 17 and therefore it is denied.

18. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 18 and therefore it is denied.

19. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 19 and therefore it is denied.

## COUNT II
## (NETFLIX'S INFRINGEMENT OF PATENT NO. 5,717,860)

20. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 20 and therefore it is denied.

21. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 21 and therefore it is denied.

22. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 22 and therefore it is denied.

## COUNT III
## (B&N'S INFRINGEMENT OF PATENT NO. 5,717,860)

23. Denied.

24. Denied.

25. Denied.

## COUNT IV
## (OVERSTOCK'S INFRINGEMENT OF PATENT NO. 5,717,860)

26. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 26 and therefore it is denied.

27. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 27 and therefore it is denied.

28. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 28 and therefore it is denied.

## COUNT V
## (AMAZON'S INFRINGEMENT OF PATENT NO. 5,712,979)

29. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 29 and therefore it is denied.

30. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 30 and therefore it is denied.

31. Barnesandnoble.com is without knowledge or information sufficient to form a belief with respect to paragraph 31 and therefore it is denied.

## COUNT VI
## (B&N'S INFRINGEMENT OF PATENT NO. 5,712,979)

32. Denied.

33. Denied.

34. Denied.

## DEMAND FOR JURY TRIAL

35. Paragraph 33 sets forth a request to which no answer is required.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

36. BTG's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

37. BTG is estopped from asserting the claims of the '860 patent to cover the "online advertising technologies" used by Barnesandnoble.com.

4

### THIRD AFFIRMATIVE DEFENSE

38. BTG is estopped from asserting the claims of the '979 patent to cover the "online advertising technologies" used by Barnesandnoble.com.

### FOURTH AFFIRMATIVE DEFENSE

39. BTG's claims are barred by unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

40. The '860 patent is invalid by reason of failing to meet one or more statutory requirements for patentability, including without limitation those found in 35 U.S.C. §§ 101, 102, 103, 112, 116 and 132.

### SIXTH AFFIRMATIVE DEFENSE

41. The '979 patent is invalid by reason of failing to meet one or more statutory requirements for patentability, including without limitation those found in 35 U.S.C. §§ 101, 102, 103, 112, 116 and 132.

### SEVENTH AFFIRMATIVE DEFENSE

42. BTG's claims are barred by laches.

43. Barnesandnoble.com. reserves the right to supplement its affirmative defenses as additional facts become known during discovery.

### COUNTERCLAIMS

44. This is a counterclaim for declaratory judgment of non-infringement and invalidity of United States Patent Nos. 5,712,979 ("the '979 patent") and 5,717,860 ("the '860 patent") (collectively "the patents-in-suit").

45. This counterclaim arises under the patent laws of the United States, 35 U.S.C. § 1 *et. seq.*

46. This Court has jurisdiction over the counterclaim pursuant to 28 U.S.C. §§ 1338(a), 2201 and 2202.

47. The plaintiff is subject to personal jurisdiction in this judicial district.

48. Venue is proper pursuant to 28 U.S.C. §§ 1391 and 1400.

49. Plaintiff, BTG International Inc. ("BTG") is a Delaware Corporation having its principal place of business at Five Tower Bridge, 300 Barr Harbor Dr., 7th Floor, West Conshohocken, Pennsylvania 19428-2998.

50. Defendant Barnesandnoble.com Inc. ("BN.COM") is a Delaware corporation having its principal place of business at 76 Ninth Avenue, New York, NY 10022.

## COUNT I
## (Non-infringement)

51. BTG claims to be the owner of the patents-in-suit and has sued BN.COM alleging that BN.COM infringes the patents-in-suit.

52. By reason of the commencement of this action, an actual controversy exists between BTG and BN.COM with respect to the alleged infringement of the patents-in-suit.

53. BN.COM does not infringe, contribute to the infringement, or induce the infringement of the valid scope of any claim of the patents-in-suit, nor has it ever done so.

## COUNT II
## (Invalidity and Unenforceability)

54. The patents-in-suit are invalid or unenforceable for failure to comply with the requirements of the patent laws of the United States as set forth in Title 35, United States Code, including in particular §§ 102, 103, and 112, and/or as a result of inequitable conduct of the patentees before the U.S. Patent and Trademark Office and/or as a result of BTG's misuse of the patents-in-suit.

## **PRAYER FOR RELIEF**

Barnesandnoble.com respectfully demands the following relief:

A.     A declaration that Barnesandnoble.com does not infringe the '860 patent;

B.     A declaration that Barnesandnoble.com does not infringe the '979 patent;

C.     A declaration that the '860 patent is invalid or unenforceable or both;

D.     A declaration that the '979 patent is invalid or unenforceable or both;

E.     A declaration that this case is exceptional pursuant to 35 U.S.C. § 285 meriting an award of fees to Barnesandnoble.com and

F.     Any other relief this Court deems just.

RLF1-2912138-1

## JURY DEMAND

Barnesandnoble.com demands trial by jury of all issues in this action that are triable by jury.

Raymond P. Niro
Arthur A. Gasey
Robert P. Greenspoon
William W. Flachsbart
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Lawrence G. Kurland
Bryan Cave
1290 Avenue of the Americas
New York, NY 10104-3300
(212) 541-2000


Dated: August 17, 2005

William J. Wade (#704)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
(302) 651-7700
Attorneys for Defendant Barnesandnoble.com
and Barnesandnoble.com LLC

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Rodger D. Smith, II, Esquire
Morris, Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Karen L. Pascale, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, DE 19801

I hereby certify that on August 17, 2005, I have sent by Federal Express, the foregoing document to the following non-registered participant:

Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com
Attorneys For Defendants
Barnesandnoble.com, Inc.
and Barnesandnoble.com LLC

RLF1-2804206-1