IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC. AND OVERSTOCK.COM, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that copies of (1) Amazon.com's First Request for the Production of Documents to Infonautics Corporation and (2) Amazon.com's First Request for the Production of Documents to Tucows, Inc. were caused to be served on August 19, 2005, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19899
>
>David J. Margules, Esquire
>Bouchard Margules & Friedlander, P.A.
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>
>Rodger D. Smith, II, Esquire
>Morris Nichols Arsht & Tunnell
>Chase Manhattan Centre – 18th Floor
>1201 North Market Street
>Wilmington, DE 19899-1347

Steven J. Fineman, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Glenn A. Ballard, Jr., Esquire
Bracewell & Patterson LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Jeffrey R. Chanin, Esquire
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111

Ronald J. Schultz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Raymond P. Niro, Esquire
Arthur A. Gasey, Esquire
Robert P. Greenspoon, Esquire
William W. Flachsbart, Esquire
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, IL 60602

Lawrence G. Kurland, Esquire
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 23, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE  19899

>David J. Margules, Esquire
>Bouchard Margules & Friedlander, P.A.
>222 Delaware Avenue, Suite 1400
>Wilmington, DE  19801

>Steven J. Fineman, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE  19801

**BY FEDERAL EXPRESS**

>Glenn A. Ballard, Jr., Esquire
>Bracewell & Patterson LLP
>711 Louisiana Street, Suite 2300
>Houston, TX  77002-2781

>Ronald J. Schultz, Esquire
>Robins, Kaplan, Miller & Ciresi L.L.P.
>2800 LaSalle Plaza
>800 LaSalle Avenue
>Minneapolis, MN  55402-2015

>William W. Flachsbart, Esquire
>Niro, Scavone, Haller & Niro
>181 West Madison, Suite 4600
>Chicago, IL  60602

>Lawrence G. Kurland, Esquire
>Bryan Cave, LLP
>1290 Avenue of the Americas
>New York, NY  10104

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
jshaw@ycst.com

– and –

Kristin L. Cleveland
Jeffrey S. Love
James E. Geringer
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300

David A. Zapolsky
Kathryn M. Sheehan
AMAZON.COM, INC.
1200 - 12th Avenue South, Suite 1200
Seattle, WA  98144-2734
206-266-1194

Attorneys for Defendants Amazon.com, Inc.
 and Amazon Services, Inc.

Dated: August 23, 2005