IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS, INC. | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC. AND OVERSTOCK.COM, INC. | ) ) ) ) ) ) |
| Defendants. | ) |

C.A. No. 04-1264-SLR

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Amazon.com's Notice of Deposition to Infonautics Corporation Pursuant to Federal Rule of Civil Procedure 30(b)(6) and (2) Amazon.com's Notice of Deposition to Tucows, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6) were caused to be served on August 26, 2005, upon the following counsel of record in the manner indicated below:

**BY ELECTRONIC MAIL**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Steven J. Fineman, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Glenn A. Ballard, Jr., Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Ronald J. Schultz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Raymond P. Niro, Esquire
Arthur A. Gasey, Esquire
Robert P. Greenspoon, Esquire
William W. Flachsbart, Esquire
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, IL 60602

Lawrence G. Kurland, Esquire
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 29, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

Steven J. Fineman, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Glenn A. Ballard, Jr., Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX  77002-2781

Ronald J. Schultz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

William W. Flachsbart, Esquire
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, IL  60602

Lawrence G. Kurland, Esquire
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY  10104

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

– and –

Kristin L. Cleveland
Jeffrey S. Love
James E. Geringer
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300

David A. Zapolsky
Kathryn M. Sheehan
AMAZON.COM, INC.
1200 - 12th Avenue South, Suite 1200
Seattle, WA 98144-2734
206-266-1194

Attorneys for Defendants Amazon.com, Inc.
 and Amazon Services, Inc.

Dated: August 29, 2005