IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC., BARNESANDNOBLE.COM LLC, AND OVERSTOCK.COM, INC. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and among plaintiffs BTG International Inc., Infonautics Corporation and Tucows Inc. (collectively "BTG") and defendant Barnesandnoble.com Inc., subject to the approval and order of the Court, that BTG shall file and serve its reply to Barnesandnoble.com Inc.'s counterclaims on or before September 20, 2005.

| ASHBY & GEDDES | RICHARDS LAYTON & FINGER |
|---|---|
| /s/ Steven J. Balick | /s/ William J. Wade |
| Steven J. Balick (I.D. # 2114) | William J. Wade (I.D. #704) |
| John G. Day (I.D. # 2403) | Steven J. Fineman (I.D. #4025) |
| 222 Delaware Avenue, 17th Floor | One Rodney Square |
| Wilmington, DE 19801 | 920 N. King Street |
| 302-654-1888 | Wilmington, DE 19801 |
| sbalick@ashby-geddes.com | (302) 651-7700 |
| jday@ashby-geddes.com | wade@rlf.com |
| | fineman@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Barnesandnoble.com Inc. and Barnesandnoble.com LLC* |

SO ORDERED this _____ day of _____, 2005.

_____
Chief Judge

161091.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2005, the attached **STIPULATION AND ORDER** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| Jeffrey S. Love, Esquire<br>Klarquist, Sparkman, LLP<br>One World Trade Center, Suite 1600<br>121 S.W. Salmon Street<br>Portland, OR  97204 | <u>VIA FEDERAL EXPRESS</u> |
| David J. Margules, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| John F. Luman, III, Esquire<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002-2781 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ John G. Day*
_____
John G. Day