IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC., BARNESANDNOBLE.COM LLC AND OVERSTOCK.COM, INC.,<br><br>Defendants. | Civil Action No. 04-1264-SLR |

**PLAINTIFFS' REPLY TO THE ANSWER, DEFENSES, AND COUNTERCLAIMS OF DEFENDANTS AMAZON.COM, INC. AND AMAZON SERVICES, INC.**

Plaintiffs BTG International Inc. ("BTG"), Infonautics Corporation ("Infonautics") and Tucows Inc. ("Tucows") (collectively "Plaintiffs"), as and for their reply to the Counterclaims of Defendants Amazon.com, Inc. and Amazon Services, Inc. (collectively "Amazon.com"), state as follows:

1. In response to the allegations set forth in Paragraph 1 of Amazon.com's Counterclaims, Plaintiffs admit the allegations.

2. In response to the allegations set forth in Paragraph 2 of Amazon.com's Counterclaims, Plaintiffs admit the allegations.

3. In response to the allegations set forth in Paragraph 3 of Amazon.com's Counterclaims, Plaintiffs admit the allegations.

4. In response to the allegations set forth in Paragraph 4 of Amazon.com's Counterclaims, Plaintiffs admit the allegations.

5. In response to the allegations set forth in Paragraph 5 of Amazon.com's Counterclaims, Plaintiffs admit the allegations.

6. In response to the allegations set forth in Paragraph 6 of Amazon.com's Counterclaims, Plaintiffs admit the allegations.

7. In response to the allegations set forth in Paragraph 7 of Amazon.com's Counterclaims, Plaintiffs admit there is an actual controversy with Amazon.com but deny any assertion of "non-infringement" of the '979 and '860 patents.

8. In response to the allegations set forth in Paragraph 8 of Amazon.com's Counterclaims, Plaintiffs deny the allegations.

9. Paragraph 9 of Amazon.com's Counterclaims does not require an admission or denial.

10. In response to the allegations set forth in Paragraph 10 of Amazon.com's Counterclaims, Plaintiffs admit there is an actual controversy with Amazon.com but deny any assertion of "invalidity" of the '979 or '860 patents.

11. In response to the allegations set forth in Paragraph 11 of Amazon.com's Counterclaims, Plaintiffs deny the allegations.

12. Paragraph 12 of Amazon.com's Counterclaims does not require an admission or denial.

13. In response to the allegations set forth in Paragraph 13 of Amazon.com's Counterclaims, Plaintiffs admit there is an actual controversy with Amazon.com but deny any assertion of "unenforceability" of the '979 or '860 patents.

14. In response to the allegations set forth in Paragraph 14 of Amazon.com's Counterclaims, Plaintiffs are without sufficient information to form a belief as to the truth of the allegations relating to the named inventors and therefore deny the allegations.

15. In response to the allegations set forth in Paragraph 15 of Amazon.com's Counterclaims, Plaintiffs admit that the examining attorney cited the "Referer Field Publication" in the rejection of claims but denies all other allegations in the paragraph.

16. In response to the allegations set forth in Paragraphs 16 of Amazon.com's Counterclaims, Plaintiffs admit the Paragraph recites statements made in a May 28, 1997 Amendment and Response but deny all other allegations in the Paragraph.

17. In response to the allegations set forth in Paragraph 17 of Amazon.com's Counterclaims, Plaintiffs are without sufficient information to form a belief of the truth of the allegations relating to the named inventors or the prosecuting attorney and therefore deny the allegations.

18. In response to the allegations set forth in Paragraph 18 of Amazon.com's counterclaims, Plaintiffs are without sufficient information to form a belief of the truth of the allegations regarding the named inventors or the prosecuting attorney and therefore deny the allegation.

19. In response to the allegations set forth in Paragraph 19 of Amazon.com's Counterclaims, Plaintiffs deny that the "Referer Field Publication" is material. Plaintiffs are without sufficient information to form a belief of the truth of the allegations relating to the patent examiner and therefore deny the allegations.

20. In response to the allegations set forth in Paragraph 20 of Amazon.com's Counterclaims, Plaintiffs admit the Paragraph recites publications identified to the examining attorney, but denies all other allegations in the paragraph.

21. In response to the allegations set forth in Paragraph 21 of Amazon's Counterclaims, Plaintiffs deny the allegations.

## AFFIRMATIVE DEFENSES TO AMAZON.COM'S COUNTERCLAIMS

22. Defendant Amazon.com has failed to state a claim upon which relief can be granted in its Counterclaims.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs BTG International Inc., Infonautics Corporation and Tucows Inc. demand a jury trial on all issues so triable as set forth in Amazon.com,'s Answer, Defenses and Counterclaims to Plaintiffs' Second Amended Complaint.

## PRAYER FOR RELIEF

WHEREFORE, with respect to Amazon.com's Counterclaims, Plaintiffs BTG International Inc., Infonautics Corporation and Tucows Inc. pray for judgment as follows:

A. That Defendant Amazon.com's Counterclaims be dismissed with prejudice;

B. That Defendant Amazon.com be ordered to pay attorneys' fees and costs to Plaintiff and any such additional amount that appears reasonable to the Court; and

C. For such other and further relief as the Court may deem just and equitable.

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
| Ronald J. Schutz<br>Jake M. Holdreith<br>Niall A. MacLeod<br>Michael A. Collyard<br>Stephanie L. Adamany<br>ROBINS, KAPLAN, MILLER &<br>  CIRESI, LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>(612) 349-8500 | /s/ *John G. Day*<br>_____<br>Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware  19801<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>*Attorneys for Plaintiffs* |

Dated: September 6, 2005
161103.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2005, the attached **PLAINTIFFS' REPLY TO THE ANSWER, DEFENSES, AND COUNTERCLAIMS OF DEFENDANTS AMAZON.COM, INC. AND AMAZON SERVICES, INC.** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Jeffrey S. Love, Esquire<br>Klarquist, Sparkman, LLP<br>One World Trade Center, Suite 1600<br>121 S.W. Salmon Street<br>Portland, OR 97204 | VIA FEDERAL EXPRESS |
| William J. Wade, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | HAND DELIVERY |
| William W. Flachsbart, Esquire<br>Niro Scavone Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, IL 60602 | VIA FEDERAL EXPRESS |
| Lawrence G. Kurland, Esquire<br>Bryan Cave, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | VIA FEDERAL EXPRESS |
| David J. Margules, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | HAND DELIVERY |

John F. Luman, III, Esquire  
Bracewell & Giuliani LLP  
711 Louisiana Street, Suite 2300  
Houston, TX 77002-2781

<u>**VIA FEDERAL EXPRESS**</u>

*/s/ John G. Day*
_____

John G. Day