IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC., BARNESANDNOBLE.COM LLC, AND OVERSTOCK.COM, INC. <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-1264-SLR ) ) ) ) ) ) ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and among plaintiffs Infonautics Corporation ("Infonautics") and Tucows Inc. ("Tucows") and defendant Amazon.com, Inc., that Infonautics shall serve its responses and objections to Amazon.com's First Request for the Production of Documents to Infonautics Corporation on Tuesday September 20, 2005, and that Tucows shall serve its responses and objections to Amazon.com's First Request for the Production of Documents to Tucows Inc. on Tuesday September 20, 2005.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR |
|---|---|
| /s/ John G. Day | /s/ Karen Elizabeth Keller |
| Steven J. Balick (I.D. # 2114) <br> John G. Day (I.D. # 2403) <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19801 <br> 302-654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br> *Attorneys for Plaintiffs Infonautics Corporation and Tucows Inc.* | Josy W. Ingersoll (I.D. #1088) <br> John W. Shaw (I.D. #3362) <br> Karen Elizabeth Keller (I.D. #4489) <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> jingersoll@ycst.com <br> jshaw@ycst.com <br> kkeller@ycst.com <br> *Attorneys for Defendant Amazon.com, Inc.* |

SO ORDERED this _____ day of _____, 2005

_____
United States District Judge

161507.1