IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., <br><br>Plaintiffs, <br><br>v. <br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC., BARNESANDNOBLE.COM LLC, AND OVERSTOCK.COM, INC. <br><br>Defendants. | C.A. No 04-1264-SLR |

### SECOND STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIMS

WHEREAS plaintiffs BTG International Inc., Infonautics Corporation and Tucows Inc. (collectively "BTG") and defendant Barnesandnoble.com Inc. and Barnesandnoble.com LLC have agreed in principle to settle their dispute, pending the completion of the necessary settlement documentation; and

WHEREAS, the parties wish to avoid needless effort by the parties or the Court;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the time by which plaintiffs shall file and serve their reply to Barnesandnoble.com's counterclaims is extended to and including October 20, 2005.

| | |
|---|---|
| **ASHBY & GEDDES** | **RICHARDS LAYTON & FINGER** |
| /s/ *signature* | /s/ *signature* |
| Steven J. Balick (I.D. #2114) | William J. Wade (I.D. #704) |
| John G. Day (I.D. #2403) | Steven J. Fineman (I.D. #4025) |
| 222 Delaware Avenue, 17th Floor | One Rodney Square |
| Wilmington, DE 19801 | 920 N. King Street |
| 302-654-1888 | Wilmington, DE 19801 |
| sbalick@ashby-geddes.com | (302) 651-7700 |
| jday@ashby-geddes.com | wade@rlf.com |
| | fineman@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Barnesandnoble.com Inc. and Barnesandnoble.com LLC* |

SO ORDERED this _____ day of _____, 2005.

_____
Chief Judge

161458.1