IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BTG INTERNATIONAL INC.,               )
INFONAUTICS CORPORATION AND           )
TUCOWS INC.,                          )
                                      )
            Plaintiffs,               )   Civil Action No. 04-1264-SLR
                                      )
      v.                              )
                                      )
AMAZON.COM, INC., AMAZON              )
SERVICES, INC., NETFLIX, INC.,        )
BARNESANDNOBLE.COM INC.,              )
BARNESANDNOBLE.COM LLC, AND           )
OVERSTOCK.COM, INC.,                  )
                                      )
            Defendants.               )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 29th day of September, 2005, **PLAINTIFF**

**BTG INTERNATIONAL INC.'S SUPPLEMENTAL ANSWER TO DEFENDANT**

**AMAZON.COM, INC.'S SECOND SET OF INTERROGATORIES TO PLAINTIFF NO.**

**13** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                    HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Jeffrey S. Love, Esquire                      VIA FEDERAL EXPRESS
Klarquist, Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR  97204

William J. Wade, Esquire                      HAND DELIVERY
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

William W. Flachsbart, Esquire                         <u>VIA FEDERAL EXPRESS</u>
Niro Scavone Haller & Niro
181 West Madison, Suite 4600
Chicago, IL  60602

Lawrence G. Kurland, Esquire                           <u>VIA FEDERAL EXPRESS</u>
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY  10104

David J. Margules, Esquire                             <u>HAND DELIVERY</u>
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

John F. Luman, III, Esquire                            <u>VIA FEDERAL EXPRESS</u>
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs BTG International*
*Inc., Infonautics Corporation, and Tucows*
*Inc.*

*Of Counsel:*

Ronald J. Schutz
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Telephone:  612-349-8500

Dated:  September 29, 2005
150932.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2005, the attached **NOTICE OF**

**SERVICE** was served upon the below-named defendants at the address and in the manner

indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Jeffrey S. Love, Esquire<br>Klarquist, Sparkman, LLP<br>One World Trade Center, Suite 1600<br>121 S.W. Salmon Street<br>Portland, OR 97204 | VIA FEDERAL EXPRESS |
| William J. Wade, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | HAND DELIVERY |
| William W. Flachsbart, Esquire<br>Niro Scavone Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, IL 60602 | VIA FEDERAL EXPRESS |
| Lawrence G. Kurland, Esquire<br>Bryan Cave, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | VIA FEDERAL EXPRESS |
| David J. Margules, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | HAND DELIVERY |

John F. Luman, III, Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

<u>VIA FEDERAL EXPRESS</u>

*/s/ John G. Day*

John G. Day