IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., BARNESANDNOBLE.COM INC., BARNESANDNOBELE.COM LLC AND OVERSTOCK.COM, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-1264-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER

The parties' agreed exchanges of discovery necessitate that some of the dates set forth in the Scheduling Order be modified. The requested modifications impact only events that are between the parties and do not require Court involvement.

THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Court's Scheduling Order of December 15, 2004 shall be amended as follows:

- Plaintiff(s) shall supplement its responses to Defendants' interrogatories regarding the assertion of its dependent claims of the patents in suit no later than **November 30, 2005**.

- All opinions of counsel upon which a party intends to rely at trial to defend against any claim of willful infringement shall be identified and produced by **December 21, 2005**. In the event, however, that Plaintiff(s) supplements its

responses to Defendants' interrogatories regarding the assertion of its dependent claims of the patents in suit more than 21 days before November 30, 2005, Defendants shall then produce such opinions of counsel **within 21 days after Plaintiff(s) supplementation**.

- All fact discovery shall be completed by **January 16, 2006**.

- Expert reports on issues for which the parties have the burden of proof shall be due on **January 20, 2006**.

- Rebuttal experts shall be due on **February 16, 2006**.

The remaining provisions of the Scheduling Order dated December 15, 2004 shall remain in effect.

By: /s/ John G. Day
Steven J Balick (ID#2114)
John G. Day (I.D. #2403)
ASHBY & GEDDES
222 Delaware Ave., 17th Floor
P.O. Box 1150
Wilmington Del. 19899
Telephone: (302) 654-1888

*Attorneys for Plaintiff BTG International Inc., Infonautics Corporation and Tucows Inc.*

By: /s/ Karen L. Pascale
Karen L. Pascale (ID#2903)
BOUCHARD MARGULES &
FRIEDLANDER, P.A.
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3550

*Attorneys for Plaintiff Defendant Overstock.com, Inc.*

By: /s/ Karen E. Keller
John W. Shaw (ID# 3362)
Karen E. Keller (ID #4489)
YOUNG, CONAWAY, STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600

*Attorneys for Defendants Amazon.com and Amazon Services, Inc.*

By: /s/ Steven J. Fineman
Steven J. Fineman (ID#4025)
RICHARDS LAYTON &
FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 571-6600

*Attorneys for Defendants Barnesandnoble.com, Inc. and Barnesandnoble.com LLC*

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

DB01:1863632.1                                                                    063675.1001