IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL, INC., INFONAUTICS CORPORATION, and TUCOWS INC., | § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM, INC., BARNESANDNOBLE.COM LLC, and OVERSTOCK.COM, INC., | § § § § § § | |
| *Defendants.* | § § | |

## OVERSTOCK.COM, INC.'S NOTICE OF SECOND SUBPOENA DIRECTED TO JASON OLIM  AND AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Overstock.com, Inc. will serve the attached subpoena for deposition on Jason Olim.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Overstock.com, Inc., through its attorneys, intends to take the oral and videotaped deposition of **Jason Olim** on **Tuesday, October 18, 2005 at 10:00 a.m.** at the offices of Bracewell & Giuliani. L.L.P., 1177 Avenue of the Americas, New York, NY 10036-2714.

This deposition will take place before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic and videographic means. The deposition will continue from day to day until completed. This deposition will be

taken under the Federal Rules of Civil Procedure for the purpose or discovery, for use at trial,

and for such other purposes as are permitted by law.

All counsel are invited to attend this deposition.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

Dated:  October 5, 2005                    _____/s/ Karen L. Pascale_____
                                           David J. Margules (I.D. No. 2254)
                                             [dmargules@bmf-law.com]
                                           Karen L. Pascale (I.D. No. 2903)
                                             [kpascale@bmf-law.com]
                                           222 Delaware Avenue, Suite 1400
                                           Wilmington, Delaware 19801
                                           (302) 573-3500
                                             *Attorneys for Defendant Overstock.com, Inc.*

OF COUNSEL:

Glenn A. Ballard, Jr.
John F. Luman, III
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, TX  77002-2770
(713) 223-2300

2

\* AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**
# UNITED STATES DISTRICT COURT
Southern _____ DISTRICT OF____ New York

BTG INTERNATIONAL, INC.

**V.**

AMAZON.COM, INC., AMAZON
SERVICES, INC., NETFLIX, INC.,
BARNESANDNOBLE.COM, INC.,
AND OVERSTOCK.COM, INC.

**SUBPOENA IN A CIVIL CASE**

Case Number: 04-1264

District of Delaware

**TO:   Jason Olim, 77 West 24th Street, Apt 3C, New York, NY 10010**

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | N/A | COURTROOM   N/A |
|---|---|---|
| | | DATE AND TIME  N/A |

☒   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   Bracewell & Giuliani L.L.P., 1177 Avenue of the Americas, New York, New York 10036-2714 | DATE AND TIME: October 18, 2005 at 10:00 am |
|---|---|

☐   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE  N/A | DATE AND TIME  N/A |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES  N/A | DATE AND TIME   N/A |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  Attorney for Defendant Overstock.com | DATE  October 4, 2005 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John F. Luman III, Bracewell & Giuliani L.L.P., 711 Louisiana ST, STE 2300, Houston, Texas 77002-2770, (713) 221-1896

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

If action is pending in district other than district of issuance, state district under case number.

* A088 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE. |
|---|---|---|
| **SERVED** | | |

SERVED ON (PRINT NAME)                        MANNER OF SERVICE

Defendant's Attorney

SERVED BY (PRINT NAME))                        TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2005, I caused the foregoing ***Overstock.com, Inc.'s***

***Notice of Second Subpoena Directed to Jason Olim and Amended Notice of Deposition*** to be

electronically filed with the Clerk of Court using CM/ECF, which will send notification of such

filing to the following:

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
   *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

John W. Shaw, Esquire [jshaw@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
   *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

Steven J. Fineman, Esquire [fineman@rlf.com]
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
   *Attorneys for Defendants Barnesandnoble.com, Inc. and Barnesandnoble.com LLC*

.

I further certify that on October 5, 2005, I caused a copy of the foregoing document to be

served by hand on the above-listed counsel, and that a copy was served on the following non-

registered participants on the date and in the manner indicated:

### *By E-mail onOctober 5, 2005*

Niall A. MacLeod, Esquire [NAMacLeod@rkmc.com]
Michael A. Collyard, Esquire [MACollyard@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
   *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

Kristin L. Cleveland, Esquire [kristin.cleveland@klarquist.com]
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
  *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

William W. Flachsbart, Esquire [flachsbart@nshn.com]
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
  *Attorneys for Defendants Barnesandnoble.com, Inc. and Barnesandnoble.com LLC*

Lawrence G. Kurland, Esquire [lgkurland@bryancave.com]
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
  *Attorneys for Defendants Barnesandnoble.com, Inc. and Barnesandnoble.com LLC*


                    BOUCHARD MARGULES & FRIEDLANDER, P.A.

                    */s/ Karen L. Pascale*

Dated: October 5, 2005        _____
                    David J. Margules (#2254) [dmargules@bmf-law.com]
                    Karen L. Pascale (#2903) [kpascale@bmf-law.com]
                    222 Delaware Avenue, Suite 1400
                    Wilmington, Delaware 19801
                    (302) 573-3500
                      *Attorneys for Defendant Overstock.com, Inc.*