IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC.,<br>INFONAUTICS CORPORATION AND<br>TUCOWS INC.,<br><br>       Plaintiffs,<br><br>     v.<br><br>AMAZON.COM, INC., AMAZON<br>SERVICES, INC., NETFLIX, INC.,<br>BARNESANDNOBLE.COM INC.,<br>BARNESANDNOBLE.COM LLC, AND<br>OVERSTOCK.COM, INC.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-1264-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of October, 2005, **PLAINTIFF BTG**

**INTERNATIONAL INC.'S NOTICE OF SUBPOENA DIRECTED TO JASON OLIM** was

served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                                      HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Jeffrey S. Love, Esquire                                                  VIA FEDERAL EXPRESS
Klarquist, Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR  97204

William J. Wade, Esquire                                                       HAND DELIVERY
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

William W. Flachsbart, Esquire                    VIA FEDERAL EXPRESS
Niro Scavone Haller & Niro
181 West Madison, Suite 4600
Chicago, IL  60602

Lawrence G. Kurland, Esquire                      VIA FEDERAL EXPRESS
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY  10104

David J. Margules, Esquire                             HAND DELIVERY
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

John F. Luman, III, Esquire                       VIA FEDERAL EXPRESS
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781


                                         ASHBY & GEDDES

                                         /s/ *John G. Day*

                                         _____
                                         Steven J. Balick (I.D. #2114)
                                         John G. Day (I.D. #2403)
                                         222 Delaware Avenue, 17th Floor
                                         P.O. Box 1150
                                         Wilmington, DE  19899
                                         (302) 654-1888
                                         sbalick@ashby-geddes.com
                                         jday@ashby-geddes.com

                                         *Attorneys for Plaintiffs BTG International
                                         Inc., Infonautics Corporation, and Tucows
                                         Inc.*

*Of Counsel:*

Ronald J. Schutz
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Telephone:  612-349-8500

Dated:  October 5, 2005
150932.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2005, the attached **NOTICE OF**

**SERVICE** was served upon the below-named defendants at the address and in the manner

indicated:

Josy W. Ingersoll, Esquire                                    HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


Jeffrey S. Love, Esquire                                    VIA FEDERAL EXPRESS
Klarquist, Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR 97204


William J. Wade, Esquire                                    HAND DELIVERY
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801


William W. Flachsbart, Esquire                          VIA FEDERAL EXPRESS
Niro Scavone Haller & Niro
181 West Madison, Suite 4600
Chicago, IL 60602


Lawrence G. Kurland, Esquire                            VIA FEDERAL EXPRESS
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104


David J. Margules, Esquire                                  HAND DELIVERY
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

John F. Luman, III, Esquire                                          <u>VIA FEDERAL EXPRESS</u>
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781


*/s/ John G. Day*
_____

John G. Day