# TAB A

AO 88 (Rev.11/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA (Tucson Division)

BTG International, Inc.

v.

Amazon.com, Inc., Amazon Services, Inc., Netflix, Inc., Barnesandnoble.com, Inc., and Overstock.com, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] **04-1264 SLR (Dist. Del.)**

TO: Mark Ginsburg
5815 E. Placita Rocosa
Tucson, AZ 85750-1237

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Snell & Wilmer, One South Church Avenue, Suite 1500 Tucson, AZ 85701 (or at another agreed upon location) | 11/17/05 9:00AM |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Schedule A

| PLACE | DATE AND TIME |
|---|---|
| Snell & Wilmer, One South Church Avenue, Suite 1500 Tucson, AZ 85701 (or at another agreed upon location) | 11/17/05 9:00AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Todd M Siegel | October 5, 2005 |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER

Todd M. Siegel Klarquist Sparkman, LLP, 121 SW Salmon Street, Suite 1600, Portland, OR 97204
503)595-5300

(See Rule 45, Federal Rules of Civil Procedure, parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev.11/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ______________________
DATE

______________________
SIGNATURE OF SERVER

______________________
ADDRESS OF SERVER

______________________

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

**(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or the demanding party to contest the claim.

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) DUTIES IN RESPONDING TO SUBPOENA.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**SCHEDULE A**

**INSTRUCTIONS**

1. In producing documents and things, provide all documents and things known or available to you, whether such documents or things are within your direct possession, custody, or control.

2. Please produce electronic documents in an intelligible format together with a description of the system from which the format was derived sufficient to permit rendering of the materials intelligible.

**DEFINITIONS**

For purposes of these requests, the following terms shall have the meaning set forth below.

1. "Zacks" refers to Zacks Investment Research, Inc. its subsidiaries, divisions, predecessor and successor companies, affiliates, parents, any joint venture to which it may be a party, and/or each of its employees, agents, officers, directors, representatives, consultants, accountants and attorneys, including any person who served in any such capacity at any time.

2. The term "document[s]" shall refer broadly to all categories of tangible and intangible information envisioned by Rule 34(a) of the Federal Rules of Civil Procedure, without limitation as to the type of document (whether copy or original), and shall include without limitation any writings or tangible objects produced or reproduced mechanically, electronically, photographically, or chemically. "Document[s]" shall further be defined to include things. No material may be withheld on the ground that it is not a "document."

## DOCUMENTS AND THINGS TO BE PRODUCED

1.  All documents and things, including without limitation to source code and computer files, referring or relating to any version or adaptation of the Perl script "zacksnew.pl" referred to on p. 448 of the book "HTML and CGI Unleashed," by John December and Mark Ginsburg, Sams.net Publishing (1995), attached hereto as Exhibit 1.

2.  All documents and things, including without limitation to source code and computer files, for Zacks' Web pages that included links to any version or adaptation of the Perl script "zacksnew.pl" referred to on p. 448 of the book "HTML and CGI Unleashed," by John December and Mark Ginsburg, Sams.net Publishing (1995), attached hereto as Exhibit 1.

3.  All documents and things, including without limitation to source code and computer files, referring or relating to any version or adaptation of the Perl script "zack_tick.pl" referred to on pp. 452-57 of the book "HTML and CGI Unleashed," by John December and Mark Ginsburg, Sams.net Publishing (1995), attached hereto as Exhibit 1.

4.  All communications between Zacks, or any employee thereof, and Mark Ginsburg or John December.

5.  All documents and things, including without limitation to source code and computer files, referring or relating to the use of the EDGAR system referred to on p. 457 of the book "HTML and CGI Unleashed," by John December and Mark Ginsburg, Sams.net Publishing (1995), attached hereto as Exhibit 1.

# EXHIBIT 1

# HTML and CGI

# UNLEASHED

*John December and Mark Ginsburg*



201 West 103rd Street
Indianapolis, IN 46290

*For my grandparents, Isabelle and Joseph December, and Aili and Arthur Hill.*

## Copyright © 1995 by Sams.net Publishing

FIRST EDITION

All rights reserved. No part of this book shall be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. No patent liability is assumed with respect to the use of the information contained herein. Although every precaution has been taken in the preparation of this book, the publisher and author assume no responsibility for errors or omissions. Neither is any liability assumed for damages resulting from the use of the information contained herein. For information, address Sams.net Publishing, 201 W. 103rd St., Indianapolis, IN 46290.

International Standard Book Number: 0-672-30745-6

Library of Congress Catalog Card Number: 95-69417

98 97 96 4 3

Interpretation of the printing code: the rightmost double-digit number is the year of the book's printing; the rightmost single digit, the number of the book's printing. For example, a printing code of 95-1 shows that the first printing of the book occurred in 1995.

*Composed in AGaramond, Futura, and MCPdigital by Macmillan Computer Publishing*

*Printed in the United States of America*

## Trademarks

All terms mentioned in this book that are known to be trademarks or service marks have been appropriately capitalized. Sams.net Publishing cannot attest to the accuracy of this information. Use of a term in this book should not be regarded as affecting the validity of any trademark or service mark.

**President, Sams Publishing** *Richard K. Swadley*
**Publisher, Sams.net Publishing** *George Bond*
**Managing Editor** *Cindy Morrow*
**Marketing Manager** *John Pierce*

**Acquisitions Editor**
*Mark Taber*

**Development Editor**
*Dean Miller*

**Software Development Specialist**
*Steve Flatt*

**Production Editor**
*Katharine Stuart Ewing*

**Copy Editors**
*Susan Christophersen*
*Mitzi Foster Gianokos*
*Chuck Hutchinson*

**Technical Reviewer**
*Alan Richmond*

**Editorial Coordinator**
*Bill Whitmer*

**Technical Edit Coordinator**
*Lynette Quinn*

**Formatter**
*Frank Sinclair*

**Editorial Assistant**
*Carol Ackerman*

**Cover Designer**
*Jason Grisham*

**Book Designer**
*Alyssa Yesh*

**Production Team Supervisor**
*Brad Chinn*

**Production**
*Carol Bowers, Mona Brown, Terrie Deemer, Cheryl Dietsch, Michael Dietsch, Greg Eldred, Michael Henry, Ayanna Lacey, Kevin Laseau, Paula Lowell, Steph Mineart, Nancy C. Price, Brian-Kent Proffitt, SA Springer, Tim Taylor, Mark Walchle*

**FIGURE 21.6.**
*The filings retrieved have now been presorted in date order, most recent filings first. This answer corresponds to companies starting with AP and form containing 10-K.*

One technical note: It's possible to sort the file to disk and then process it in Perl for Web consumption, or, equivalently, open an indirect filehandle in Perl and pipe the output of the sort command to this filehandle. The former method is better in the debugging stage because it is very handy to examine a physical disk file when the Perl script is not behaving in an expected manner. The latter is easier on the eyes and conforms to the general principal of not committing disk resources unnecessarily.

# A Double Binary Search with a Little State Thrown in

Time to get more involved. The prior example demonstrated a user asking for a particular company and a binary search retrieving all hits from a company.sorted index file.

Now imagine what I faced when Len Zacks (the president of Zacks Investment Research) asked me, "Suppose my users know the ticker symbol in advance but not necessarily the company. How can we interface to your filings retrieval system?"[5]

"Can you get me a sorted file of tickers and company names?" I slyly retorted, stalling for time.

[5] The Zacks Investment Research Analyst Watch service is at `http://http://aw.zacks.com/` and the Zacks Investor's Window is at `http://iw.zacks.com/zir.html`.

"Yes" was the prompt answer. Now I had the problem of actually building something.

What is required for the "Known Ticker" application?

A reasonable way to pass the preordained ticker on the URL command line.

A binary search on the ticker file to locate the corresponding company name. The ticker file contains approximately 8,230 companies.

A second binary search to retrieve the filings once the company name is in hand (in fact, identical to the goals of formlynx.pl.b).

The trick to solving the first problem item is to provide the Zacks programmers with a Perl script URL rather than an HTML URL. Why? Because the Perl script, when accessed as a URL, can (1) accept the ticker as a QUERY_STRING argument and (2) output valid HTML with no functional difference from a regular HTML document.

I created `http://edgar.stern.nyu.edu/mgbin/zacksnew.pl` and instructed Susy Krivulis, my Zacks liaison, to feed the ticker as a QUERY_STRING to this program. For example, a Zacks user who is interested in Exxon (ticker symbol XON) would be provided a URL to link to `http://edgar.stern.nyu.edu/mgbin/zacksnew.pl?XON`.

The code for zacksnew.pl follows:

```
#!/usr/local/bin/perl
#
# Mark Ginsburg 3/95
#
# zacksnew.pl
#
# user has pre-selected ticker and it is passed to us on the
# command line QUERY_STRING
#
#  Program creates reciprocal links dynamically back to the
#  Zacks Investor's Window.
#

$tick = $ENV{'QUERY_STRING'};
require '/usr/local/etc/httpd/cgi-bin/cgi-lib.pl';
require 'edgarlib';
&html_header("Zacks Ticker Results");  # from cgi-lib.pl
$ticklen = length($tick);

if ($ticklen == 0) {
   print "cannot continue, no ticker supplied !";
   &home;    # show standard NYU go-home stuff
   exit 0;  }

$tick=~ y/[a-z]/[A-Z]/;    # get Ticker in all caps, to prepare for search.
$th = $tick."_cvr.html";  # initialize reciprocal link back to Zacks site.

print <<EndOfForm;  # dump raw HTML to the user -- a Form.

<TITLE>EDGAR Automated Zacks Filing Retrieval by Ticker $tick </TITLE>
<H2>EDGAR Zacks Filing Retrieval by Ticker $tick </h2>
```

```
<ol>
<li>Date Limit:    <i> Optional </i> Default is since 1/1/94.  <br>
<li>Filing Type:    <i> Optional </i> Default is "All".  <br>
<li>Filing Type Override:    <i> Optional. </i>  If you don't see your filing
type on the picklist use this override field.
<li>Hit Limit:    <i> Optional </i> Default is the first 100 hits.
<li>Debugger:    <i> Optional </i> Set this "on" if you are having trouble
with your browser.
</ol>
<FORM METHOD="POST" ACTION=
"http://edgar.stern.nyu.edu/mgbin/zack_tick.pl?$tick">
Submit choices: <INPUT TYPE="submit" VALUE="Retrieve Filings">
Reset form: <INPUT TYPE="reset" VALUE="Reset">.
<p>

<i>Date limit:</i>

<SELECT NAME="date-range">
<OPTION>Last Week
<OPTION>Last Two Weeks
<OPTION>Last Month
<OPTION>Last Six Months
<OPTION>Last Year
<OPTION SELECTED>No Limit
</SELECT>
<p>

<a href="http://edgar.stern.nyu.edu/docs/general.html">
<i>Filing Type</i></a>

<SELECT NAME="Form-Pick-List">
<OPTION SELECTED> ALL
<OPTION> S-3 (Stock or Bond Registration)
<OPTION> S-8 (ESOP)
<OPTION> 8-12B
<OPTION> 8-A12G
<OPTION> 8-B12B
<OPTION> 8-K (Current Event)
<OPTION> 10-12B
<OPTION> 10-C
<OPTION> 10-K (Annual Report)
<OPTION> 10-Q (Quarterly Report)
<OPTION> 11-K
<OPTION> 13F-E (Mutual Funds Holdings)
<OPTION> 14
<OPTION> SC (SC 14D is >= 5% Acq)
<OPTION> DEF (DEF 14A is the proxy)
<OPTION> 424
<OPTION> 485 (Mutual Fund Prospectuses)
<OPTION> NSAR (Semi-Annual Fund Reports)
</SELECT> <P>

<i>Filing Type Override</i>
<INPUT NAME="filing-override">
<p>
<b>Limit </b> your search to a maximum?
<SELECT NAME="limit-List">
```

```
<OPTION> no limit
<OPTION> 1000
<OPTION> 500
<OPTION> 250
<OPTION SELECTED> 100
<OPTION> 50
<OPTION> 25
<OPTION> 10
<OPTION> 5
<OPTION> 1
</SELECT> <P>

Turn <b> debugging </b> on?

<SELECT NAME="debug-option">
<OPTION SELECTED> no debug
<OPTION> debug
</SELECT> <P>

</FORM>

<HR>

<A HREF="http://iw.zacks.com/firm/$th">
<img src="http://edgar.stern.nyu.edu/icons/z_bck.gif">
Zacks</A> Home page for Ticker $tick
<p>
<A HREF="http://aw.zacks.com">
<img src="http://edgar.stern.nyu.edu/icons/aw_bck.gif">
Zacks Analyst Watch Home Page</A>
<p>
<A HREF="http://iw.zacks.com/zir.html">
<img src="http://edgar.stern.nyu.edu/icons/iw_bck.gif">
Zacks Investor Window Home Page</A>
<p>

<a href="http://edgar.stern.nyu.edu/docs/general.html">
<img src="http://edgar.stern.nyu.edu/art/t_scroll.gif">
More information on Filing Types</a>.
<A HREF="http://edgar.stern.nyu.edu/EDGAR.html">
<p>
<img src="http://edgar.stern.nyu.edu/icons/torch.gif">
NYU EDGAR Project Home Page.</A>
<A HREF="http://edgar.stern.nyu.edu/comment-form.html">

EndOfForm

exit 0;
```

## Comments About zacksnew.pl

Note the trickery with the variable `$th`. It is set to `$tick."_cvr.html"`—for example, `XON_cvr.html` in the case of Exxon. Why? To link back to the Zacks site as they specified. They promise the validity of the link `<A HREF="http://iw.zacks.com/firm/$th">` to represent their company-specific information for any given ticker.

In fact, the link `zacksnew.pl?AN` (Amoco's ticker symbol is AN) shows a screen similar to that shown previously in Figure 21.3 but not identical. Take a look at Figure 21.7.

**FIGURE 21.7.**
*The user presupplies the Amoco Ticker Symbol AN.*

The user had the ticker symbol AN (Amoco) preselected and, upon accessing the URL `http://edgar.stern.nyu.edu/zacksnew.pl?AN`, is placed immediately into the filing retrieval form. Then, the parameters are input to execute a company search (Employee Stock Option Plan, ESOP, which is filing type S-8; last six-month search only) and the hotlinks to the IMS archive are assembled in the program that has to do the real work of two binary searches—zack_tick.pl.

Note that zack_tick.pl is also called with the same ticker in the `QUERY_STRING`. It is sufficiently armed (with the user filing parameters and the ticker) to return the appropriate filings.

A partial screen snapshot of the results of zack_tick.pl are shown in Figure 21.8. Note the custom links back to Zacks resources constructed by the zack_tick.pl program. A good advertisement for binary searches is the fact that this query takes only a few seconds on a Sun Sparc LX.

The code for zack_tick.pl is in Listing 21.3. Compare it to the code formlynx.pl.b that I presented earlier. Notice the differences: (1) I need to perform two binary searches now instead of one, and (2) not all input is from the form. The ticker is in the `QUERY_STRING`. (An important condition of this interface was that the users never have to type in the ticker; it was understood that if they were located at a certain page—for example, the Amoco Page on the Zacks side—the Zacks program would pass Amoco's ticker, AN, to my CGI script zacksnew.pl.)

**FIGURE 21.8.**
*The user, who started the application with ticker symbol AN (Amoco), finishes with the hotlinked SEC S-8 filing for Amoco.*

**Listing 21.3. zack_tick.pl.**

```
#!/usr/local/bin/perl
#
# zack_tick.pl
#
# ticker comes from the query_string
# calling program:  zacknew.pl
#
################################

sub match{

require 'deweb.pl';
require 'edgarlib';
require 'edgardate';
require 'look.pl';  # Required for binary search
require 'ctime.pl';
$Date=&ctime(time);  # human-readable date and time from the timestamp.
$sdate=chop($Date);  # take off the *ludicrous* hard return
require '/usr/local/etc/httpd/cgi-bin/cgi-lib.pl';

&html_header("Zacks EDGAR Filing Results");  # from cgi-lib.pl

&form_init;  # initialize the assoc. array of form_desc

$julnum = &j_number();

# Get the input
read(STDIN, $buffer, $ENV{'CONTENT_LENGTH'});
$tick = $ENV{'QUERY_STRING'};  # pick up the Ticker from the URL
# Split the name-value pairs
@pairs = split(/&/, $buffer);

# associatize this.
```

```
foreach (@pairs)  {

       ($key,$value) = split(/=/,$_);
       $value = &deweb($value);  # clean up the value.
       $form{$key} = $value;

#  Check for filing-type override.

if ($form{'filing-override'} eq "")  {
  $uform = $form{'Form-Pick-List'};
  @newform = split(/\s/,$uform);
  $uform = $newform[0];
}else{
  $uform = $form{'filing-override'};
}

$infile = '/usr/users/mark/zacks/ticks.sorted';  # the Ticker database.

open(INFILE,$infile) || die 'cannot open $infile';
&look(*INFILE, $tick,1,1);  # search on ticker supplied in QUERY_STRING
$tickctr = 0;
while (<INFILE>)  {

        last unless /^$tick\b/i;
        $tickctr++;
        @line = split(/:/);
        $cn = $line[1];
        last;  # get the heck out if found.
}
if ($tickctr < 1)  {

    print 'Ticker $tick not found in file; cannot continue.';
    print "<A HREF=\"http://edgar.stern.nyu.edu/mgtest/zc.html\">";
    print 'Try the Company Search </A>';
    &home;
    exit 1;
 }

print "Company Name on file as: <b>$cn</b>";
@co = split(/\s/,$cn);

if ($#co > 1)  {         # If company only one word, use it, else use first two.

$combo = $co[1]." ".$co[2];
}
else   {
$combo = $co[1];
}

print 'and the search we will run will be on <i>$combo</i><p>';

if($form{'date-range'} eq "Last Week"){
  $matchdate=&main'jtod($julnum-7);
```

*continues*

**Listing 21.3. continued**

```
}elsif($form{'date-range'} eq "Last Two Weeks"){
  $matchdate=&main'jtod($julnum-15);
}elsif($form{'date-range'} eq "Last Month"){
  $matchdate=&main'jtod($julnum-30);
}elsif($form{'date-range'} eq "Last Six Months"){
  $matchdate=&main'jtod($julnum-180);
}elsif($form{'date-range'} eq "Last Year"){
  $matchdate=&main'jtod($julnum-360);
}
 else
{
  $matchdate=&main'jtod(2449354);
}

($nday, $nmon, $nyear)=split(/-/,$matchdate);

if($nmon < 10){
  $nmon=join('','0',$nmon);
}

if($nday< 10){
$nday = join('','0',$nday);
}

$matchdate=join('',$nyear,$nmon,$nday);

$forms = "/usr/local/edgar/web/docs/company.sorted";
$logpath="/web/profile/logs/";
$logname="zacks.log";

$logfile = ">>$logpath$logname";

&aux_vars;  # for max_hit counter, and debugging info on/off.

&field_head();  # for the Results columns.

print"<HR>";

$hitctr = 0;  # hit counter variable

# print "searching for $comp[1] and form $newform[0] and date $matchdate \n";

open(COMPANY, $forms) || die "cannot open the INPUT FILE";
&look(*COMPANY, $combo,1,1);  # get the lookup from the ticker resolver.

open(LOGFILE, $logfile) || die "problem opening Log file";
print LOGFILE "$Date | $ENV{REMOTE_HOST} | $ENV{REMOTE_ADDR} |
 $ENV{HTTP_USER_AGENT} | company: $co[1] | ticker: $tick |
 form $uform | hit-limit: $hitctr debug flag: $form{'debug-option'}
 date: $matchdate  \n";

close LOGFILE || die "problem closing logfile\n";

while (<COMPANY>){
```

```
      last unless /^$combo.*/i;  # get the co. name from ticker resolver.

      @line = split(/\s\s+/);

      if (($line[1] =~ /$uform/i || $uform eq 'ALL')&&($line[3] >= $matchdate))
      {
          $company =  "<A HREF=ftp://town.hall.org/$line[4]>$line[0]</A>";
          @date = split(//,$line[3]);
       $date = "$date[4]$date[5]-$date[6]$date[7]-
$date[0]$date[1]$date[2]$date[3]";
       $hitctr++;
       if ($hitctr > $form{'limit-List'}) {
           $hitctr--;
           print "User limit of $hitctr reached; exiting.";
            last;  }

          print "<pre>";
#
# Pick up the form description.  (this is a global subroutine using the
# form description associative array)
#
          $form_desc = &form_desc($line[1]);
       printf(" %s    %-10s    %-25s      %-25s",$date,$line[1],
$form_desc,$company);

          print"</pre>";
      } # end of IF

}   # end of WHILE

close(COMPANY) || die 'cannot close the INPUT FILE";
#
$tick =~ y/[a-z]/[A-Z]/;
$th = $tick."_cvr.html";
print "<hr>";
$hnew = $hitctr;
print "Your search had <b>$hnew</b> hit(s).<p>";
print "<A HREF=\"http://iw.zacks.com/firm/$th\">";
print "<img src=\"http://edgar.stern.nyu.edu/icons/z_bck.gif\">";
print" Zacks</A> $combo Home";
print "<p>";
print "<A HREF=\"http://aw.zacks.com/\">";
print "<img src=\"http://edgar.stern.nyu.edu/icons/aw_bck.gif\">";
print "Zacks Analyst Watch Home Page</A> ";
print "<p>";
print "<A HREF=\"http://iw.zacks.com/zir.html\">";
print "<img src=\"http://edgar.stern.nyu.edu/icons/iw_bck.gif\">";
print "Zacks Investor Window Home Page</A> ";

&home("torch.gif","EDGAR NYU Development Site");
#
&nyu_trailer;  #

exit 1;
```

*continues*

## Listing 21.3. continued

```
} #end of "eval &match"

sub field_head{
  $fhdr="<B>Form</B>";
  $chdr="<B>   Company Name</B>";
  $shdr="<B>Form Description   </B>";
  $dhdr="<B>Date Filed</B>";

  print "<pre>";
  printf(" %-10s    %-10s      %-22s      %-30s",$dhdr, $fhdr, $shdr, $chdr);
  print "</pre>";
}
#
#
sub j_number{
local($sec, $min, $hour, $mday, $mon, $year, $wday, $yday, $isdst) = localtime;
  $smon=$mon+1;
  $syear=$year+1900;
  $timedate=join('-',$mday,$smon,$syear);
  &main'dtoj($timedate);
}

sub debug {

print "<pre>";
print "Debugging Information \n";
print "*..................................* \n";

print "User Limit is $form{'limit-List'} \n";

   foreach (@pairs) {
   print "$_ \n";          }

print "*..................................* \n";
print "</pre>";
}

sub aux_vars {

if ($form{'limit-List'} =~ /^no/i) {
    $form{'limit-List'} = 99999; }  # no limit

if ($form{'debug-option'}=~ /^debug/i) {
    &debug;                  }

}

eval '&match';

exit 0;
```

## Code Discussion: zack_tick.pl

The code's a little lengthy, but not too bad to read. The ticker that came from the `QUERY_STRING` is looked up in the Zacks ticker database. If the ticker is not found, the program exits immediately with a formatted HTML message. If it is found, the company name is extracted. Then, the same logic as formlynx.pl.b is applied to locate the matching filings on the 21MB index file.

Simpler, but still a useful trick, is the line:

```
&home('torch.gif','EDGAR NYU Development Site');
```

The argument `'torch.gif'` causes the daring purple NYU torch image to appear on the answer rather than our standard and rather boring "back.gif." Similarly, the string `'EDGAR NYU Development Site'` overrides the default caption.

# Final Binary Search Example: The Partial Company to Ticker to Filing Application

Consider the problem of a user who does not know the ticker symbol offhand, yet would recognize the ticker if it were presented in a picklist.

Let's assume that the user knows the first few letters of the company. This was the puzzle posed to EDGAR intern Genya Kosoy, and he solved it as follows:

1. Present a form virtually identical to Figure 21.1, where the user enters a few starting letters of the company and the search parameters (date range, filing type, and so on). This is online at `http://edgar.stern.nyu.edu/-genya/a1.html`.
2. Preprocess the Zacks ticker database so that it is sorted by company rather than ticker. Look up the user's company name substring and handle these possibilities:

   If there is more than one possible completion for inputted company, dynamically form a picklist of matching companies and their corresponding Ticker Symbols and CUSIPS.

   If there is only one possible completion, use that company name and proceed immediately to search the filings index.

   If there are no completions, note that and return to the starting screen.
3. After the company is selected from the picklist (or a unique company is (
   the familiar binary search on the filings index occurs.

This scheme presents another problem: how to carry the user's search constrain
the very beginning of the application, forward until it is time to search the filings i