IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC., BARNESANDNOBLE.COM LLC, AND OVERSTOCK.COM, INC. <br><br> Defendants. | C.A. No. 04-1264-SLR |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs BTG International Inc., Infonautics Corporation and Tucows Inc. (collectively "Plaintiffs") and Defendants Barnesandnoble.com, Inc. and Barnesandnoble.com LLC, ("BN"), having entered into a Confidential Release and Settlement Agreement (the "Settlement Agreement") dated October 6, 2005 settling the above-captioned action (the "Action") as between Plaintiffs and BN, hereby stipulate and agree to the dismissal with prejudice of all of Plaintiffs' claims against BN and all of BN's counterclaims against Plaintiffs claimed in the Action, with each party to bear their own attorneys' fees and costs. The parties hereby stipulate and acknowledge and agree that until payment of the nonrefundable license fee is satisfied, the United States District Court for the District of Delaware shall retain jurisdiction over the Action for all purposes pertaining to the execution, performance, and enforcement of the terms and conditions set forth in the Settlement Agreement. After payment is satisfied, the Court shall be divested of jurisdiction over the Action for all purposes.

MP3 20145417.1

| | |
|---|---|
| **ASHBY & GEDDES** | **RICHARDS, LAYTON & FINGER, P.A.** |
| /s/ John G. Day | [signature] |
| Steven J. Balick (I.D. # 2114) | Steven J. Fineman (I.D. #4025) |
| John G. Day (I.D. # 2403) | One Rodney Square |
| 222 Delaware Avenue, 17th Floor | 920 N. King Street |
| Wilmington, DE 19801 | P.O. Box 551 |
| 302-654-1888 | Wilmington, DE 19899-0551 |
| sbalick@ashby-geddes.com | 302-651-7700 |
| jday@ashby-geddes.com | fineman@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Barnesandnoble.com LLC and Barnesandnoble.com, Inc.* |

SO ORDERED this _____ day of _____, 2005.

_____
Chief Judge

162267.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2005, the attached **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| Jeffrey S. Love, Esquire<br>Klarquist, Sparkman, LLP<br>One World Trade Center, Suite 1600<br>121 S.W. Salmon Street<br>Portland, OR  97204 | VIA FEDERAL EXPRESS |
| David J. Margules, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801 | HAND DELIVERY |
| John F. Luman, III, Esquire<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002-2781 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*
_____
John G. Day