IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC. AND OVERSTOCK.COM, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-1264-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Amazon.com, Inc. and Amazon Services, Inc.'s Supplement to Initial Disclosures Pursuant to F.R.C.P. 26 were caused to be served on October 12, 2005, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19899
>
> David J. Margules, Esquire
> Bouchard Margules & Friedlander, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
>
> Steven J. Fineman, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

**BY FEDERAL EXPRESS**

      Glenn A. Ballard, Jr., Esquire
      Bracewell & Giuliani LLP
      711 Louisiana Street, Suite 2300
      Houston, TX 77002-2781

      Ronald J. Schultz, Esquire
      Robins, Kaplan, Miller & Ciresi L.L.P.
      2800 LaSalle Plaza
      800 LaSalle Avenue
      Minneapolis, MN 55402-2015

      Raymond P. Niro, Esquire
      Niro, Scavone, Haller & Niro
      181 West Madison, Suite 4600
      Chicago, IL 60602

      Lawrence G. Kurland, Esquire
      Bryan Cave, LLP
      1290 Avenue of the Americas
      New York, NY 10104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on October 12, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

      Steven J. Balick, Esquire
      John G. Day, Esquire
      Ashby & Geddes
      222 Delaware Avenue, 17th Floor
      Wilmington, DE 19899

      David J. Margules, Esquire
      Bouchard Margules & Friedlander, P.A.
      222 Delaware Avenue, Suite 1400
      Wilmington, DE 19801

      Steven J. Fineman, Esquire
      Richards, Layton & Finger
      One Rodney Square
      Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Glenn A. Ballard, Jr., Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Ronald J. Schultz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

William W. Flachsbart, Esquire
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, IL 60602

Lawrence G. Kurland, Esquire
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104

/s/ Josy W. Ingersoll
_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

– and –

Kristin L. Cleveland
Jeffrey S. Love
James E. Geringer
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300

        David A. Zapolsky
        Kathryn M. Sheehan
        AMAZON.COM, INC.
        1200 - 12th Avenue South, Suite 1200
        Seattle, WA  98144-2734
        206-266-1194

        Attorneys for Defendants Amazon.com, Inc.
          and Amazon Services, Inc.

Dated: October 12, 2005