IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-1264-SLR |
| v. | ) ) | |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC., BARNESANDNOBLE.COM LLC, AND OVERSTOCK.COM, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF BTG INTERNATIONAL INC.'S
<u>NOTICE OF DEPOSITION OF MATTHEW OLIM</u>**

**PLEASE TAKE NOTICE** that pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiff BTG International Inc. will take the deposition of Matthew Olim on November 30, 2005, beginning at 10:00 a.m. (Eastern) at the offices of Esquire Deposition Services, 216 E. 45th Street, 8th Floor, New York, NY 10017, or at a date, time, and place to be otherwise agreed upon. The deposition will be conducted before an officer authorized to administer oaths, and will continue from day-to-day thereafter until complete. You are invited to attend and examine the deponent.

                    ASHBY & GEDDES

                    /s/ *John G. Day*

                    _____
                    Steven J. Balick (I.D. # 2114)
                    John G. Day (I.D. # 2403)
                    222 Delaware Avenue, 17th Floor
                    P.O. Box 1150
                    Wilmington, DE  19899
                    (302) 654-1888
                    sbalick@ashby-geddes.com
                    jday@ashby-geddes.com

                    *Attorneys for Plaintiffs*

*Of Counsel:*

Ronald J. Schutz
Jake M. Holdreith
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Telephone:  612-349-8500

Dated: October 12, 2005
162302.1

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2005, the attached **PLAINTIFF BTG INTERNATIONAL INC.'S NOTICE OF DEPOSITION OF MATTHEW OLIM** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Jeffrey S. Love, Esquire<br>Klarquist, Sparkman, LLP<br>One World Trade Center, Suite 1600<br>121 S.W. Salmon Street<br>Portland, OR  97204 | **VIA FEDERAL EXPRESS** |
| William J. Wade, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| William W. Flachsbart, Esquire<br>Niro Scavone Haller & Niro<br>181 West Madison, Suite 4600<br>Chicago, IL  60602 | **VIA FEDERAL EXPRESS** |
| Lawrence G. Kurland, Esquire<br>Bryan Cave, LLP<br>1290 Avenue of the Americas<br>New York, NY  10104 | **VIA FEDERAL EXPRESS** |
| David J. Margules, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801 | **HAND DELIVERY** |

John F. Luman, III, Esquire         <u>VIA FEDERAL EXPRESS</u>
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

*/s/ John G. Day*
_____
John G. Day