IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>AMAZON.COM, INC., *et al.*,  )<br>)<br>Defendants.  )  | Civil Action No. 04-1264 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Amazon.com, Inc. and Amazon Services, Inc. caused copies of (1) Defendant Amazon.com, Inc.'s and Amazon Services, Inc. Request for the Production of Documents, and (2) Defendant Amazon.com, Inc.'s and Amazon Services, Inc. Third Set of Interrogatories to Plaintiffs to be served on October 13, 2005, on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

    Steven J. Balick, Esquire
    John G. Day, Esquire
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19801

    Karen L. Pascale, Esquire
    Bouchard Margules & Friedlander, P.A.
    222 Delaware Avenue, Suite 1400
    Wilmington, DE 19801

**BY ELECTRONIC MAIL**

    Glenn A. Ballard, Jr., Esquire
    Bracewell & Giuliani LLP
    711 Louisiana Street, Suite 2300
    Houston, TX 77002-2781

>   Ronald J. Schultz, Esquire
>   Robins, Kaplan, Miller & Ciresi L.L.P.
>   2800 LaSalle Plaza
>   800 LaSalle Avenue
>   Minneapolis, MN  55402-2015

PLEASE TAKE FURTHER NOTICE that on October 14, 2005, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

>   Steven J. Balick, Esquire
>   John G. Day, Esquire
>   Ashby & Geddes
>   222 Delaware Avenue, 17th Floor
>   Wilmington, DE  19801
>
>   Karen L. Pascale, Esquire
>   Bouchard Margules & Friedlander, P.A.
>   222 Delaware Avenue, Suite 1400
>   Wilmington, DE  19801

Additionally, I further certify that on October 14, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>   Steven J. Balick, Esquire
>   John G. Day, Esquire
>   Ashby & Geddes
>   222 Delaware Avenue, 17th Floor
>   Wilmington, DE  19801
>
>   Karen L. Pascale, Esquire
>   Bouchard Margules & Friedlander, P.A.
>   222 Delaware Avenue, Suite 1400
>   Wilmington, DE  19801

BY FEDERAL EXPRESS

Glenn A. Ballard, Jr., Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Ronald J. Schultz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Amazon.com, Inc. and Amazon Services, Inc.*

Dated: October 14, 2005