IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL, INC., | § | |
| INFONAUTICS CORPORATION | § | |
| and TUCOWS INC., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | C.A. No. 04-1264-SLR |
| | § | |
| AMAZON.COM, INC., AMAZON | § | |
| SERVICES, INC., NETFLIX, INC., | § | |
| BARNESANDNOBLE.COM, INC., | § | |
| BARNESANDNOBLE.COM LLC, and | § | |
| OVERSTOCK.COM, INC., | § | |
| | § | |
| *Defendants.* | § | |

## OVERSTOCK.COM, INC.'S NOTICE OF INTENTION TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION TERRY GRABER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendant Overstock.com, Inc., through its attorneys, intends to take the oral and

videotaped deposition of **Terry Graber** on **Wednesday, October 19, 2005 at 9:00 a.m.**

**through Thursday, October 20, 2005**, at the Hampton Inn City Center, 1301 Race Street,

Liberty Room, Philadelphia, PA.

This deposition will take place before a notary public or other officer duly authorized to

administer oaths and take testimony, and will be recorded by stenographic and videographic

means. The deposition will continue from day to day until completed. This deposition will be

taken under the Federal Rules of Civil Procedure for the purpose or discovery, for use at trial,

and for such other purposes as are permitted by law.

All counsel are invited to attend this deposition.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

Dated: October 14, 2005

_____/s/ Karen L. Pascale_____
David J. Margules (I.D. No. 2254)
  [dmargules@bmf-law.com]
Karen L. Pascale (I.D. No. 2903)
  [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
  *Attorneys for Defendant Overstock.com, Inc.*

OF COUNSEL:

Glenn A. Ballard, Jr.
John F. Luman, III
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
(713) 223-2300

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I caused the foregoing *Overstock.com, Inc.'s*

*Notice of Intention to Take the Oral and Videotaped Deposition of Terry Graber*  to be

electronically filed with the Clerk of Court using CM/ECF, which will send notification of such

filing to the following:

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
 *Attorneys for Plaintiff, BTG International, Inc.*

John W. Shaw, Esquire [jshaw@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
 *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

.

I further certify that on October 14, 2005, I caused a copy of the foregoing document to be

served by e-mail on the above-listed counsel, and that a copy was served on the following non-

registered participants on the date and in the manner indicated:

### *By E-mail on October 14, 2005*

Niall A. MacLeod, Esquire [NAMacLeod@rkmc.com]
Michael A. Collyard, Esquire [MACollyard@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
 *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation and Tucows Inc.*

Kristin L. Cleveland, Esquire [kristin.cleveland@klarquist.com]
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
 *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

*/s/ Karen L. Pascale*

Dated: October 14, 2005

_____

David J. Margules (#2254) [dmargules@bmf-law.com]
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
  *Attorneys for Defendant Overstock.com, Inc.*