IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL, INC., INFONAUTICS CORPORATION, and TUCOWS INC., | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM, INC., BARNESANDNOBLE.COM LLC, and OVERSTOCK.COM, INC., | § § § § § § | |
| Defendants. | § § | |

**NOTICE OF DEPOSITION SUBPOENA DIRECTED TO UNIVERSITY OF ILLINOIS AND NOTICE OF RULE 30(B)(6) DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Overstock.com, Inc. will serve the attached subpoena for deposition on the University of Illinois.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Procedure 30(b)(6), Defendants Overstock.com, Inc., Amazon.com, Inc., and Amazon Services, Inc. (collectively "Defendants") by and through their respective counsels of record, will take the oral deposition of the University of Illinois by stenographic means through the officers, directors, managing agents, employees, or other persons who consent to testify on its behalf, and designated by the University of Illinois as having knowledge of the subjects described on Attachment "A" beginning at 9:30 a.m. on November 16, 2005, and continuing from day-to-day until completed, at the offices of University of Illinois, 258 Henry Administration Building, 506 S. Wright, Urbana, IL 61801. The deposition will be taken before a Notary Public or other

person duly authorized by law to administer oaths, may be videotaped, and will be conducted pursuant to the provision of the Federal Rules of Procedure and Federal Rules of Evidence for the purpose of discovery, use as evidence at trial, and any other purposes allowed by law. Plaintiff's Counsel is invited to attend and to represent and cross-examine the witnesses.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Karen L. Pascale

Dated: October 26, 2005

David J. Margules (I.D. No. 2254)
  [dmargules@bmf-law.com]
Karen L. Pascale (I.D. No. 2903)
  [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
  *Attorneys for Defendant Overstock.com, Inc.*

OF COUNSEL:

Glenn A. Ballard, Jr.
John F. Luman, III
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
(713) 223-2300

## ATTACHMENT A

## INSTRUCTIONS AND DEFINITIONS

1.   As used herein, the terms "University of Illinois," "the National Center for Supercomputing Applications," "NCSA," "the NCSA Mosaic Homepage," "What's New: March 1995 webpage," "http://archive.ncsa.uiuc.edu," "www.ncsa.uiuc.edu," or "You" refer to the University of Illinois, its member institutions, programs, departments, successors-in-interest, predecessors-in-interest, officers, directors, trustees, faculty, researchers, employees, representatives and others acting on behalf of the University of Illinois.

2.   As used herein, the term "Defendants" refers to one or more of the Defendants Overstock.com, Inc., Amazon.com, Inc., Amazon Services, Inc. Barnesandnoble.com, Inc., and Barnesandnoble.com, L.L.C., their successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives and others acting on behalf of one or more of the Defendants.

3.   As used herein, the terms "Plaintiff" or "BTG" refer to BTG International, Inc., its successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives, and others acting on behalf of BTG.

4.   As used herein, the term "this Lawsuit" refers to the above styled and numbered cause and all claims or defenses asserted in it.

5.   As used herein, the term "Complaint" refers to the Second Amended Complaint filed by Plaintiffs against Defendants on or about August 3, 2005.

6.   As used herein, the terms "Patents-in-Suit" refers to United States Patent Nos. 5,717,860 and 5,712,979 entitled respectively "Method and Apparatus for Tracking the Navigation Path of a User on the World Wide Web" which issued on February 10, 1998 to Terry E. Graber, Joshua Kopelman, Edwin Howell Watkeys, III, and Marvin I. Weinberger and

"Method and Apparatus for Attaching Navigational History Information to Universal Resource Locator Links on a World Wide Web Page" which issued on January 27, 1998 to Terry E. Graber, Joshua Kopelman, Edwin Howell Watkeys, III, and Marvin I. Weinberger.

7. As used herein, the term "'860 patent" refers to U.S. Patent No. 5,717,860.

8. As used herein, the term "'979 patent" refers to U.S. Patent No. 5,712,979.

9. As used herein, the terms "Asserted Claim" or "Asserted Claims" refers to any claim of the Patents-in-Suit that Plaintiffs contend is infringed in any way by any of the Defendants.

10. As used herein, the term "Infonautics" refers to Infonautics, Inc., Infonautics Corporation, its successors-in-interest, predecessors-in-interest, affiliated entities, any joint venture to which it may be a party, and/or each of its officers, directors, trustees, employees, representatives, and others acting on behalf of Infonautics.

11. As used herein, the term "Tucows" refers to Tucows Inc. f/k/a Infonautics, Inc., Tucows.com, Tucows.com, Inc., its successors-in-interest, predecessors-in-interest, affiliated entities, any joint venture to which it may be a party, and/or each of its officers, directors, trustees, employees, representatives, and others acting on behalf of Tucows.

12. As used herein the term "Overstock.com" refers to Overstock.com, Inc., its successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives, and others acting on behalf of Overstock.com, Inc.

13. As used herein the term "Amazon" refers to Amazon.com, Inc., Amazon Services, Inc., their successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives, and others acting on behalf of Amazon.com, Inc. and Amazon Services, Inc.

14. As used herein the term "BarnesandNoble.com" refers to Barnesandnoble.com, Inc., Barnesandnoble.com, L.L.C., their successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives, and others acting on behalf of Barnesandnoble.com, Inc. and Barnesandnoble.com, L.L.C.

15. As used herein the term "Netflix" refers to Netflix, Inc., its successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives, and others acting on behalf of Netflix, Inc.

16. As used herein, the term "assignee of the Patents-in-Suit" refers to any company, association, partnership or individual(s), including, but not limited to, Infonautics, Tucows, and BTG, who has or had any rights to the Patents-in-Suit.

17. As used herein, the term "relating to" in reference to a subject means making a statement about, referring to, mentioning, discussing, describing, reflecting, dealing with, consisting of, constituting, comprising, recording, or in any way pertaining to the subject, whether in whole or in part and either directly or indirectly.

18. The use of the singular form of any word includes the plural and vice versa.

19. As used herein, the term "user navigation path tracking system" refers to any method or apparatus of tracking the navigation path of a user on the World Wide Web of the general type described in the Patents-in-Suit.

20. As used herein, the term "communication" means every manner or method of disclosure or transfer or exchange of information of facts, ideas, inquiries or otherwise, whether oral or by document, and whether face-to-face, by telephone, mail, personal delivery or otherwise.

21. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

22. As used herein, the words "and" and "or" shall be construed in the conjunctive and disjunctive, whichever makes the request more inclusive.

23. As used herein, the word "any" shall mean one or more, and the word "each" shall mean "each and every."

24. "Document Subpoena" shall mean the subopena duces tecum served on or about August 22, 2005 by Overstock.com on the University of Illinois.

**TOPICS ON WHICH TESTIMONY IS REQUESTED**

1. Documents and information previously produced by you in response to the document subpoena relating to the website: http://archive.ncsa.uiuc.edu/

2. Documents and information related to Requests 1, 2, 8, and 9 of the document subpoena.

3. Documents and information produced by you in response to the document subpoena.

\* AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

_____Central_____ DISTRICT OF _____Illinois_____

BTG INTERNATIONAL, INC.

V.

AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM, INC., AND OVERSTOCK.COM, INC.

**SUBPOENA IN A CIVIL CASE**
Case Number: 04-1264
District of Delaware

TO: **University of Illinois, ATTN: Laura Clower, Office of University Counsel, 258 Henry Administration Bldg., 506 S. Wright, Urbana, IL 61801**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | N/A | COURTROOM | N/A |
|---|---|---|---|
| | | DATE AND TIME | N/A |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | University of Illinois, 258 Henry Administration, 506 S. Wright, Urbana, IL 61801 | DATE AND TIME | November 16, 2005; 9:30 a.m. |
|---|---|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | N/A | DATE AND TIME | N/A |
|---|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | N/A | DATE AND TIME | N/A |
|---|---|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents. or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant Overstock.com | October 25, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

John F. Luman, III, Bracewell & Giuliani, L.L.P., 711 Louisiana ST, STE 2300, Houston, Texas 77002-2781, (713) 221-1596

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

If action is pending in district other than district of issuance, state district under case number.

\* A088 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | Defendant's Attorney |
| SERVED BY (PRINT NAME)) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
         DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL, INC., INFONAUTICS CORPORATION, AND TUCOWS, INC. <br><br> *Plaintiff*, <br><br> vs. <br><br> AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC. <br><br> *Defendants*. | § § § § § § § § § § § § § § | Case No. 04-1264 <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF RULE 30(B)(6) DEPOSITION OF**
**UNIVERSITY OF ILLINOIS**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Procedure 30(b)(6), Defendants Overstock.com, Inc., Amazon.com, Inc., and Amazon Services, Inc. (collectively "Defendants") by and through their respective counsels of record, will take the oral deposition of the University of Illinois by stenographic means through the officers, directors, managing agents, or employees, or other persons who consent to testify on its behalf, and designated by the University of Illinois as having knowledge of the subjects described on Attachment "A" beginning at 9:30 a.m. on November 16, 2005, and continuing from day-to-day until completed, at the offices of University of Illinois, 258 Henry Administration Building, 506 S. Wright, Urbana, IL 61801. The deposition will be taken before a Notary Public or other person duly authorized by law to administer oaths, may be videotaped, and will be conducted pursuant to the provision of the Federal Rules of Procedure and Federal Rules of Evidence for the purpose of discovery, use as evidence at trial, and any other purposes allowed by law. Plaintiff's Counsel is invited to attend and to represent and cross-examine the witnesses.

Respectfully submitted,

**BRACEWELL & GIULIANI, L.L.P.**

By: _____
Glenn A. Ballard, Jr.
Texas State Bar No. 01650200
John F. Luman III
Texas State Bar No. 00794199
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

**ATTORNEYS FOR DEFENDANT OVERSTOCK.COM, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with the Federal Rules of Civil Procedure, a true and correct copy of the foregoing has been served via certified mail and/or first class mail on this ___26th___ day of October, 2005, on counsel of record as follows:

| | |
|---|---|
| Ronald J. Schutz<br>Niall A. MacLeod<br>Michael A. Collyard<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, Minnesota 55402-2015<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181<br><br>**COUNSEL FOR PLAINTIFF** | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>**LOCAL COUNSEL FOR PLAINTIFF** |
| Karen L. Pascale, Esq.<br>David J. Margules<br>Bouchard, Margules & Friedlander<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 573-3500<br>Direct Dial: (302) 573-3505<br>Facsimile: (302) 573-3501<br><br>**LOCAL COUNSEL FOR DEFENDANT OVERSTOCK** | Josy W. Ingersoll, Esq<br>John W. Shaw<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street – 17th Floor<br>P. O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>**LOCAL COUNSEL FOR DEFENDANT AMAZON.COM, INC.** |
| David A. Zapolsky<br>Kathryn M. Sheehan<br>James E. Geringer<br>Jeffrey S. Love, Esq.<br>Kristin L. Cleveland<br>Klarquist, Sparkman, LLP<br>One World Trade Center – Suite 1600<br>121 S.W. Salmon Street<br>Portland, Oregon 97204<br>Telephone: (503) 226-7391<br>Facsimile: (503) 228-9446<br><br>**ATTORNEYS FOR DEFENDANT AMAZON.COM** | |

_____
John F. Luman III

## ATTACHMENT A

## INSTRUCTIONS AND DEFINITIONS

1.  As used herein, the terms "University of Illinois," "the National Center for Supercomputing Applications," "NCSA," "the NCSA Mosaic Homepage," "What's New: March 1995 webpage," "http://archive.ncsa.uiuc.edu," "www.ncsa.uiuc.edu," or "You" refer to the University of Illinois, its member institutions, programs, departments, successors-in-interest, predecessors-in-interest, officers, directors, trustees, faculty, researchers, employees, representatives and others acting on behalf of the University of Illinois.

2.  As used herein, the term "Defendants" refers to one or more of the Defendants Overstock.com, Inc., Amazon.com, Inc., Amazon Services, Inc. Barnesandnoble.com, Inc., and Barnesandnoble.com, L.L.C., their successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives and others acting on behalf of one or more of the Defendants.

3.  As used herein, the terms "Plaintiff" or "BTG" refer to BTG International, Inc., its successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives, and others acting on behalf of BTG.

4.  As used herein, the term "this Lawsuit" refers to the above styled and numbered cause and all claims or defenses asserted in it.

5.  As used herein, the term "Complaint" refers to the Second Amended Complaint filed by Plaintiffs against Defendants on or about August 3, 2005.

6.  As used herein, the terms "Patents-in-Suit" refers to United States Patent Nos. 5,717,860 and 5,712,979 entitled respectively "Method and Apparatus for Tracking the Navigation Path of a User on the World Wide Web" which issued on February 10, 1998 to Terry E. Graber, Joshua Kopelman, Edwin Howell Watkeys, III, and Marvin I. Weinberger and

4

"Method and Apparatus for Attaching Navigational History Information to Universal Resource Locator Links on a World Wide Web Page" which issued on January 27, 1998 to Terry E. Graber, Joshua Kopelman, Edwin Howell Watkeys, III, and Marvin I. Weinberger.

7. As used herein, the term "'860 patent" refers to U.S. Patent No. 5,717,860.

8. As used herein, the term "'979 patent" refers to U.S. Patent No. 5,712,979.

9. As used herein, the terms "Asserted Claim" or "Asserted Claims" refers to any claim of the Patents-in-Suit that Plaintiffs contend is infringed in any way by any of the Defendants.

10. As used herein, the term "Infonautics" refers to Infonautics, Inc., Infonautics Corporation, its successors-in-interest, predecessors-in-interest, affiliated entities, any joint venture to which it may be a party, and/or each of its officers, directors, trustees, employees, representatives, and others acting on behalf of Infonautics.

11. As used herein, the term "Tucows" refers to Tucows Inc. f/k/a Infonautics, Inc., Tucows.com, Tucows.com, Inc., its successors-in-interest, predecessors-in-interest, affiliated entities, any joint venture to which it may be a party, and/or each of its officers, directors, trustees, employees, representatives, and others acting on behalf of Tucows.

12. As used herein the term "Overstock.com" refers to Overstock.com, Inc., its successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives, and others acting on behalf of Overstock.com, Inc.

13. As used herein the term "Amazon" refers to Amazon.com, Inc., Amazon Services, Inc., their successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives, and others acting on behalf of Amazon.com, Inc. and Amazon Services, Inc.

14. As used herein the term "BarnesandNoble.com" refers to Barnesandnoble.com, Inc., Barnesandnoble.com, L.L.C., their successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives, and others acting on behalf of Barnesandnoble.com, Inc. and Barnesandnoble.com, L.L.C.

15. As used herein the term "Netflix" refers to Netflix, Inc., its successors-in-interest, predecessors-in-interest, officers, directors, trustees, employees, representatives, and others acting on behalf of Netflix, Inc.

16. As used herein, the term "assignee of the Patents-in-Suit" refers to any company, association, partnership or individual(s), including, but not limited to, Infonautics, Tucows, and BTG, who has or had any rights to the Patents-in-Suit.

17. As used herein, the term "relating to" in reference to a subject means making a statement about, referring to, mentioning, discussing, describing, reflecting, dealing with, consisting of, constituting, comprising, recording, or in any way pertaining to the subject, whether in whole or in part and either directly or indirectly.

18. The use of the singular form of any word includes the plural and vice versa.

19. As used herein, the term "user navigation path tracking system" refers to any method or apparatus of tracking the navigation path of a user on the World Wide Web of the general type described in the Patents-in-Suit.

20. As used herein, the term "communication" means every manner or method of disclosure or transfer or exchange of information of facts, ideas, inquiries or otherwise, whether oral or by document, and whether face-to-face, by telephone, mail, personal delivery or otherwise.

21. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

22. As used herein, the words "and" and "or" shall be construed in the conjunctive and disjunctive, whichever makes the request more inclusive.

23. As used herein, the word "any" shall mean one or more, and the word "each" shall mean "each and every."

24. "Document Subpoena" shall mean the subopena duces tecum served on or about August 22, 2005 by Overstock.com on the University of Illinois.

### TOPICS ON WHICH TESTIMONY IS REQUESTED

1. Documents and information previously produced by you in response to the document subpoena relating to the website: http://archive.ncsa.uiuc.edu/

2. Documents and information related to Requests 1, 2, 8, and 9 of the document subpoena.

3. Documents and information produced by you in response to the document subpoena.

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, I caused the foregoing *Notice of Deposition Subpoena Directed to University of Illinois and Notice of 30(b)(6) Deposition* to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
   *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

John W. Shaw, Esquire [jshaw@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
   *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

I further certify that on October 26, 2005, I caused a copy of the foregoing document to be served by hand on the above-listed counsel, and that a copy was served on the following non-registered participants on the date and in the manner indicated:

### By E-mail on October 26, 2005

Niall A. MacLeod, Esquire [NAMacLeod@rkmc.com]
Michael A. Collyard, Esquire [MACollyard@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
   *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

Kristin L. Cleveland, Esquire [kristin.cleveland@klarquist.com]
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
   *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

|  |  |
|---|---|
| | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| | */s/ Karen L. Pascale* |
| Dated: October 26, 2005 | _____ |
| | David J. Margules (#2254) [dmargules@bmf-law.com] |
| | Karen L. Pascale (#2903) [kpascale@bmf-law.com] |
| | 222 Delaware Avenue, Suite 1400 |
| | Wilmington, Delaware 19801 |
| | (302) 573-3500 |
| | *Attorneys for Defendant Overstock.com, Inc.* |