IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC. | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Defendants Amazon.com, Inc.'s and Amazon Services, Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Admissions (1-2) and (2) Defendants Amazon.com, Inc.'s and Amazon Services, Inc.'s Objections and Responses to Plaintiffs' Third Set of Interrogatories (Nos. 12-18) were caused to be served on October 31, 2005, upon the following counsel of record in the manner indicated below:

**BY E-MAIL AND FIRST CLASS MAIL**

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19899

>David J. Margules, Esquire
>Bouchard Margules & Friedlander, P.A.
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801

John F. Luman, III, Esquire
Glenn A. Ballard, Jr., Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX  77002-2781

Ronald J. Schutz, Esquire
Niall A. MacLeod, Esquire
Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 4, 2005, upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING AND HAND DELIVERY

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Glenn A. Ballard, Jr., Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX  77002-2781

Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

– and –

Kristin L. Cleveland
Jeffrey S. Love
James E. Geringer
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300

David A. Zapolsky
Kathryn M. Sheehan
AMAZON.COM, INC.
1200 - 12th Avenue South, Suite 1200
Seattle, WA 98144-2734
206-266-1194

Attorneys for Defendants Amazon.com, Inc.
 and Amazon Services, Inc.

Dated: November 4, 2005