IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS, INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1264-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Amazon.com, Inc. and Amazon Services, Inc.'s First Set of Requests for Admission to BTG International, Inc. were caused to be served on November 4, 2005, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

    Steven J. Balick, Esquire
    John G. Day, Esquire
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    Wilmington, DE  19801

    Karen L. Pascale, Esquire
    Bouchard Margules & Friedlander, P.A.
    222 Delaware Avenue, Suite 1400
    Wilmington, DE  19801

**BY FEDERAL EXPRESS AND ELECTRONIC MAIL**

>Glenn A. Ballard, Jr., Esquire
>Niall A. MacLeod, Esquire
>Bracewell & Giuliani LLP
>711 Louisiana Street, Suite 2300
>Houston, TX 77002-2781
>
>Ronald J. Schultz, Esquire
>John F. Luman, II, Esquire
>Robins, Kaplan, Miller & Ciresi L.L.P.
>2800 LaSalle Plaza
>800 LaSalle Avenue
>Minneapolis, MN 55402-2015

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 4, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19899
>
>Karen L. Pascale, Esquire
>Bouchard Margules & Friedlander, P.A.
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801

**BY ELECTRONIC FILING AND FEDERAL EXPRESS**

>Glenn A. Ballard, Jr., Esquire
>John F. Luman, II, Esquire
>Bracewell & Giuliani LLP
>711 Louisiana Street, Suite 2300
>Houston, TX 77002-2781

Ronald J. Schultz, Esquire
Niall A. MacLeod, Equire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

/s/ Karen E. Keller

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

– and –

Kristin L. Cleveland
Jeffrey S. Love
Todd M. Siegel
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300

Attorneys for Defendants Amazon.com, Inc.
 and Amazon Services, Inc.

Dated: November 4, 2005