IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., <br><br>      Plaintiffs, <br><br>v. <br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC., <br><br>      Defendants. | Civil Action No. 04-1264-SLR |

## NOTICE OF DEPOSITION OF PATRICK BYRNE

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff BTG International Inc. will take the deposition of Patrick Byrne at the time and place as set forth below.

The deposition will be taken on December 8, 2005, beginning at 9:00 a.m. (local time) each day and will be taken at the offices of Bracewell & Giuliani LLP, 711 Louisiana Street, Suite 2300, Houston, Texas, 7700, or at a date, time, and place to be further agreed upon. The deposition will continue from the first day until the next day, if necessary, but in no event shall be longer than two seven (7) hour days of deposition time. The deposition shall be taken before any officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition will be recorded stenographically and may be recorded by videotape.

                        ASHBY & GEDDES

                        */s/ John G. Day*
                        _____
                        Steven J. Balick (I.D. #2114)
                        John G. Day (I.D. #2403)
                        Tiffany Geyer Lydon (I.D. #3950)
                        222 Delaware Avenue, 17th Floor
                        P.O. Box 1150
                        Wilmington, Delaware 19899
                        Telephone:  302-654-1888
                        sbalick@ashby-geddes.com
                        jday@ashby-geddes.com
                        tlydon@ashby-geddes.com

                        *Attorneys for Plaintiffs*

*Of Counsel:*

Ronald J. Schutz
Jake M. Holdreith
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Telephone:  612-349-8500

Dated:  November 10, 2005
163395.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2005, the attached **NOTICE OF DEPOSITION OF PATRICK BYRNE** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Jeffrey S. Love, Esquire<br>Klarquist, Sparkman, LLP<br>One World Trade Center, Suite 1600<br>121 S.W. Salmon Street<br>Portland, OR 97204 | VIA FEDERAL EXPRESS |
| David J. Margules, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | HAND DELIVERY |
| John F. Luman, III, Esquire<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002-2781 | VIA FEDERAL EXPRESS |

*/s/ John G. Day*
_____
John G. Day