IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC. <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-1264-SLR ) ) ) ) ) ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed, by and among the parties hereto, and subject to the approval of the Court, that plaintiff BTG International Inc. shall serve supplemental responses to Amazon.com, Inc.'s Interrogatory No. 9 and Overstock.com, Inc.'s Interrogatory No. 7 on or before Thursday November 17, 2005 at 3:00 p.m. (Eastern).

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR |
|---|---|
| /s/ *John G. Day* | /s/ *Josy W. Ingersoll* |
| Steven J. Balick (I.D. #2114) <br> John G. Day (I.D. # 2403) <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br><br> *Attorneys for Plaintiffs* | Josy W. Ingersoll (I.D. #1088) <br> John W. Shaw (I.D. #3362) <br> Karen Elizabeth Keller (I.D. #4489) <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> jingersoll@ycst.com <br> jshaw@ycst.com <br> kkeller@ycst.com <br><br> *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.* |

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ *Karen L. Pascale*
_____
David J. Margules (I.D. #2254)
Karen L. Pascale (I.D. #2114)
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
(302) 573-3500
dmargules@bmf-law.com
kpascale@bmf-law.com

*Attorneys for Defendant Overstock.com, Inc.*

SO ORDERED this _____ day of _____, 2005

_____
Chief Judge

163566.1