# UNDER SEAL COVER PAGE