IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., | ) | |
| INFONAUTICS CORPORATION AND | ) | |
| TUCOWS INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 04-1264-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| AMAZON.COM, INC., AMAZON | ) | |
| SERVICES, INC., AND | ) | |
| OVERSTOCK.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17$^h$ day of November, 2005, **PLAINTIFF BTG INTERNATIONAL INC.'S SUPPLEMENTAL ANSWER TO DEFENDANT AMAZON.COM, INC.'S SECOND SET OF INTERROGATORIES TO PLAINTIFF (INTERROGATORY NO. 9)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                    HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Jeffrey S. Love, Esquire                    VIA FEDERAL EXPRESS
Klarquist, Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR  97204

David J. Margules, Esquire                    HAND DELIVERY
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

2

John F. Luman, III, Esquire                                    VIA FEDERAL EXPRESS
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781


                                                    ASHBY & GEDDES

                                                    /s/ *Tiffany Geyer Lydon*
                                                    _____
                                                    Steven J. Balick (I.D. #2114)
                                                    John G. Day (I.D. #2403)
                                                    Tiffany Geyer Lydon (I.D. #3950)
                                                    222 Delaware Avenue, 17th Floor
                                                    P.O. Box 1150
                                                    Wilmington, DE  19899
                                                    (302) 654-1888
                                                    sbalick@ashby-geddes.com
                                                    jday@ashby-geddes.com
                                                    tlydon@ashby-geddes.com

                                                    *Attorneys for Plaintiffs BTG International Inc.,
                                                    Infonautics Corporation, and Tucows Inc.*

*Of Counsel:*

Ronald J. Schutz
Jake M. Holdreith
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Telephone:  612-349-8500

Dated:  November 17, 2005
150932.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2005, the attached **NOTICE OF**

**SERVICE** was served upon the below-named defendants at the address and in the manner

indicated:

Josy W. Ingersoll, Esquire                                              HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Jeffrey S. Love, Esquire                                              VIA FEDERAL EXPRESS
Klarquist, Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR  97204


David J. Margules, Esquire                                              HAND DELIVERY
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801


John F. Luman, III, Esquire                                              VIA FEDERAL EXPRESS
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781


*/s/ Tiffany Geyer Lydon*

_____
Tiffany Geyer Lydon