BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOANNE P. PINCKNEY
COUNSEL
KAREN L. PASCALE
JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. MCMILLAN, III

November 17, 2005

*Via Electronic Filing*

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

       RE:    *BTG International, Inc., et al. v. Amazon.com, Inc., et al.*,
               D. Del., C.A. No. 04-1264-SLR

Dear Chief Judge Robinson,

      On behalf of Defendants Amazon.com, Inc., Amazon Services, Inc., and Overstock.com, Inc., we submit this letter in connection with the additional briefing you requested at the November 2, 2005 discovery conference on several issues related to Plaintiffs' privilege log assertions.

      We apologize for adding further letters to Your Honor's docket, but we feel that we must respond to BTG's assertion that we violated Your Honor's rules and that we have done so in the past.

      Defendants asked BTG to identify all alleged rules violations. BTG responded that we improperly attached unreported cases and an evidentiary declaration to an e-mail submission re: protection of source code, last winter. The local rules and Your Honor's practice require submission of unreported cases, and cases in this district have rejected requests for source code protection in the absence of an evidentiary affidavit. Thus, Defendants do not believe they have committed any rules violations and object to BTG's assertions to the contrary.

      BTG also claims that Defendants went beyond the Court's instructions by submitting a six-page brief to the Court on the privilege issues discussed in the November 2, 2005 conference. This allegation is also unfounded. BTG submitted a three-page brief discussing privilege issues for internal communications and communications with third-parties. Defendants dedicated the same amount of briefing (three pages) to these subjects.

      Defendants also dedicated three pages of its letter brief to the issue of the waiver of privilege resulting from documents being left in the possession and control a third party, Alacritude, for over a year. The Court stated that if the record was sufficiently developed on this topic, then the parties could discuss it in their letter briefs. As demonstrated in Defendants' letter brief, the record has in fact been developed as several depositions have been taken addressing the

The Honorable Sue L. Robinson
November 17, 2005
Page 2

issue. Defendants accordingly submitted evidence and briefing; Plaintiffs chose not to do the same.

We did not intend to violate Your Honor's rules, nor do we believe we have done so. On the other hand, Defendants strongly believe that BTG is improperly asserting the attorney-client privilege over many documents. As occurred last winter when BTG was taking an extreme position that was exposed by our submission, we believe that once again BTG is fearful of the merits and could benefit from a shift the focus from its privilege assertions to accusations of briefing-rule violations.

                                                Respectfully submitted,

                                                */s/ Karen L. Pascale*

                                                Karen L. Pascale (#2903)
                                                [kpascale@bmf-law.com]

cc: All counsel

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2005, I caused the foregoing *Letter to the Honorable Sue L. Robinson* to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
   *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

John W. Shaw, Esquire [jshaw@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
   *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

I further certify that on November 17, 2005, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and that a copy was served on the following non-registered participants by e-mail:

Niall A. MacLeod, Esquire [NAMacLeod@rkmc.com]
Michael A. Collyard, Esquire [MACollyard@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
   *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

Kristin L. Cleveland, Esquire [kristin.cleveland@klarquist.com]
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
   *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Karen L. Pascale

Dated: November 17, 2005

David J. Margules (#2254) [dmargules@bmf-law.com]
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
   *Attorneys for Defendant Overstock.com, Inc.*