IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL, INC., INFONAUTICS CORPORATION, and TUCOWS INC., <br><br>*Plaintiffs*, <br><br>vs. <br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM, INC., BARNESANDNOBLE.COM LLC, and OVERSTOCK.COM, INC. <br><br>*Defendants*. | § § § § § § § § § § § § § § § § | C.A. No. 04-1264-SLR |

## ORDER

At Wilmington this ____ day of _____, 2005, defendant Overstock.com, Inc. ("Overstock") having filed a "Motion to Quash Plaintiff BTG's Notice of Deposition of Patrick Byrne and Notice of Deposition of Jonathan E. Johnson, III, and Motion for Protection" (D.I. ___); and the Court having considered the submissions of the parties thereon, and good cause having been shown therefore;

IT IS HEREBY ORDERED that Overstock.com's motion is GRANTED, as follows.

(1) The Notice of Deposition of Patrick Byrne (D.I. 289) is hereby quashed, and BTG is precluded from taking the deposition of Mr. Byrne.

(2) The Notice of Deposition of Jonathan E. Johnson, III (D.I. 297) is hereby quashed, and BTG is precluded from taking the deposition of Mr. Johnson..

_____
UNITED STATES DISTRICT JUDGE