# EXHIBIT

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BTG INTERNATIONAL INC., )
INFONAUTICS CORPORATION AND )
TUCOWS INC., )
 )
        Plaintiffs, ) Civil Action No. 04-1264-SLR
 )
v. )
 )
AMAZON.COM, INC., AMAZON )
SERVICES, INC., AND )
OVERSTOCK.COM, INC., )
 )
        Defendants. )

### NOTICE OF DEPOSITION OF PATRICK BYRNE

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff BTG International Inc. will take the deposition of Patrick Byrne at the time and place as set forth below.

The deposition will be taken on December 8, 2005, beginning at 9:00 a.m. (local time) each day and will be taken at the offices of Bracewell & Giuliani LLP, 711 Louisiana Street, Suite 2300, Houston, Texas, 7700, or at a date, time, and place to be further agreed upon. The deposition will continue from the first day until the next day, if necessary, but in no event shall be longer than two seven (7) hour days of deposition time. The deposition shall be taken before any officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition will be recorded stenographically and may be recorded by videotape.

ASHBY & GEDDES

/s/ *John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Ronald J. Schutz
Jake M. Holdreith
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500

Dated: November 10, 2005
163395.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2005, the attached **NOTICE OF DEPOSITION OF PATRICK BYRNE** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Jeffrey S. Love, Esquire<br>Klarquist, Sparkman, LLP<br>One World Trade Center, Suite 1600<br>121 S.W. Salmon Street<br>Portland, OR 97204 | VIA FEDERAL EXPRESS |
| David J. Margules, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | HAND DELIVERY |
| John F. Luman, III, Esquire<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002-2781 | VIA FEDERAL EXPRESS |

/s/ John G. Day
_____
John G. Day

# EXHIBIT

# B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-1264-SLR |
| v. | ) ) ) | |
| AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC., | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION OF JONATHAN E. JOHNSON III

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff BTG International Inc. will take the deposition of Jonathan E. Johnson III at the time and place as set forth below.

The deposition will be taken on November 29, 2005, beginning at 9:00 a.m. (local time) each day and will be taken at the offices of Bracewell & Giuliani LLP, 711 Louisiana Street, Suite 2300, Houston, Texas, 7700, or at a date, time, and place to be further agreed upon. The deposition will continue from the first day until the next day, if necessary, but in no event shall be longer than two seven (7) hour days of deposition time. The deposition shall be taken before any officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition will be recorded stenographically and may be recorded by videotape.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs BTG International Inc., Infonautics Corporation, and Tucows Inc.*

*Of Counsel:*

Ronald J. Schutz
Jake M. Holdreith
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500

Dated: November 15, 2005
163577.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2005, the attached **NOTICE OF DEPOSITION OF JONATHAN E. JOHNSON III** was served upon the below-named defendants at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Jeffrey S. Love, Esquire<br>Klarquist, Sparkman, LLP<br>One World Trade Center, Suite 1600<br>121 S.W. Salmon Street<br>Portland, OR 97204 | **VIA FEDERAL EXPRESS** |
| David J. Margules, Esquire<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| John F. Luman, III, Esquire<br>Bracewell & Giuliani LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002-2781 | **VIA FEDERAL EXPRESS** |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire

# EXHIBIT

# C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL, INC., INFONAUTICS CORPORATION, AND TUCOWS, INC.<br><br>*Plaintiff,*<br><br>vs.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC.<br><br>*Defendants.* | Case No. 04-1264<br><br>**JURY TRIAL DEMANDED** |

### AFFIDAVIT OF PATRICK M. BYRNE

THE STATE OF UTAH §
§
COUNTY OF SALT LAKE §

BEFORE ME, the undersigned authority, on this day personally appeared Patrick M. Byrne, a person known to me, who being duly sworn, did depose and say:

1.  My name is Patrick M. Byrne. I am authorized and competent to make this affidavit as I am over the age of 21 years and have never been convicted of a crime involving moral turpitude. All of the statements contained in this Affidavit are within my personal knowledge and are true and correct.

2.  I am the President of Overstock.com, Inc. As President, I have no personal knowledge of any relevant facts in this lawsuit that were not conveyed to me by my subordinates. As a result, I have no personal knowledge of relevant facts unique or superior to the personal knowledge of my subordinates.

FURTHER AFFIANT SAYETH NOT

_____
Patrick M. Byrne

Sworn to and acknowledged before me the undersigned authority on November, 2005.

_____
Notary Public in and for the State of Utah

NOTARY PUBLIC
KIRSTIE BURDEN
9656 SOUTH BLUFFSIDE DRIVE
SANDY, UT 84092
MY COMMISSION EXPIRES
APRIL 8, 2007
STATE OF UTAH

1905955.2

# EXHIBIT

# D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL, INC., INFONAUTICS CORPORATION, AND TUCOWS, INC.<br><br>*Plaintiff*,<br><br>vs.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC.<br><br>*Defendants*. | § § § § § § § § § § § § § § | Case No. 04-1264<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF JONATHAN E. JOHNSON III

| | |
|---|---|
| THE STATE OF UTAH | § § |
| COUNTY OF SALT LAKE | § |

BEFORE ME, the undersigned authority, on this day personally appeared Jonathan E. Johnson III, a person known to me, who being duly sworn, did depose and say:

1. My name is Jonathan E. Johnson III. I am authorized and competent to make this affidavit as I am over the age of 21 years and have never been convicted of a crime involving moral turpitude. All of the statements contained in this Affidavit are within my personal knowledge and are true and correct.

2. I am the Senior Vice President, Corporate Affairs and Legal of Overstock.com, Inc. As Senior Vice President, I have no personal knowledge of any relevant facts in this lawsuit that were not conveyed to me by my subordinates or legal counsel. As a result, I have no personal knowledge of relevant facts unique or superior to the personal knowledge of my subordinates.

FURTHER AFFIANT SAYETH NOT

_____
Jonathan E. Johnson III

Sworn to and acknowledged before me the undersigned authority on November, 2005.

_____
Notary Public in and for the State of Utah

NOTARY PUBLIC
KIRSTIE BURDEN
9656 SOUTH BLUFFSIDE DRIVE
SANDY UT 84092
MY COMMISSION EXPIRES
APRIL 6, 2009
STATE OF UTAH

1905969.2

# EXHIBIT

# E


BRACEWELL
& GIULIANI LLP

711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Phone 713.223.2300
Fax 713.221.1212
www.bracewellgiuliani.com

November 21, 2005

By Facsimile

Niall A. MacLeod
Jake M. Holdreith
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015

Re:   C.A. No. 04-1264-SLR; *BTG International Inc. v. Amazon.com, et al.;* In the United States District Court for the District of Delaware

Dear Niall and Jake:

On November 10, 2005, late in the day during the personal deposition of BTG's Scott Williams, BTG noticed the deposition of Patrick Byrne, President of Overstock.com. Plaintiff noticed the deposition for December 8, 2005 in Houston, Texas. On November 15, 2005, BTG noticed the deposition of Jonathan E. Johnson III, Senior Vice President, Corporate Affairs and Legal of Overstock.com. Plaintiff noticed the deposition for November 29, 2005 in Houston, Texas.

On several occasions I have tried to discuss the bases for seeking the depositions of Messrs. Byrne and Johnson. For example, while on a break during Mr. Williams' deposition, I asked for the basis for seeking the deposition of Mr. Byrne. You provided no affirmative reason for his deposition. On November 15, Amazon's counsel sent an email on behalf of Amazon and Overstock.com requesting a phone conversation to discuss the depositions and the dates BTG unilaterally set for Defendants' depositions. Again, on November 18, I left you a voicemail requesting you contact me about the depositions and the dates you selected for them.

Presently, we are unaware of the bases for seeking the Byrne and Johnson depositions. Neither of these two high-level, senior executives possesses unique personal knowledge of this controversy. As a result, there is no basis for BTG to take their depositions. As you know, Rule 26(b) gives the court power to regulate the discovery process, and unless a high level executive has unique personal knowledge, the court will not permit such harassing and burdensome depositions. Therefore, unless BTG withdraws the deposition notices of Messrs. Byrne and Johnson by noon CST on November 22, we will have no choice but to file a motion for protection with the Court.



Niall A. MacLeod
Jake M. Holdreith
November 21, 2005
Page 2

      In addition to the Messrs. Byrne and Johnson depositions, I have been trying to reach you to discuss the availability of Overstock.com's witnesses that you noticed. As we have discussed on numerous occasions, the fourth quarter, and December in particular, are very demanding on Overstock.com personnel. Presently, none of the witnesses are available on the dates noticed. Moreover, all of the personal depositions noticed include a statement that the depositions will be two seven hour days. Under the Rules, a personal deposition may last one day of seven hours, not two. FED. R. CIV. P. 30(d)(2). Overstock.com does not consent to your demand of two days for a personal deposition. Please contact me to discuss the deposition of Overstock.com personnel.

      If you have any questions, please do not hesitate to call.

                                      Very truly yours,

                                      Bracewell & Giuliani LLP

                                      John F. Luman III

JFL/da

cc:    Jeffrey S. Love                            Josy W. Ingersoll
       Kristin L. Cleveland                    John W. Shaw
       Klarquist, Sparkman, LLP           YOUNG CONAWAY STARGATT &
       One World Trade Center – Suite 1600  TAYLOR, LLP
       121 S.W. Salmon Street             1000 West Street – 17th Floor
       Portland, Oregon 97204             P. O. Box 391
       *(Via Facsimile)*                      Wilmington, Delaware 19899
                                              *(Via Facsimile)*

       Karen L. Pascale
       David J. Margules
       BOUCHARD, MARGULES & FRIEDLANDER
       222 Delaware Avenue, Suite 1400
       Wilmington, Delaware 19801
       *(Via Facsimile)*