# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 23, 2005

The Honorable Sue L. RobinsonVIA ELECTRONIC FILING
United States District Court
844 North Kind Street
Wilmington, DE 19801

      RE:   *BTG International Inc. v. Amazon.com, Inc.*
             C.A. No. 04-1264-SLR

Dear Chief Judge Robinson:

      In plaintiffs' letter dated November 15, 2005 (D.I. 299), we advised the Court that plaintiffs would need at least until November 22, 2005 to provide the facts concerning certain documents stored at Tucows' King of Prussia facility which defendants have argued should not be treated as privileged. We are still developing these facts and hope to be able to submit our position to the Court on this issue sometime next week. We apologize to the Court for any inconvenience caused by this delay.

                              Respectfully,

                              /s/ *John G. Day*

                              John G. Day (I.D. #2403)

JGD: nml
163951.1

    cc:    Clerk of the Court (by hand)
           John W. Shaw, Esquire (by hand)
           Karen L. Pascale, Esquire (by hand)
           Niall A. MacLeod, Esquire (via electronic mail)
           Kristin L. Cleveland, Esquire (via electronic mail)
           John F. Luman, III, Jr., Esquire (via electronic mail)