# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 23, 2005

Ms. Rosanna DiMeo  
Case Manager  
United States District Court  
844 North Kind Street,  
Wilmington, DE 19801

<u>VIA HAND DELIVERY</u>

RE:   *BTG International Inc. v. Amazon.com, Inc.*  
      C.A. No. 04-1264-SLR

Dear Ms. DiMeo:

In the course of preparing a redacted version of our November 15, 2005 letter brief in the above action (D.I. 299), we have determined that the letter brief does not need to be sealed. Accordingly, I enclose two hard copies of D.I. 299 with the "Filed Under Seal" legend removed, and a disk containing a PDF version of D.I. 299. Would you please replace the originally filed sealed version with this unsealed version and adjust the docket entries accordingly?

Thank you for your assistance with this matter, and my apologies for the inconvenience.

Very truly yours,

/s/ *John G. Day*

John G. Day (I.D. #2403)

JGD: nml  
163909.1