IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BTG INTERNATIONAL INC.,           )
INFONAUTICS CORPORATION AND       )
TUCOWS INC.,                      )
                                  )
            Plaintiffs,           )    Civil Action No. 04-1264-SLR
                                  )
      v.                          )
                                  )
AMAZON.COM, INC., AMAZON          )
SERVICES, INC., AND               )
OVERSTOCK.COM, INC.,              )
                                  )
            Defendants.           )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of November, 2005, **PLAINTIFF**

**BTG INTERNATIONAL INC.'S SUPPLEMENTAL RESPONSE TO DEFENDANT**

**AMAZON.COM, INC.'S INTERROGATORY NO. 10** was served upon the following

counsel of record at the address and in the manner indicated:


Josy W. Ingersoll, Esquire                      HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Jeffrey S. Love, Esquire                      VIA FEDERAL EXPRESS
Klarquist, Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR  97204


David J. Margules, Esquire                      HAND DELIVERY
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

John F. Luman, III, Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

<u>VIA FEDERAL EXPRESS</u>

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@asbhy-geddes.com

*Attorneys for Plaintiffs BTG International Inc.,*
*Infonautics Corporation, and Tucows Inc.*

*Of Counsel:*

Ronald J. Schutz
Jake M. Holdreith
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Telephone:  612-349-8500

Dated:  November 30, 2005
150932.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2005, the attached **NOTICE OF**

**SERVICE** was served upon the below-named defendants at the address and in the manner

indicated:

Josy W. Ingersoll, Esquire                                             HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Jeffrey S. Love, Esquire                                             VIA FEDERAL EXPRESS
Klarquist, Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR  97204

David J. Margules, Esquire                                           HAND DELIVERY
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

John F. Luman, III, Esquire                                          VIA FEDERAL EXPRESS
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire