IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC.,<br><br>        Defendants. | Civil Action No. 04-1264 SLR |

**AMAZON.COM, INC.'S NOTICE
TO TAKE TELEPHONIC DEPOSITION OF JEFF SCOTT**

PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 30, Defendants Amazon.com and Amazon Services, Inc., through their attorneys, will take the deposition of Jeff Scott via telephone. Deposition will commence at 1:00 p.m. (MST), on December 16, 2005, at the following location: 68 Birdie Way, Crested Butte, CO 81224.

This deposition will be taken before a notary public or other office duly authorized to administer oaths and take testimony, and will be recorded by stenographic and/or videographic means.

The deposition will proceed day-to-day until completed with such adjournments as to time and place as may be necessary.

Dated this 1st day of December, 2005.

/s/ Karen E. Keller
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Rolin Bissell (No. 4478)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

– and –

Kristin L. Cleveland
Jeffrey S. Love
James E. Geringer
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300

**Attorneys for Defendants Amazon.com and Amazon Services, Inc.**

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on December 1, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

I further certify that copies of the foregoing document were served by hand delivery on the above-listed counsel and on the following counsel in the manner indicated:

### BY CM/ECF & FEDERAL EXPRESS

Glenn A. Ballard, Jr., Esquire
John F. Luman, III, Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Ronald J. Schutz, Esquire
Niall A. MacLeod, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com