IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1264-SLR |
| | ) |
| AMAZON.COM INC., AMAZON SERVICES INC., NETFLIX INC., BARNESANDNOBLE.COM INC., and OVERSTOCK.COM, INC., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 2d day of December, 2005, having reviewed the parties' letters regarding privilege issues;

IT IS ORDERED that:

1. **On or before December 19, 2005,** plaintiff shall produce the Tucows' documents, which documents have lost their privileged status by being left in the possession of a third party, Alacritude.

2. **On or before December 12, 2005,** defendants shall identify **no more than 12** exemplar documents, for each category of "internal communications," "third-party marketing" communications and "third-party technical expert" communications (i.e., no more than 36 documents altogether), for in camera review.

3.  **On or before December 19, 2005,** plaintiff shall produce the above identified documents for the court's in camera review.

_____
United States District Judge