IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC.<br><br>Defendants. | C.A. No. 04-1264-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Defendants Amazon.com, Inc.'s and Amazon Services, Inc.'s Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories (Nos. 9-11) and (2) Defendants Amazon.com, Inc.'s and Amazon Services, Inc.'s Rules 26(e) Second Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories were caused to be served on November 30, 2005, upon the following counsel of record in the manner indicated below:

**BY E-MAIL AND FIRST CLASS MAIL**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

       John F. Luman, III, Esquire
       Glenn A. Ballard, Jr., Esquire
       Bracewell & Giuliani LLP
       711 Louisiana Street, Suite 2300
       Houston, TX 77002-2781

       Ronald J. Schutz, Esquire
       Niall A. MacLeod, Esquire
       Michael A. Collyard, Esquire
       Robins, Kaplan, Miller & Ciresi L.L.P.
       2800 LaSalle Plaza
       800 LaSalle Avenue
       Minneapolis, MN 55402-2015

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on December 2, 2005, upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING AND HAND DELIVERY

       Steven J. Balick, Esquire
       Ashby & Geddes
       222 Delaware Avenue, 17th Floor
       Wilmington, DE 19899

       David J. Margules, Esquire
       Bouchard Margules & Friedlander, P.A.
       222 Delaware Avenue, Suite 1400
       Wilmington, DE 19801

### BY E-MAIL AND FIRST CLASS MAIL

       John F. Luman, III, Esquire
       Glenn A. Ballard, Jr., Esquire
       Bracewell & Giuliani LLP
       711 Louisiana Street, Suite 2300
       Houston, TX 77002-2781

       Ronald J. Schutz, Esquire
       Robins, Kaplan, Miller & Ciresi L.L.P.
       2800 LaSalle Plaza
       800 LaSalle Avenue
       Minneapolis, MN 55402-2015

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

– and –

Kristin L. Cleveland
Jeffrey S. Love
James E. Geringer
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300

David A. Zapolsky
Kathryn M. Sheehan
AMAZON.COM, INC.
1200 - 12th Avenue South, Suite 1200
Seattle, WA 98144-2734
206-266-1194

Attorneys for Defendants Amazon.com, Inc.
 and Amazon Services, Inc.

Dated: December 2, 2005