BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOANNE P. PINCKNEY
COUNSEL
JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. MCMILLAN, III

December 12, 2005

*Via Electronic Filing*

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

      RE:    *BTG International, Inc., et al. v. Amazon.com, Inc., et al.,*
              D. Del., C.A. No. 04-1264-SLR

Dear Chief Judge Robinson:

      On behalf of Defendants Amazon.com, Inc., Amazon Services, Inc., and Overstock.com, Inc., we submit this letter in connection with Your Honor's December 2, 2005, Order (D.I. 324). The Order requires Plaintiff BTG International, Inc. to produce all documents left in the possession of a third party, Alacritude. Based on the dates and summary of documents listed on Plaintiff's November 15, 2005, privilege log, these documents consist of at least entries 0001-0264, 0321-0323, 2244, 2247-2256, 2275-2280, and 2282-2284.

      The Court further ordered Defendants to "identify no more than 12 exemplar documents for each category of 'internal communications,' 'third-party marketing' communications and 'third-party technical expert' communications for in camera review." These documents are identified below using their entry number on Plaintiff's November 15, 2005, privilege log as well as the date, author, recipients, document type, and designation of asserted protection under the attorney-client (A/C) privilege or attorney work product (AWP) privilege. By copy of this letter, Plaintiff BTG International, Inc. has notice of the documents to be produced to the Court on or before December 19, 2005, for in camera inspection.

The Honorable Sue L. Robinson
December 12, 2005
Page 2

**Internal Communications**

| No. | Date | Author | Recipients | Type | Designation |
|---|---|---|---|---|---|
| 1210 | 9/1/2004 | Paul Creed (Finance-BTG) | Scott Williams (VP Strategic Bus. Dev.-BTG) | Report | A/C and AWP |
| 1460 | 4/10/2003 | Scott Williams (VP Strategic Bus. Dev.-BTG) | Mark Chandler (Licensing-BTG) | Spreadsheet | A/C |
| 1565 | 8/5/2002 | Colin Hunsley (Global Director-BTG) | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail string | A/C and AWP |
| 1587 | 6/6/2002 | Allan Jackson | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail string | A/C |
| 1654 | 9/11/2003 | Mark Chandler (Licensing-BTG) | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail | A/C |
| 1657 | 9/8/2003 | Angela Zahn (Scott Williams' assistant) | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail string | A/C |
| 1681 | 10/10/2003 | Scott Williams (VP Strategic Bus. Dev.-BTG) | Angela Zahn (Scott Williams' assistant) | E-mail | A/C |
| 1755 | 7/7/2003 | Scott Williams (VP Strategic Bus. Dev.-BTG) | Angela Zahn (Scott Williams' assistant) | E-mail string | A/C |
| 1781 | 9/13/2004 | David Leeney (Media-BTG) | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail | A/C and AWP |
| 1783 | 9/13/2004 | Andy Burrows (Investor Rel.-BTG) | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail string | A/C and AWP |
| 1948 | 4/15/2004 | David Leeney (Media-BTG) | Colleen Henry (Marketing Comm.-BTG) | E-mail string | A/C and AWP |
| 2150 | 9/10/2004 | Colin Hunsley (Global Directo-BTG) | Mark Chandler (Licensing-BTG) | E-mail string | A/C and AWP |

The Honorable Sue L. Robinson
December 12, 2005
Page 3

**Third-Party Marketing Communications**

| No. | Date | Author | Recipients | Type | Designation |
|---|---|---|---|---|---|
| 1034 | 4/1/2003 | Jennifer Thorpe (Firefly Comm.) | Bradley Ditty (VP Legal & Patents-BTG) | Draft Memorandum | A/C |
| 1362 | 9/1/2004 | Taylor Rafferty Consultants | BTG counsel | Memorandum | A/C and AWP |
| 1470 | 3/24/2003 | Jennifer Thorpe (Firefly Comm.) | Scott Williams (VP Strategic Bus. Dev.-BTG) | Spreadsheet | A/C |
| 1801 | 8/26/2004 | David Leeney (Taylor Rafferty) | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail | A/C and AWP |
| 1812 | 8/20/2004 | David Leeney (Taylor Rafferty) | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail string | A/C and AWP |
| 1814 | 8/20/2004 | Andy Burrows (Investor Rel.-BTG) | Scott Williams (VP Strategic Bus. Dev.-BTG) and David Leeney (Taylor Rafferty) | E-mail String | A/C and AWP |
| 1817 | 8/19/2004 | Scott Williams (VP Strategic Bus. Dev.-BTG) | Andy Burrows (Investor Rel.- BTG) and David Leeney (Taylor Rafferty) | E-mail string | A/C and AWP |
| 1821 | 8/18/2004 | David Leeney (Taylor Rafferty) | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail | A/C and AWP |
| 1830 | 8/13/2004 | David Leeney (Taylor Rafferty) | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail | A/C and AWP |
| 1877 | 5/3/2004 | Scott Williams (VP Strategic Bus. Dev.-BTG) | David Leeney (Taylor Rafferty) | E-mail string | A/C and AWP |
| 1951 | 4/15/2004 | Colleen Henry (Marketing Comm.-BTG) | David Leeney (Taylor Rafferty) | E-mail string | A/C and AWP |
| 1954 | 4/15/2004 | Colleen Henry (Marketing Comm.-BTG) | David Leeney (Taylor Rafferty) | E-mail string | A/C |

The Honorable Sue L. Robinson
December 12, 2005
Page 4

**Third-Party Technical Expert Communications**

| No. | Date | Author | Recipients | Type | Designation |
|---|---|---|---|---|---|
| 1130 | 10/20/2003 | Jake Richter (Patent Logistics LLC) | Bradley Ditty (VP Legal & Patents-BTG) | E-mail string | A/C and AWP |
| 1132 | 9/25/2003 | Jake Richter (Patent Logistics LLC) | Bradley Ditty (VP Legal & Patents-BTG) | E-mail string | A/C and AWP |
| 1163 | Not given | Jake Richter (Patent Logistics LLC) | Bradley Ditty (VP Legal & Patents-BTG) | Research | A/C and AWP |
| 1175 | 8/8/2003 | Jake Richter (Patent Logistics LLC) | Bruce Bernstein (VP Legal & Patents-BTG) | E-mail string | A/C and AWP |
| 1275 | 9/25/2003 | Bradley Ditty (VP Legal & Patents-BTG) | Jake Richter (Patent Logistics LLC) | E-mail string | A/C and AWP |
| 1411 | 8/20/2003 | Geoff Dobson (General Manager-BTG) | Jake Richter (Patent Logistics LLC) | Letter | A/C and AWP |
| 1421 | 8/8/2003 | Bruce Bernstein (VP Legal & Patents-BTG) | Jake Richter (Patent Logistics LLC) | E-mail string | A/C and AWP |
| 1534 | 10/9/2002 | G. Winfield Treese (Serissa Research) | Bradley Ditty (VP Legal & Patents-BTG) | Report | A/C and AWP |
| 1582 | 6/17/2002 | G. Winfield Treese (Serissa Research) | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail | A/C and AWP |
| 1609 | 3/9/2004 | Shawn Collins (Shawn Collins Consulting) | Scott Williams (VP Strategic Bus. Dev.-BTG) | E-mail string | A/C and AWP |
| 1659 | 8/31/2003 | Jake Richter (Patent Logistics LLC) | Bradley Ditty (VP Legal & Patents-BTG) | Report | A/C and AWP |
| 2053 | 9/4/2003 | Jake Richter (Patent Logistics LLC) | Web Nav Team (BTG) | E-mail string | A/C and AWP |

The Honorable Sue L. Robinson
December 12, 2005
Page 5

                                                  Respectfully submitted,

                                                  */s/ David J. Margules*

                                                  David J. Margules (#2254)
                                                  [dmargules@bmf-law.com]

cc:  All counsel

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2005, I caused the foregoing *Letter to the Honorable Sue L. Robinson* to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
  *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

John W. Shaw, Esquire [jshaw@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
  *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

I further certify that on December 12, 2005, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and that a copy was served on the following non-registered participants by e-mail:

Niall A. MacLeod, Esquire [NAMacLeod@rkmc.com]
Michael A. Collyard, Esquire [MACollyard@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
  *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

Kristin L. Cleveland, Esquire [kristin.cleveland@klarquist.com]
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
  *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ *David J. Margules*

Dated: December 12, 2005

David J. Margules (#2254) [dmargules@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
  *Attorneys for Defendant Overstock.com, Inc.*