# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BTG INTERNATIONAL INC.,    )
INFONAUTICS CORPORATION AND    )
TUCOWS INC.,    )
   )
        Plaintiffs,    )     Civil Action No. 04-1264-SLR
   )
     v.    )
   )
AMAZON.COM, INC., AMAZON    )
SERVICES, INC., AND    )
OVERSTOCK.COM, INC.,    )
   )
        Defendants.    )

## NOTICE OF DEPOSITION OF JONATHAN E. JOHNSON III

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff BTG International Inc. will take the deposition of Jonathan E. Johnson III at the time and place as set forth below.

The deposition will be taken on November 29, 2005, beginning at 9:00 a.m. (local time) each day and will be taken at the offices of Bracewell & Giuliani LLP, 711 Louisiana Street, Suite 2300, Houston, Texas, 7700, or at a date, time, and place to be further agreed upon. The deposition will continue from the first day until the next day, if necessary, but in no event shall be longer than two seven (7) hour days of deposition time. The deposition shall be taken before any officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition will be recorded stenographically and may be recorded by videotape.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs BTG International Inc.,
Infonautics Corporation, and Tucows Inc.*

*Of Counsel:*

Ronald J. Schutz
Jake M. Holdreith
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:  612-349-8500

Dated:  November 15, 2005
163577.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2005, the attached **NOTICE OF**

**DEPOSITION OF JONATHAN E. JOHNSON III** was served upon the below-named

defendants at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                  **HAND DELIVERY**
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Jeffrey S. Love, Esquire                                    **VIA FEDERAL EXPRESS**
Klarquist, Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR 97204

David J. Margules, Esquire                                  **HAND DELIVERY**
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

John F. Luman, III, Esquire                                 **VIA FEDERAL EXPRESS**
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781


/s/ Lauren E. Maguire

Lauren E. Maguire

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BTG INTERNATIONAL INC.,  )
INFONAUTICS CORPORATION AND  )
TUCOWS INC.,  )
 )
   Plaintiffs,  )  Civil Action No. 04-1264-SLR
 )
  v.  )
 )
AMAZON.COM, INC., AMAZON  )
SERVICES, INC., AND  )
OVERSTOCK.COM, INC.,  )
 )
   Defendants.  )

## NOTICE OF DEPOSITION OF PATRICK BYRNE

  PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff BTG International Inc. will take the deposition of Patrick Byrne at the time and place as set forth below.

  The deposition will be taken on December 8, 2005, beginning at 9:00 a.m. (local time) each day and will be taken at the offices of Bracewell & Giuliani LLP, 711 Louisiana Street, Suite 2300, Houston, Texas, 7700, or at a date, time, and place to be further agreed upon. The deposition will continue from the first day until the next day, if necessary, but in no event shall be longer than two seven (7) hour days of deposition time. The deposition shall be taken before any officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition will be recorded stenographically and may be recorded by videotape.

ASHBY & GEDDES

/s/ John G. Day
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: 302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Ronald J. Schutz
Jake M. Holdreith
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500

Dated: November 10, 2005
163595.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2005, the attached **NOTICE OF**

**DEPOSITION OF PATRICK BYRNE** was served upon the below-named defendants at the

address and in the manner indicated:

Josy W. Ingersoll, Esquire                           **HAND DELIVERY**
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Jeffrey S. Love, Esquire                            **VIA FEDERAL EXPRESS**
Klarquist, Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR  97204

David J. Margules, Esquire                           **HAND DELIVERY**
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

John F. Luman, III, Esquire                          **VIA FEDERAL EXPRESS**
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781


/s/ John G. Day
_____
John G. Day

# EXHIBIT C

# REDACTED

# EXHIBIT D

# REDACTED

# EXHIBIT E

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF DELAWARE
 3
    ----------------------------------------------------
 4
    BTG INTERNATIONAL INC.,
 5  INFONAUTICS CORPORATION AND
    TUCOWS, INC.
 6
    Plaintiffs,
 7
    vs.
 8
    AMAZON.COM, INC., AMAZON
 9  SERVICES, INC., AND
    OVERSTOCK.COM, INC.,
10
    Defendants.
11
    ------------------------------
12
13
14
15  ----------------------------------------------------
16             VIDEOTAPED DEPOSITION OF
17                   BRADLEY DITTY
18  ----------------------------------------------------
19
20
21
22
23
24
25  TAKEN ON:  11/11/2005          BY:  DANA ANDERSON
```

Page 5

1   THE VIDEOTAPED DEPOSITION OF BRADLEY DITTY is taken on

2   this 11th day of November, 2005, at the law offices of

3   Robins, Kaplan, Miller & Ciresi, 800 LaSalle Avenue,

4   2800 LaSalle Plaza, Minneapolis, Minnesota, commencing

5   at the hour of 9:05 a.m., pursuant to Notice of Taking

6   Deposition.

7

8            THE VIDEOGRAPHER:  This is the

9        videotaped deposition of Bradley Ditty taken

10       by John F. Luman, III for the defendants in

11       the matter of BTG International Incorporated,

12       et al. versus Amazon.com Incorporated, et al.

13       CA Number 04-1264-SL R filed in the United

14       States District Court for the District of

15       Delaware.

16            This deposition is being held at

17       2800 LaSalle Plaza, 800 LaSalle Avenue,

18       Minneapolis, Minnesota on November 11, 2005.

19            The court reporter is Dana

20       Anderson, and I am Jacob Arvold the

21       videographer.  We are both from the firm of

22       Benchmark Reporting Agency in Minneapolis,

23       Minnesota.  We are going on the record at

24       9:06.

25            Counsel will now please state their

Bradley Ditty - 11-11-05

Page 6

1    appearance for the record.

2        MR. LUMAN:  John Luman of Bracewell and

3    Giuliani of behalf of Overstock.com.

4        MS. CLEVELAND:  Kristin Cleveland,

5    Klarquist, Sparkman on behalf of Amazon.com

6    Amazon Services.

7        MR. COLLYARD:  Michael Collyard, Robins,

8    Kaplan, Miller and Ciresi on behalf of BTG

9    International.  And with me as well is Niall

10   MacLeod from Robins, Kaplan, Miller and

11   Ciresi.

12        Before we begin, I just want to get

13   a couple of things on the record.  The first

14   thing is dealing with Exhibit Number 129 from

15   yesterday.  The court reporter has now marked

16   that entire exhibit as confidential outside

17   counsel's eyes only.  And Mr. Luman, I just

18   want to clarify one thing.  We had a lot of

19   discussion about that exhibit yesterday and I

20   just want to ask you if you are saying that

21   Exhibit Number 129 is relevant and reasonably

22   calculated to lead to the discovery of

23   admissable evidence.

24        MR. LUMAN:  Presently I do.  And that's

25   why I took the testimony.  We can -- you can

Bradley Ditty - 11-11-05

Page 7

1    argue about it later.

2         MR. COLLYARD:  I don't want to argue

3    about it now.

4         MR. LUMAN:  I mean later you can bring

5    it up with court if we try to bring it in.

6         MR. COLLYARD:  The other thing is is we

7    identified in two letters to defense counsel

8    this week that Mr. Ditty was going to be

9    designated for certain topics for the BTG

10   30(b)(6) notice that has been noticed for

11   this week.  And we just want to tell you that

12   he's here to testify to those topics.  And if

13   you don't get them done today, Mr. Ditty is

14   not going to be produced again as a witness.

15        MR. LUMAN:  Well, that's here nor there,

16   Counsel.  Today is his personal deposition.

17   If we get to the 30(b)(6) topics, then we get

18   to the 30(b)(6) topics.  You cannot exclude

19   me from asking 30(b)(6) topics at a future

20   time because, in fact, you know he was

21   noticed for his personal deposition.

22        MR. COLLYARD:  And I'll just add to that

23   too, just like with Mr. Williams, to the

24   extent that you ask him personal questions

25   and those overlap with 30(b)(6) topics and

Page 8

1    they fullfil the 30(b)(6) topic obligation,

2    we will take that as a 30(b)(6) topic

3    response and we'll not produce a witness

4    again on that topic.

5        MR. LUMAN:  I understand that's your

6    position.  I disagree with your position, but

7    we can deal with it at a future time.

8        With respect to Exhibit Number 129,

9    yesterday we went through and described how

10   that document will be treated.

11       MR. COLLYARD:  Yes.

12       MR. LUMAN:  And so putting the stickers

13   on them today does that effect that

14   agreement, correct?

15       MR. COLLYARD:  It is commensurate with

16   our agreement.

17       MR. LUMAN:  Okay.  And let me -- I think

18   we did this yesterday, I don't know at

19   Overstock.com who has seen that document.

20   Presumably the addressee did.

21       MR. COLLYARD:  That we understand.

22       MR. LUMAN:  And so we are not in

23   violation of our agreement that we put in the

24   record more than whatever the Protective

25   Order --

# EXHIBIT F







**INTERNATIONAL**

News

Press Releases

**PRESS CONTACT**
Laura Galloway
press@linkshare.com
TEL: 646 654 6000 x214

**CONTACT US**

*"MediaTracker has simplified the ma
online advertising deals, allowing us
more efficiently."*
-Karl Peterson, President and CEO, Hotv

## LinkShare Press Releases

**Industry Leaders Convene to
Examine Trends and Share Key
Success Strategies at
LinkShare Symposium**

Conference Provides Exclusive
Forum for Exchange of Marketing
Best Practices; Leading Retailers
Share Successes, Lessons
Learned, and Strategies for
Leveraging Performance-Based
Marketing to Drive Customer
Acquisition

New York, NY - June 26, 2002 -
LinkShare Corporation, a leader in
performance-based online
marketing, today released
selective details from the recent
LinkShare Symposium. This
invitation-only event drew more
than 500 leading retailers,
government officials and industry
influencers to exchange ideas and
resources for thriving in today's
uncertain market. Presenters,
including Mark Walsh, Chief
Technology Advisor for the
Democratic National Committee,
Patrick Byrne, CEO,
Overstock.com, Richard Forman,
CEO, Register.com, Christopher
McCann, President, 1-800-
Flowers.com, Monica Luechtefeld,
EVP, E-commerce, Office Depot,
and Todd Simon, SVP, Omaha
Steaks International, Inc., shared
survival strategies, best practices
and industry observations. In
follow up to news of its recent
survey, "The State of Retailing
Online 5.0," Shop.org's Executive
Director, Scott Silverman shared

**FEATURED MERCHANTS**



previously unreleased data on marketing industry trends with attendees.

**The Technology Landscape**
Sharing his perspective on the overall technology market, Mark Walsh cited that the industry is currently in a "punishment phase", and that there is a flawed assumption that everything related to the Internet during the last 36 months was worthless."

"That assumption is flawed because business-to-business web services, software and technology like LinkShare are bringing buyers and sellers together today in ways that challenge old behavior," said Walsh. "We may have gotten the valuations wrong, but we didn't get the value wrong."

Walsh expects the "punishment phase" of technology to last at least another two quarters and advised attendees to continue to control costs, focus on core competencies and stick with the most cost-effective alternatives.

"It has become apparent that ROI does matter," said LinkShare Chairman and CEO Stephen Messer. "While LinkShare's version of performance-based marketing may not be sexy, it works - because it provides measurable results, the LinkShare Network? is now over 500 merchants and one million affiliates strong, with more Fortune 500 clients than any other provider, and we've been profitable for more than eight consecutive months."

**The Need for Measurable Returns**
LinkShare made headlines three years ago for patenting technology used to track performance-based partnerships. As corporate America continues to focus on optimizing return on investment,

tangible results drive the trend toward performance-based marketing. Panelists and other attending retailers across industries unanimously agreed that LinkShare's unique version of performance-based marketing (also known as affiliate marketing) is the most cost-effective marketing strategy they currently use and there is an undeniable trend toward this very measurable method of driving customer acquisition.

According to Shop.org Executive Director Scott Silverman, who presented excerpts of The State of Retailing Online 5.0, a Shop.org study conducted by The Boston Consulting Group in partnership with Forrester Research, 94 percent of surveyed retailers rated affiliate marketing as effective. "We see retailers migrating toward customer acquisition programs like affiliate marketing that provide a clear ROI." The Shop.org study presented by Silverman also reported that marketing cost per order for retailers' online has fallen 50 percent and customer-acquisition costs are down more than 60 percent in the last two years.

**Retailers Weigh In**

"Our LinkShare program has been extremely valuable," said Monica Luechtefeld. "Office Depot's affiliate revenue has substantially increased and we've even moved three of our other brands over to LinkShare's affiliate program from other platforms. Clearly, the results we're seeing reinforce our strategy of pay-for-performance programs such as LinkShare's."

"LinkShare's performance-based marketing provides better tracking and assessment than most other forms of marketing," said Todd Simon of Omaha Steaks. "The Internet is an ideal platform for

constant testing, targeting,
assessment and asset reallocation
- due to quick access to results of
testing."

Christopher McCann, President of
1-800-Flowers.com, said, "We will
continue to allocate significant
resources to our LinkShare affiliate
program and other performance-
based partnerships because of the
strong ROI we have seen from
these programs this year."

According to Patrick Byrne, CEO of
Overstock.com, "We switched our
affiliate marketing program from
another provider to LinkShare
three months ago and have
already doubled affiliate revenue."

**About LinkShare Corporation**
LinkShare Corporation
(http://www.linkshare.com)
provides the marketing platform
and hosts the online marketplace
where businesses build pay-for-
performance relationships that
minimize customer acquisition
costs, and maximize the revenue-
generating potential of their
websites. By participating in The
LinkShare Network?, B2B
LinkShareSM, LinkShare JapanSM
and LinkShare UKSM affiliate
marketing networks, online
"merchants" desiring additional
sales, registrations, or activity are
able to forge alliances with
hundreds of thousands of
"affiliates" seeking to monetize
their traffic. These affiliate
relationships provide merchants
with cost effective customer
acquisition and additional sales.
LinkShare's merchants include
OfficeMax, J.C. Penney, 1-800-
Flowers.com, AT&T, American
Express, Avon Products and Dell
Computer. LinkShare was founded
in 1996 and is headquartered in
New York City, with offices in San
Francisco, Denver, and Chicago.

As the worldwide leader in pay-for-performance affiliate marketing programs for companies doing business on the Web, LinkShare is proud to receive financial, operational and strategic support from Mitsui & Co., Ltd. (NASDAQ: MITSY), Mitsui & Co. (U.S.A), Inc., and Internet Capital Group (NASDAQ: ICGE).

**This press release may contain forward-looking statements that involve certain risks and uncertainties including but not limited to risks associated with the uncertainty of LinkShare's future performance, additional financing requirements, and the effect of economic conditions in the B2C and B2B e-commerce market.**

Site Map

<u>About Us</u> | <u>Clients</u> | <u>Contact</u> | <u>Events</u> | <u>Press/News</u> | <u>Careers</u> | <u>Privacy</u> | <u>Intellectual Property</u> |

TM & © 1996-2005 LinkShare Corporation. All rights reserved.

# EXHIBIT G



**December 2004**

## Mass Merchants / Department Stores:
## Winning by leveraging more of what the web can do

### Internet Retailer`s Best of the Web 2005

Amazon.com
eBay.com
Macys.com
OfficeDepot.com
Overstock.com
Sears.com
ShopNBC.com
SmartBargains.com

With some of the biggest annual sales figures in retail, traditional mass merchandisers once feared the Internet as competition - but no more. The presence of retailers such as Sears in the mass merchandiser category of this year`s Internet Retailer Best of the Web Top 50 says that these long-established brick-and-mortar retailers have done more than make peace with the Internet: they`ve integrated it as a key part of multi-channel strategies. At the same time, pure-play category winners such as Overstock and SmartBargains, Amazon and eBay show that the web did indeed deliver on the original promise of a virtual store with a reach exceeding any in the offline world. They`re using it to create excitement around an efficient marketplace for the liquidation of surplus goods, with some even diversifying into providing the technology initially created for their own purposes to support other online marketers.

Sears acquired Lands` End two years ago and has since tapped into its online expertise to improve Sears.com. It rolled out apparel on its site and also started leveraging the web for cross-channel use. For example, Sears.com now offers exclusively online products previously found in Sears stores, which shoppers can pick up in the store. All of these changes are creating a better integration between Sears.com and Sears stores. "Sears is leveraging what the web does well with what its stores do well," says Geoff Wissman, vice president of consultants Retail Forward Inc. "They are striking a better balance with the web site to drive sales across the entire business."

Overstock.com keeps using the web to push itself into new territory. It`s taken on Amazon over books, claiming prices on a broad assortment that are 15% lower than Amazon`s prices. This year, the online liquidator also launched online p2p auctions, as well as Club O, a loyalty program for consumers, and Club O Gold for the b2b market. SmartBargains.com, meanwhile, keeps dialing up the excitement of bargain-hunting--a key component of its formula--with features such as a "going fast" window that shows best-selling inventory in real time as it runs out, and with new offerings like the deal that makes it the exclusive online distributor for off-price brand Loehmann`s.

For the sixth year in a row, it`s impossible to compile Internet Retailer`s Best of the Web issue without including Amazon.com. It`s not only becoming a virtual Wal-Mart as a general merchandiser, but it`s also developing an effective mix as a direct retailer, a shopping portal and a technology platform provider. The pay-off for Amazon-- and testament to what mass merchants with the right mix can accomplish online--is net sales projected to hit nearly $7 billion this year, up about 30% from 2003.

---

## Amazon.com
### Big and flexible

The biggest challenge facing Amazon may be its own success and knack for diversifying. "Diversification is good for growth, but you can diversify too much and not have a strong position in the mind of the Internet shopper,"

says Geoff Wissman, vice president of retail consultants Retail Forward Inc.

But while growing into a virtual Wal-Mart as a general merchandiser, Amazon is developing an effective mix as a direct retailer, a shopping portal and a technology platform provider, Wissman says. "They're no longer just a retailer, but a shopping portal as much as anything," he says.

The pay-off for Amazon is net sales projected to hit nearly $7 billion this year, up about 30% from 2003, with operating income expected to come in between $415 million and $475 million. In Q3 of this year, net income more than tripled to $54 million.

Amazon continues to build into its revenue new income streams. Retailers like The Bombay Company are re-launching their sites on Amazon's e-commerce technology platform; a growing number of retailers are operating their own boutiques within Amazon.com, and thousands of web developers are using Amazon's web services to build new ways for affiliates to link buyers to it.

And yet another revenue stream emerges. Amazon launched this year its A9.com Internet search engine, putting it in a position to compete with Google and Overture for the booming search marketing market. A9.com's unique features include the ability to search results from Amazon's "Search Inside the Book" feature and from the IMDB.com movie database. By clicking a book or movie title, a shopper can view pages within the book or see streamers from the movie.

Amazon is still growing its own retail categories, too. It recently launched a Health & Beauty section, and its Electronics and Other General Merchandise category did more than $1 billion in sales in the last year.

With all its growth in different areas, its fundamental shopping features are still on the cutting edge, Wissman says. "They've kept their brand strong," he says. "Amazon.com still looks and feels like Amazon."

And so it's no surprise that this is Amazon's sixth appearance in Internet Retailer's Best of the Web, a distinction shared only by Lands' End.

**Amazon.com Inc.**
1200 12th Ave. So. Suite 1200 Seattle, WA 98144
**Date Launched**
July 1995
**Unique visitors (monthly)**
37,488,000*
**Annual Web-Based Sales**
$7,000,000,000 (est. FY '04)
**Vendor Relationships**
**Site Design**
In-house
**E-Commerce Platform**
In-house
**Web Hosting**
In-house, A9.com
**Site Search**
In-house
**Content Management**
In-house
**Order Management**
In-house
**Payment Processor**
In-house
**Fulfillment**
In-house
**Affiliate Marketing Management**
NA
**Search Engine Management**
A9.com

E-Mail Marketing
In-house
**CRM**
In-house
**Web Analytics**
Vividence, SAS
**Content Delivery Network**
Speedera

*SPEEDERA*

**Rich Media**
In-house
*comScore Networks report, October 2004

---

# eBay.com
## Retail evolution

Like a huge snowball rolling through the retail industry, eBay.com Inc. continues to build the critical mass that sets it apart as a unique marketplace. EBay shows no signs of slowing down, even though its numbers are already impressive--41 million users last year driving $24 billion in gross merchandise sales, up 60% over the prior year, and more than $30 billion in GMS for the first three quarters of 2004.

A haven for hundreds of thousands of online stores, eBay is also becoming more recognized as a marketplace by major retail brands like Best Buy, which has found it a strong selling market for new, end-of-lifecycle computers. EBay is also emerging as a major force in automobile sales; eBay Motors has become the web's most frequently visited car site with nearly 11 million monthly visitors.

And though eBay is not a direct retailer, but a selling platform for other merchants, it has emerged as a major brand in the retail industry. A study by Hitwise this fall found eBay to be the web's most searched-for brand, beating out names like Wal-Mart and Amazon.

And now an entire new market for eBay is just beginning. Until now, its growth has been built on buyers and sellers in the online world. But with hundreds of independent third-party eBay drop-off stores cropping up around the U.S., eBay is entering the multi-channel world without even trying. It stands to pick up a new source of sellers who prefer to drop off goods to be sold at a physical location rather than deal with the complexities of selling online.

"The genius of eBay is that it has thousands of sellers working for it that it doesn't have to pay," says Neil Stern, senior partner with retail consultants McMillan/Doolittle. "With the drop-off stores, it will have hundreds of brick-and-mortar sites without having to pay rent."

Over the past 100 years, he adds, the evolution of retail has been about how to bring the costs out of selling and be more efficient in distribution. "Discount stores were more efficient than department stores, and wholesale clubs were more efficient than discount stores," Stern says. "It seemed impossible to get below the operating costs of Wal-Mart or Costco. Then eBay comes along and says, 'I don't have to do any of that.'"

**eBay Inc.**
2145 Hamilton Ave. San Jose, CA 95125
**Date Launched**
1995
**Unique visitors (monthly)**
60,327,000*
**Annual Web-Based Sales**
$34,000,000,000**
**Vendor Relationships**
Site Design

In-house
**Site Search**
In-house
**Content Management**
Idiom
**Payment Processor**
PayPal, others

**PayPal**

**Fulfillment**
NA
**Affiliate Marketing Management**
Commission Junction
**Search Engine Management**
In-house
**E-Mail Marketing**
Kana
**Web Analytics**
Omniture

**OMNITURE**

**Content Delivery Network**
Akamai Technologies
*comScore Networks report, October 2004
**Internet Retailer est.of gross merchandise sales for 2004

---

# MACYS.com
## No niche marketing here

In many instances, the easiest way for a retailer to succeed online is to find its niche and pursue it. But that's what makes Macys.com special. It has been successful while appealing to a broad range of customers with an enormous array of products.

Macy's doesn't even try to be a niche player. Like its brick-and-mortar store customers, Macy's online shoppers span a range of incomes as the site attempts to appeal to clearance shoppers as well as fashion-conscious shoppers.

Furthermore, Macy's is selling a broad range of products from ready-to-wear and cosmetics to toys and area rugs. "We've doubled the number of items on the site this year over last year and we think our site is reflective of the best Macy's has to offer," says Kent Anderson, CEO of Macys.com.

In growing its assortment, Macy's has greatly expanded the choices in giftware and men's and women's wear, with significant expansions in categories like plus-size clothing. It added several categories this year, including area rugs, and is considering furniture and mattresses for 2005 or 2006.

But while some retailers focus on creating an image for their online sites, Macy's concentrates on selling goods. "This is a site that is heavy into promotion and uses a lot of merchandising tools to get consumers to buy," says Lauren Freedman, president of The E-Tailing Group Inc. "It does a nice job with its bridal registry which is an important part of its business and its site search function has been designed to really get customers to the items they are likely to buy."

But with so much attention on direct selling, Macys.com isn't all business. "We like to let customers have fun at our site. We have a web page where customers can watch our TV commercials," Anderson says.

Additionally, the site offers My Macy's, which allows consumers to get personalized information about special

events and sales at stores near them.

To get customers to its site, Macy's relies not only on search engines, but also on a successful affiliate program. For example, it works with diet web sites to link customers to Macy's plus-size clothing. It is also working with churches and schools that refer families to Macys.com, where the organizations get commissions on purchases.

**Macys.com/Federated Department Stores Inc.**
170 O'Farrell St. San Francisco, CA 94102
**Date Launched**
November 1998
**Unique visitors (monthly)**
7,000,000
**Annual Web-Based Sales**
$100,000,000+**
**Vendor Relationships**
**Site Design**
In-house
**E-Commerce Platform**
IBM Websphere
**Web Hosting**
NA
**Site Search**
Mercado Software



**Content Management**
In-house
**Order Management**
In-house
**Payment Processor**
Fifth Third
**Fulfillment**
In-house
**Affiliate Marketing Management**
LinkShare

LinkShare

**Search Engine Management**
In-house
**E-Mail Marketing**
YesMail
**CRM**
In-house
**Web Analytics**
Datanautics
**Content Delivery Network**
Akamai Technologies
**Rich Media**
Scene7

**Internet Retailer Top 300 Guide est., 2003

---

# OfficeDepot.com
## Consistently good

Office Depot Inc.'s OfficeDepot.com is one of those retail sites that consistently and quietly delivers, year after year. This is its fourth appearance in the Internet Retailer Top 50, a 

record exceeded only by the six appearances by Amazon and Lands' End. "Their web site shows that they really understand their audience," says Heather Dougherty, senior analyst with researchers Nielsen/NetRatings.

With sales in 2003 of $2.6 billion, Office Depot is No. 3 in Internet Retailer's Top 300 Guide to online retailers. But the success of OfficeDepot.com is measured in more than sales--it's also measured in how it has changed the relationship with the customer, says Monica Luechtefeld, executive vice president of e-commerce. For instance, 15% of communications with large customers has moved from phone to e-mail as has 30% with small customers. "That's a huge behavior shift," she says.

That in itself raises other challenges that Office Depot is addressing, such as hiring the right contact center staff to handle written communications and finding ways to make sure that answers are prompt and thorough.

In content, Office Depot has beefed up its site in the past year with improved search functionality--"Search will always be big; we will continue to invest in search," Luechtefeld says--and has improved customers' ability to serve themselves. For one thing, it has developed in-house technology to help customers configure computers online. And it has taken that capability to the stores with web-enabled kiosks. As a result, Office Depot's customer-configured PC sales both online and in stores have tripled.

It also has developed a search technology that helps customers narrow down their choices from hundreds to a few. "If a customer enters a generic word like `printers,` it's not helpful to give them hundreds of results," Luechtefeld says. "So you ask them some simple questions like What do you print? Do you use a lot of color? Do you want high volume or low volume? and so on. By asking relevant questions in a language they understand, you narrow their search." The goal: provide four to eight options in the customer's price range.

"They know who their customers are and they provide them with the tools to make decisions," Dougherty says.

**Office Depot Inc.**
2200 Old Germantwon Road Delray Beach, FL 33445
**Date Launched**
January 1998
**Unique visitors (monthly)**
3,425,000*
**Annual Web-Based Sales**
$3,000,000,000 (2004 est.)
**Vendor Relationships**
**Site Design**
Verso, In-house
**E-Commerce Platform**
NA
**Web Hosting**
NA
**Site Search**
In-house
**Content Management**
In-house
**Order Management**
In-house
**Payment Processor**
Midwest Payment Systems, CCS, American Express
**Fulfillment**
WMS
**Affiliate Marketing Management**
LinkShare
**LinkShare**
**E-Mail Marketing**
XactMail
**Web Analytics**

Case 1:04-cv-01264-SLR    Document 333-2    Filed 12/13/2005    Page 32 of 41

Coremetrics, WebTrends, Keynote

**CORE**METRICS ⠿

# WebTrends.

**Rich Media**
Scene7

*comScore Networks report, October 2004

---

# Overstock.com
## Beyond surplus

What began as a means to liquidate merchandise from bankrupt e-commerce companies during the Internet bust has evolved into not only a strong online vehicle for selling surplus goods, but also a new player in the online sales of books and CDs and in the online auction business.



commerce
**congratulates**

This fall, during its first month in the auction business, Overstock.com managed 25,000 auctions and moved into the number-three spot in the online auction business. That is in addition to its discount retail business that sells more than 50,000 products.

Meanwhile, Overstock is pursuing Amazon and other top online book companies by offering a full line of book titles at what the company claims is 15% below the price of Amazon.com.

"We are pushing price and customer service," says Patrick Byrne, president. "We make it easy for shoppers to call us with questions and our prices are typically a lot lower than Amazon."

The attention to customer service is paying off. In a recent American Customer Satisfaction Index rating, Overstock got the highest first-time score ever, putting it among the top five online retailers and put it ahead of every brick-and-mortar retailer surveyed.

Besides getting into new businesses, Overstock is also hot on new services. It recently launched Club O, a loyalty program in which shoppers pay $29 per year and get 5% discounts on purchases and free shipping. It also has Club O Gold, for the b2b market in which companies pay $99 per year and get discounts between 25% and 30%.

The low prices and aggressive marketing are what many believe sets Overstock apart. "This company has clearly done a good job growing revenue, in bringing people to the site and in moving merchandise," says Derek Brown, analyst with San Francisco-based Pacific Growth Equities.

It remains to be seen whether that success in selling discounted merchandise will translate into success in the new ventures. "There will be some hits and some misses," says Brown.

To get consumers to its site, Overstock relies on both online ads and mass-media marketing. "About 75% of our advertising is done online and we're not afraid to pay for performance," Byrne says.

**Overstock.com Inc.**
6322 S. 30000 East Suite 100 Salt Lake City, UT 64121
**Date Launched**
June 1999
**Unique visitors (monthly)**
10,000 000
**Annual Web-Based Sales**
$294,000,000 (2003)
**Vendor Relationships**

**Site Design**
In-house
**E-Commerce Platform**
Vcommerce

**vcommerce**

**Web Hosting**
In-house
**Site Search**
Endeca Technologies
**Content Management**
In-house
**Order Management**
In-house
**Payment Processor\**
Cybersource, PayPal, Bill Me Later

**CyberSource**

**Fulfillment**
HighJump, In-house
**Affiliate Marketing Management**
LinkShare

**LinkShare**

**Search Engine Management**
In-house
**E-Mail Marketing**
In-house
**CRM**
In-house
**Web Analytics**
In-house
**Content Delivery Network**
In-house/Akamai Technologies

---

# Sears.com
## Leveraging Lands` End

Sears, Roebuck and Co. was hoping to learn something about online retailing from the new member of its family, Lands` End, which it acquired two years ago. It learned--and then some. This fall, Sears rolled out apparel sales on its web site, complete with the virtual model technology that Lands` End pioneered. But it went Lands` End-- and every other user of virtual model technology--one better by allowing multiple brands to be tried on at the same time. And it incorporated the virtual model idea into a virtual room. Shoppers can see how comforters, wall hangings, tables and lamps look on a bed in a virtual room.

Now Sears is adding a few twists of its own to an online strategy. Chief among them is offering exclusively online products previously found in Sears stores, such as sporting goods, computers and DVDs. Visitors can also purchase large items, such as snow blowers, and pick them up at the store. The offering is a hit with online shoppers, 40% of whom pick up their purchases in store.

All of these changes are creating a better integration between Sears.com and Sears` stores. "Sears is leveraging what the web does well with what its stores do well," says Geoff Wissman, vice president for consultants Retail Forward Inc. "They are striking a better balance with the web site to drive sales across the entire business."

Sears worked on the concept of web-only merchandise for a year before rolling it out late this year, according to Bill Bass, vice president and general manager of Sears Direct, who also oversees LandsEnd.com. "We have 870

Case 1:04-cv-01264-SLR Document 333-2 Filed 12/13/2005 Page 34 of 41

stores and they don't have the space to accommodate all the products we can offer online, even though customers want them," Bass says. "If we were to offer them in-store, it would mean shoe-horning them in, which is not good merchandising."

Sears is further refining its multi-channel strategy by using the web to test consumer acceptance of new products. The retailer initially offered a digital music player through its web site, until sales proved strong enough to warrant rolling it out in stores.

"Leveraging what Sears has learned from Land's End has improved the site," says Wissman. "They have a bright future."

**Sears, Roebuck and Co.**
3333 Beverly Road Hoffman Estates, IL 60179
**Date Launched**
1999
**Unique visitors (monthly)**
9,000,000
**Annual Web-Based Sales**
$1,200,000,000**
**Vendor Relationships**
**Site Design**
In-house
**E-Commerce Platform**
BroadVision
**Web Hosting**
In-house
**Site Search**
Mercado Software

**MERCADO**
S O F T W A R E

**Content Management**
In-house
**Order Management**
In-house
**Payment Processor**
NA
**Fulfillment**
In-house
**Affiliate Marketing Management**
Performics
**Search Engine Management**
Digital Edge
**E-Mail Marketing**
CheetahMail
**CRM**
In-house
**Web Analytics**
Omniture

**OMNITURE**

**Rich Media**
In-house, Scene7
**Internet Retailer Top 300 Guide est., 2003

# ShopNBC.com
**Sharing the spotlight**

After years of playing second fiddle to the TV channel, ShopNBC.com is finally getting a chance to move to the forefront of parent Value Vision Media's multi-channel retailing strategy. Eager to create a strong brand connection between ShopNBC.com and the ShopNBC cable television channel, management ordered the site to be rebuilt from the ground up this year.

The revamped site, which launched in the fall of 2004, features several new enhancements, including a live link to the ShopNBC channel, a more precise search engine, and graphic downloads in less than one second. In addition, richer product descriptions and easier navigation tools are intended to position the web site as a shopping destination and create a better overall shopping experience for the customer that will drive traffic between the web site and the TV channel, and vice versa.

"ShopNBC has made a lot of changes and is certainly heading in the right direction," says Robert Glenn Routh, managing director, equity research for Jefferies & Co. "The challenge now is to more closely market and link the online and television channels." Industry experts say ShopNBC is certainly capable of pulling off the feat.

Customer service will play a key role in ShopNBC.com's effort to reinvent itself. A more advanced account management section has been added to the site that allows customers to check on the status of their orders by linking directly to Federal Express. "Customers told us they wanted that feature and now that it has been added, that complaint is gone," says Kevin Abramson, director of internet marketing for ShopNBC.com.

Plans for further enhancements are also in the works, such as shopping guides that tell consumers how to set up a computer and how carat, clarity, color, and cut determine the quality and price of a diamond. "Our aim is to be a shopping resource that delivers the price points people want," says Abramson.

There is no question ShopNBC.com has made the right moves to reposition its site and become more than just an icon on consumers' computer systems. "The opportunities are certainly there to tie into the TV channel," says Routh. "Now they must show they can do it."

**ShopNBC.com/ValueVision Media Inc.**
6740 Shady Oak Road Eden Prairie, MN 55344
**Date Launched**
1998
**Unique visitors (monthly)**
780,000
**Annual Web-Based Sales**
$111,000,000 (2003)
<u>**Vendor Relationships**</u>
**Site Design**
In-house
**E-Commerce Platform**
In-house on .NET
**Web Hosting**
NA
**Site Search**
Google
**Content Management**
In-house
**Order Management**
In-house
**Payment Processor**
Paymentech
**Fulfillment**
In-house, CommerceHub
**Affiliate Marketing Management**
Commission Junction
**Search Engine Management**
In-house
**E-Mail Marketing**
In-house

**CRM**
In-house
**Web Analytics**
Coremetrics

**CORE**METRICS

**Rich Media**
Real Networks

---

# SmartBargains.com
## Going fast

Take significantly discounted brand name merchandise, make it easy for shoppers to buy, then make it clear the deals are time-sensitive and in limited supply. Hordes of bargain-loving shoppers will beat a path to your door–or, in the case of discount retailer SmartBargains.com, your site. It's no secret the combination of name brands and value appeals to consumers, but what sets SmartBargains apart is how it's been able to mix in a third element, a sense of urgency, to drive sales. Or as CEO Carl Rosendorf likes to put it, "You snooze, you lose."



As it's prepared this year for an upcoming IPO, SmartBargains hasn't tampered with the formula. Instead, it's worked to make the execution even more robust, with enhancements to the consumer experience, the merchandise offering, and back-end customer support. For example, it's added the ability to sort by product attribute to help customers plow through more SKUs more quickly, and it's reduced checkout from five steps to three. A new "Bill me Later" option adds a credit capability.

SmartBargains has also gone deeper into its existing categories and added new ones. A new co-branded relationship, Loehmann's at SmartBargains.com, makes SmartBargains the exclusive online distributor for the high-end off-price retail chain. Overall, SmartBargains has more than tripled the items on its site at any given time from 3,000 to 10,000.

As it's scaled up the business on the front end, SmartBargains has scaled up on the back end as well. This year it moved into a new 250,000-square-foot warehouse in Kentucky that's operated by UPS Supply Chain Services, and it built a new order management system to speed up processing.

But it's the ability to capitalize on consumers' love of snagging a deal before someone else does that remains one of SmartBargains' most important assets. "It's a critical part of who we are," says Rosendorf. To underscore the point, the site this year launched a "going fast" feature on the home page that provides real time information on best-seller inventory as it runs down. "There are hundreds of products that sell out and hundreds that we launch every day," Rosendorf says. "So the sense of urgency is key to keeping consumers coming back."

**SmartBargains.com LP**
10 Milk St. Boston , MA 02108
**Date Launched**
November 2000
**Unique visitors (monthly)**
3,328,000*
**Annual Web-Based Sales**
$93,000,000 (2004)
**Vendor Relationships**
**Site Design**
In-house
**E-Commerce Platform**
In-house
**Web Hosting**
NA
**Site Search**

EasyAsk

# EasyAsk

**Content Management**
In-house
**Order Management**
In-house
**Payment Processor**
Paymentech
**Fulfillment**
UPS Supply Chain Solutions
**Affiliate Marketing Management**
Commission Junction
**Search Engine Management**
iProspect, Quigo
**E-Mail Marketing**
e-Dialogue
**CRM**
In-house
**Web Analytics**
Fireclick
**Content Delivery Network**
Akamai Technologies
*comScore Networks report, October 2004

Copyright © 2005 This content is the property of Vertical Web Media.

# EXHIBIT H

# The Overstock

# Obsession

Normally skeptical affiliates are flocking to Overstock as the discount
e-tailer's program and charismatic CEO take on a cultlike status.

**by DIANE ANDERSON**

EVERY SO OFTEN, THERE'S A COMPANY, A PERSON
or a philosophy that attracts such a rabid follow-
ing it can be only be described as a phenomenon.

In music, the Beatles and Elvis come to mind.
It's hard to think of either without envisioning
ecstatic throngs of screaming, teary-eyed fanatics
who would do anything for a souvenir to link them
forever to their idol.

In technology, Apple Computer has survived as
much (or more) on the strength of its zealous cus-
tomers as on more mundane considerations like
operating efficiencies or distribution channels. A
piece of advice: *Never* try to tell a Macintosh user
there are *any* advantages to using a PC.

In dieting, the current rage is Atkins. Eat all the
protein and fat you want, but lay off the bread and
pasta. Want to know more? Just ask someone who's
on it. They'll talk the pounds right off you.

Overstock is like that in the affiliate world.
Although it's a nascent company that is far from
perfect by some business measures, its customers,
affiliates and employees simply ooze adoration for
the fast-growing e-tailer and its undeniably mag-
netic CEO, Patrick Byrne. It's not just that they *like*
the company. This is unbridled zeal. It's the kind of
blissful rapture one expects from saffron-robed
monks selling flowers at the airport.

The numbers show the love. Gross merchandise
sales jumped 88 percent to $96.6 million in the
company's second quarter from the year before.
And more than 3 million consumers have now
bought something from the site, thanks in large
part to Overstock's 35,000 evangelistic affiliates.
To put that last number in perspective, Macys.com
has only 2,000 affiliates, or less than one for every
16 that Overstock claims.

After only five years in business, Overstock has
blossomed into the 18th largest e-tail site. It attract-
ed 9.3 million unique visitors during July alone.

Much of that success can be attributed to Byrne,
a sort of existential capitalist whose top-tier school-
ing (BA at Dartmouth, MA at Cambridge, PhD at
Stanford) has left him with a penchant to quote
philosophies ranging from the Bible to Sun Tzu to
Obi-Wan Kenobi. He often speaks in adages col-
ored by a metaphysical hue.

OSTK 010071
CONFIDENTIAL OUTSIDE COUNSELS' EYES ONLY

"If you treat people well and customers well, you'll be rewarded," he says describing the "virtuous circle" of the retail world. "You can't cheat karma. The karma police will always get you."

He's first to admit his company's shortcomings in a way that enhances his credibility. In the company's last earnings report, for example, he expressed his disappointment with Overstock's "Daily Deals" promotion. "I am not giving up," he said, "but this has been a dud." He also admits to worrying about "bottlenecks" and declared outright that "B2B has been a disappointment."

"Cynics claim that my candor is but an attempt to pump my stock by drawing investors looking for someone who does not pump his stock," Byrnes wrote in the company's recent earnings report. "I am flattered to have attributed to me such Machiavellian subtlety!"

Byrne grew his company the hard way after "getting turned down by 55 VCs (venture capitalists)" in his quest for funding. Overstock went public in 2002, using the same Dutch auction process that Google adopted this year.

**The Art Of Affiliates**
He's so dedicated to building his affiliate program that he's given Affiliate Manager J.T. Stephens a force of 10 assistants to build it. Byrne required them all to read Sun Tzu's The Art of War, which he views as the "textbook on Internet affiliate marketing." And, although Overstock's commissions are relatively low at 3 percent to 7 percent (many merchants pay 10 percent to 12 percent), affiliates love the company for its highly personalized support.

"It isn't always the commission," says Sandy Breckenridge of SlipCoversFabric.com. "Higher commission sites don't come near Overstock when it comes to support and personal attention."

Another devout affiliate, Asif Malik of Plaza101.com, strayed from the Overstock flock for a while until one of its managers came after him like a shepherd looking for a lost lamb. "For a while, I dumped them," says Malik. "But I got a call from

Adam Russo and that changed." Now the two work closely on updates, sometimes talking several times a day to make sure Malik is doing all he can for Overstock.

"It makes a difference," says Malik. "I email or call and they respond right away. I email or call other companies and sometimes never hear from them. Or I get a message back telling me they don't provide tech support." Malik scoffs. "I don't need tech support. I have technical know-how. I am just trying to help generate revenue for them. They are fools and I drop them. If they are too busy to talk to an affiliate like me, they lose." And Overstock wins.

"No other merchants are calling them," says Stephens. "We call them. We're like a free marketing consultant, and affiliates are all ears. We tell them our best sellers and suggest placement. We give them the resources and tools to make money."

**Industry Advocate**
The company also won admiration from many affiliates for filing the first suit under Utah's groundbreaking Spyware Control Act. The suit alleged rival SmartBargains created ads that popped up over the Overstock Web site. (SmartBargains had filed its S-1 for an IPO. At the time of publication, it was in a quiet period and could not comment.)

"I love them," said affiliate Connie Berg of FlamingoWorld.com, who recently shared LinkShare's award for "Most Vocal Advocate" with Overstock's affiliate team. "If they can get some spyware stopped, it helps people in other programs, not just Overstock's."

Byrne sees his raft of affiliates as his not-so-secret army to do battle with larger rivals like Amazon.com. "It's a war of the fleas against the elephant," he says. "A few years ago, affiliates did $150,000 in sales a month. Now they do millions.

It's not yet $10 million a month, but it will be by the end of this year."

While many companies trim inactive affiliates from their ranks to concentrate on their top producers, others see them as a source of potential growth. LinkShare CEO Steve Messer, for example, believes that once an affiliate shows interest in a company, "there's always a chance to reactivate them." (See Issue 3, *Share And Share A Link*.)

Overstock never cuts affiliates, meaning many of those 35,000 soldiers are ghosts that occasionally come back to life. One "inactive" affiliate who hadn't generated any sales for Overstock in more than three years recently turned in $10,000 in one month.

Overstock champions the little guys, small affiliates who generate between only $500 and $3,000 in sales per month. The superaffiliates may generate more sales per affiliate, but they also demand higher pricing, flat fees and enhanced commissions, which makes them more expensive and harder to work with.

"We like the medium and small affiliates. I'd rather have 10,000 of them anyway. We try to do well by our affiliates. At this point, we think of them as jedis and padawans," says Byrne, referring to the fully trained warriors in Star Wars and their young apprentices. "They are a mercurial bunch and they react quickly to good treatment."

Stephens, meanwhile, translates the focus on the smaller affiliates to hard cash. "When you work to get 50 affiliates to add even $1,000 to $2,000 each in sales each month, it ends up affecting the bottom line," he says. "Everyone else is cutting down and we are building out. Other companies limit themselves. But their loss is our gain."

And the company does try to treat them well. "You can never lose sight of the fact that affiliate marketing is a

> Byrne sees his raft of affiliates as his not-so-secret army to do battle with larger rivals like Amazon.com. 'It's a war of the fleas against the elephant,' he says.

OSTK 010072
CONFIDENTIAL OUTSIDE COUNSELS' EYES ONLY

symbiotic relationship," says Stephens. This focus on affiliate appreciation seems to be paying off for Overstock. Affiliates like knowing they are talking to someone who specializes in their category (see list).

"Overstock is one of the easiest ones to set up and start earning money with," says Gabriel Lam, who runs GotApex.com. "They have a wide range of products and very good pricing."

### Less Than Perfect

Of course, just as Elvis had a weakness for fried peanut butter and banana sandwiches, Overstock has a few flaws, too. Its immense expansion had led to some growing pains, and the company has yet to achieve profitability.

Some affiliates report that Overstock's coupons get posted but don't work right away, which they say happens very infrequently with other merchants. And Overstock spends a lot on advertising: $5 million in 2003 and $2 million in January through July 2004. It acquired 744,000 customers during 2003, but the cost was high – $13.30 per customer.

Overstock handles all advertising internally, a risky venture for a company dependent on brand awareness and national media buys. (It had to back off its "Big O" campaign after Big O Tires complained.) And Wall Street analysts remain wary. Only two analysts follow the stock and both are from investment banks that do business with Overstock.

In a research report published in July, analyst Tom Underwood of Legg Mason Wood Walker rated the stock as a "hold,"

roughly the equivalent of a grade of C in school. "Success is not only still unassured," he said, "we can't quantify potential financial results around the business with any accuracy."

And then there's the area of search engine ranking. Overstock does its own optimization and could use some improvement. In a recent Google search for "discount shopping," Overstock didn't even appear on the first page for sponsored or unsponsored links. (The sponsored links included Target and SmartBargains." Curiously, Connie Berg's FlamingoWorld .com topped the unpaid list.) Because Overstock describes itself as selling "name-brands at clearance prices," *Revenue* ran a search for "name-brands clearance prices." Again, Overstock was a no-show, paid or unpaid.

### 'Smitten' Buyers

Some affiliate managers find that some of their best customers are their own affiliates. It makes sense given that affiliates want to support their merchants and earn a commission on their own purchases. But Overstock's cultish shoppers have been known to turn that model around by becoming affiliates simply because they love shopping at Overstock.

That's the case with an affiliate named Beverly C. Lucey, editor of the blog WomanOfACertainAgePage.com. She has affiliate links to Amazon because, as an educator she wants to encourage reading. She turns down other business ventures offered her – from manufacturers of

Viagra, weight loss products and "anti-aging goop." But she decided to provide a link on her site to Overstock.com. "They didn't ask me to," Lucey wrote in an e-mail interview. "I've been a happy customer for the last four years."

Of course, she swoons, there was another factor: After hearing an NPR interview with Patrick Byrne, she became "smitten."

Byrne seems to have that effect. "Everything he touches turns to gold," gushes Stephens. And Marketing Vice President Kamille Twomey says, "He is an exciting and convincing man. ... I came in to talk to him and a few minutes later, I was working for him."

### Special Treatment

The company runs networkwide promotions with tiered bonuses, but it also brokers one-on-one deals with Web sites, letting affiliates sell, say, a Burberry scarf, for less than Overstock does. Many affiliates who *Revenue* interviewed said special deals were a great incentive.

"I call Overstock and Amazon the Masters of Promotion," says Michael Conley of Amazing-Bargains.com, who has been working with Overstock since 2000. He also likes their dependable and cheap shipping, which is usually $2.95 whether users buy a book or a couch, and sometimes is free. The symbiosis should help around the holidays.

The holidays are critical to Overstock. "In 2003, half our sales were in the fourth quarter," says Twomey. In the late summer, the company employed about 500 people. With seasonal help, that number will jump to 2,500, up almost 80 percent from the 1,400 working for Overstock last holiday season. Clearly, the company is preparing for sales of biblical proportions.

"We've been thinking about the holiday season since January," says Byrne. "In past Novembers we finished the ark by wading in waist-deep water pounding nails in the rain. This year our ark will be complete before the first raindrop falls."

Spoken like a true believer. ■

DIANE ANDERSON *is managing editor of* Revenue.



Who's Who At Overstock

OSTK 010073

CONFIDENTIAL OUTSIDE COUNSELS' EYES ONLY