IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1264-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER AS TO DATE AND ADMISSIBILITY OF PUBLICATION

Plaintiffs and Defendants stipulate through their respective counsel as follows:

1. The parties stipulate that the publication entitled "Build A Web Site," by net.Genesis and Devra Hall, ISBN: 0-7615-0064-2 was publicly available in the United States on June 6, 1995.

2. The parties further stipulate that Exhibit 38 from the Deposition of Edwin H. Watkeys III, July 13-14, 2005, and the documents produced in this case with bates numbers AMZ-B00275541-65 and AMZ-B00281127-30 are authentic copies of excerpts from the publication entitled "Build A Web Site," by net.Genesis and Devra Hall, ISBN: 0-7615-0064-2.

IT IS SO STIPULATED.

DATED: December 15, 2005

By: /s/ Steven J. Balick
    Steven J. Balick (ID #2114)
    John D. Day (ID #2403)
    ASHBY & GEDDES
    222 Delaware Ave., 17th Floor
    P.O. Box 1150
    Wilmington Del. 19899
    Telephone: (302) 654-1888
    sbalick@ashby-geddes.com

    *Attorneys for Plaintiff BTG*
      *International Inc., Infonautics*
      *Corporation and Tucows Inc.*

By: /s/ Karen E. Keller
    John W. Shaw (ID #3362)
    Karen E. Keller (ID #4489)
    YOUNG, CONAWAY, STARGATT
    & TAYLOR, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801
    Telephone: (302) 571-6600
    kkeller@ycst.com

    *Attorneys for Defendants Amazon.com*
      *and Amazon Services, Inc.*

By: /s/ David J. Margules
    David J. Margules (ID #2254)
    BOUCHARD MARGULES &
    FRIEDLANDER, P.A.
    222 Delaware Ave., Suite 1400
    Wilmington, DE 19801
    Telephone: (302) 573-3550
    dmargules@bmf-law.com

    *Attorneys for Plaintiff Defendant*
      *Overstock.com, Inc.*

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

DB01:1937127.1    063675.1001