IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 04-1264-SLR ) ) ) ) |

**O R D E R**

At Wilmington this 16th day of December, 2005, having received an "emergency" request for relief from my order of December 2, 2005, issued 30 days after the November 2, 2005 discovery conference;

IT IS ORDERED that said request is granted, to the following extent. The December 2, 2005 order is stayed, pending resolution of plaintiffs' "motion for leave to be heard and for clarification" (D.I. 336). Plaintiffs shall pay the costs of these proceedings, should I deny their request for relief on the merits.

_____
United States District Judge