# ASHBY & GEDDES

**ATTORNEYS AND COUNSELLORS AT LAW**

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 19, 2005

Ms. Rosanna DiMeo
Case Manager
United States District Court
844 North Kind Street,
Wilmington, DE 19801

      RE:   *BTG International Inc. v. Amazon.com, Inc.*
              C.A. No. 04-1264-SLR

Dear Ms. DiMeo:

     On December 14, 2005 we inadvertently submitted to the Court an unsigned copy of the agreement that was attached as Exhibit 1 to BTG International, Inc.'s Motion for Leave to be Heard and For Clarification Regarding the Court's December 2, 2205 Order (D.I. 336), which was filed under seal. To correct that error, I enclose a sealed envelope containing two copies of the signed version of Exhibit 1, and would appreciate it if you would please substitute them for the originally-filed unsigned version. The signed version of Exhibit 1 previously was produced to the defendants in this action on November 22, 2005.

     Thank you for your assistance with this matter, and my apologies for the inconvenience.

                             Very truly yours,

                             John G. Day (I.D. #2403)

JGD: nml
Enclosure
164790.1

c:     John W. Shaw, Esquire (by hand, w/enc.)
      David J. Margules, Esquire (by hand, w/enc.)
      Niall A. MacLeod, Esquire (via Federal Express, w/enc.)
      Kristin L. Cleveland, Esquire (via Federal Express, w/enc.)
      John F. Luman, III, Jr., Esquire (via Federal Express, w/enc.)