IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL, INC., INFONAUTICS CORPORATION, and TUCOWS INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1264-SLR |
| v. | ) ) | |
| AMAZON.COM, INC., AMAZON SERVICES, INC., and OVERSTOCK.COM, INC., | ) ) ) ) | |
| Defendants. | ) | |

**SECOND STIPULATION AND ORDER**
**TO AMEND THE SCHEDULING ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Scheduling Order entered on December 15, 2004 (D.I. 41), as amended March 31, 2005 (D.I. 116), shall be further amended as indicated below. The requested modifications impact only events that are between the parties and do not require Court involvement.

- All Opinions of Counsel upon which a party intends to rely at trial to defend against any claim of willful infringement shall be identified and produced by **January 6, 2006** [paragraph (2)(f)];

- Claim Construction Issue Identification shall be exchanged on **January 6, 2006** [paragraph (5)];

- All fact discovery shall be completed by **January 27, 2006** [Paragraph (2)(b)];

- Expert reports on issues for issues for which the parties have the burden of proof shall be due on **February 1, 2006** [paragraph (2)(c)(1)]; and

- Rebuttal expert reports shall be due on **February 23, 2006** [paragraph (2)(c)(1)].

The remaining provisions of the Scheduling Order dated December 15, 2004 (D.I. 41), as amended on March 31, 2005 (D.I. 116) shall remain in effect.

| ASHBY & GEDDES | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *John G. Day* | /s/ *Karen E. Keller* |
| Steven J Balick (I.D. #2114)<br>John D. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1150<br>Wilmington DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com | John W. Shaw (I.D. #3362)<br>Karen E. Keller (I.D. #4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>jshaw@ycst.com<br>kkeller@ycst.com |
| *Attorneys for Plaintiffs, BTG International Inc., Infonautics Corporation, and Tucows Inc.* | *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.* |

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ *John M. Seaman*

David J. Margules (I.D. #2254)
John M. Seaman (I.D. #3868)
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3550
Dmargules@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Defendant Overstock.com, Inc.*

SO ORDERED this _____ day of _____, 2005.

_____
Chief Judge

2