IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC. | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Amazon.com, Inc. and Amazon Services, Inc.'s Second Set of Requests for Admission to Tucows, Inc. served on December 27, 2005, upon the following counsel of record in the manner indicated below:

**BY EMAIL:**

John G. Day, Esquire
jday@ashby-geddes.com
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Niall A. MacLeod, Esquire
namacleod@rkmc.com
Michael A. Collyard, Esquire
macollyard@rkmc.com
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

John F. Luman, III, Esquire
Johh.luman@bracepatt.com
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX  77002-2781

David J. Marugles, Esquire
dmargules@bmf-law.com
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on December 29, 2005, upon the following counsel of record in the manner

indicated:

### BY ELECTRONIC FILING AND HAND DELIVERY

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

### BY ELECTRONIC FILING AND FEDERAL EXPRESS

Glenn A. Ballard, Jr., Esquire
John F. Luman, II, Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX  77002-2781

063675.1001

Ronald J. Schultz, Esquire
Niall A. MacLeod, Equire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015


*Karen E. Keller by Andrew A. Wilfon (No. 4429)*

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

– and –

Kristin L. Cleveland
Jeffrey S. Love
Todd M. Siegel
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300

Attorneys for Defendants Amazon.com, Inc.
  and Amazon Services, Inc.

Dated: *December 29, 2005*