IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS, INC.<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC.<br><br>　　　　Defendants. | C.A. No. 04-1264-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Amazon.com, Inc.'s and Amazon Services, Inc.'s Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 5-6) and (2) Defendant Amazon.com Inc.'s and Amazon Services Inc.'s Supplemental Objections and Responses to Plaintiff's First Set of Requests for Admissions (1-2) were caused to be served on December 29, 2005, upon the following counsel of record in the manner indicated below:

**EMAIL & FIRST CLASS MAIL**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

John F. Luman, III, Esquire
Glenn A. Ballard, Jr., Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Ronald J. Schutz, Esquire
Niall A. MacLeod, Esquire
Michael A. Collyard, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402-2015

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on January 3, 2006, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

**BY EMAIL**

Glenn A. Ballard, Jr., Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Ronald J. Schutz, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402-2015

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Rolin P. Bissell (No. 4478)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

– and –

Lane M. Chitwood
Kristin L. Cleveland
Jeffrey S. Love
Todd M. Siegel
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300
*Attorneys for Defendants Amazon.com, Inc.
 and Amazon Services, Inc.*

Dated: January 3, 2006