IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL, INC., INFONAUTICS CORPORATION and TUCOWS INC., <br><br>*Plaintiffs*, <br><br>vs. <br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM, INC., BARNESANDNOBLE.COM LLC, and OVERSTOCK.COM, INC. <br><br>*Defendants*. | § § § § § § § § § § § § § § § § <br><br>C.A. No. 04-1264-SLR |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Karen L. Pascale, Esquire (Delaware Bar. ID No. 2903) on behalf of defendant Overstock.com, Inc., is hereby withdrawn. The appearance of John M. Seaman (Delaware Bar ID No. 3868) is hereby entered in substitution. The admissions *pro hac vice* for Overstock.com, Inc. are unchanged.

BOUCHARD, MARGULES & FRIEDLANDER, P.A.

/s/ David J. Margules
_____
David J. Margules (#2254)
  [dmargules@bmf-law.com]
John M. Seaman (#3868)
  [jseaman@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
  *Attorneys for Defendant Overstock.com, Inc.*

Dated: January 4, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2006, I caused the foregoing *Notice of Withdrawal and Substitution of Counsel* to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
   *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

John W. Shaw, Esquire [jshaw@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
   *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

I further certify that on January 4, 2006, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and that a copy was served on the following non-registered participants by e-mail:

Niall A. MacLeod, Esquire [NAMacLeod@rkmc.com]
Michael A. Collyard, Esquire [MACollyard@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
   *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

Kristin L. Cleveland, Esquire [kristin.cleveland@klarquist.com]
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
   *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

BOUCHARD, MARGULES & FRIEDLANDER, P.A.

/s/ David J. Margules

January 4, 2006

David J. Margules (#2254)[dmargules@bmf-law.com]
John M. Seaman (#3868) [jseaman@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
   *Attorneys for Defendant Overstock.com, Inc.*