IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1264-SLR |
| ) | |
| AMAZON.COM INC., AMAZON ) | |
| SERVICES INC., NETFLIX INC., ) | |
| BARNESANDNOBLE.COM INC., and ) | |
| OVERSTOCK.COM, INC., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 10th day of January, having reviewed various discovery disputes between the above referenced parties;

IT IS ORDERED that:

1. Defendant Overstock.com's motion to quash plaintiffs' notice of depositions of Patrick Byrne and Jonathan E. Johnson, III and motion for protection (D.I. 312) is granted as to Mr. Byrne and denied as to Mr. Johnson, who will be subject to a deposition of no more than two (2) hours.

2. Plaintiff's motion for leave to be heard and for clarification regarding the court's December 2, 2005 order (D.I. 336) is granted. Having reviewed the merits of the dispute over the Tucows' documents, the court agrees that Tucows took reasonable measures to preserve the confidentiality of its documents at the King of Prussia facility. Therefore, the

documents need not be turned over to defendants at this time.[1] However, given the fact that these documents are privileged only by virtue of the asserted "common interest" privilege, which has not been tested, the court will allow defendants to brief why the common interest privilege does not apply to the Tucows documents logged by plaintiff.

    3. Having conducted my *in camera* review of the submitted documents, I find the following to be privileged: Bates numbers BTGPV 007131-34, 008343-51, 011357-58, 006204, 00620609, 006443-45, 006480-82, 007386-88, 007954-55, 008537-38, 008942-85. The remaining documents shall be produced.

                                                           */s/ Sue L. Robinson*
                                          United States District Judge

---

[1] I am satisfied that plaintiff investigated this matter is good faith.