IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-1264-SLR |
| v. | ) ) ) | |
| AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC., | ) ) ) ) | |
| Defendants. | ) | |

## <u>NOTICE OF DEPOSITION OF STEVEN BISHOP</u>

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Plaintiff BTG International Inc. will take the deposition of Steven Bishop at the time

and place as set forth below.

The deposition will be taken on January 18, 2006, beginning at 9:00 a.m. (local time)

each day and will be taken at the offices of Klarquist, Sparkman, L.L.P., Wells Fargo Center,

999 Third Ave., Suite 4200, Seattle, Washington 98104, or at a date, time, and place to be further

agreed upon. The deposition will continue from the first day until the next day, if necessary, but

in no event shall be longer than two seven (7) hour days of deposition time. The deposition shall

be taken before any officer qualified to administer oaths under the Federal Rules of Civil

Procedure. The deposition will be recorded stenographically and may be recorded by videotape.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Ronald J. Schutz
Jake M. Holdreith
Niall A. MacLeod
Michael A. Collyard
Stephanie L. Adamany
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Telephone:  612-349-8500

Dated:  January 13, 2006
165599.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2006, the attached **NOTICE OF DEPOSITION OF STEVEN BISHOP** was served upon the below-named defendants at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                  HAND DELIVERY
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Jeffrey S. Love, Esquire                                    VIA FEDERAL EXPRESS
Klarquist, Sparkman, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR  97204

John M. Seaman, Esquire                                     HAND DELIVERY
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

John F. Luman, III, Esquire                                 VIA FEDERAL EXPRESS
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon