IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., <br><br>     Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC. <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-1264-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed, by and among the parties hereto, and subject to the approval of the Court, that the deadline for opening expert reports on issues for which the parties have the burden of proof shall be extended to Friday, February 3, 2006. The deadline for rebuttal expert reports and all remaining dates in the Scheduling Order, as amended, will remain the same.


| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Monté T. Squire* |
| Steven J. Balick (I.D. #2114) <br> John G. Day (I.D. # 2403) <br> Tiffany Geyer Lydon (I.D. #3950) <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1150 <br> Wilmington, DE  19899 <br> (302) 654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br> tlydon@ashby-geddes.com | Josy W. Ingersoll (I.D. #1088) <br> John W. Shaw (I.D. #3362) <br> Monté T. Squire (I.D. #4764) <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE  19899 <br> (302) 984-6000 <br> jingersoll@ycst.com <br> jshaw@ycst.com <br> msquire@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Amazon.com, and Amazon Services, Inc.* |

BOUCHARD MARGULES & FRIEDLANDER, P.A.

*/s/ John M. Seaman*

_____
David J. Margules (I.D. #2254)
John M. Seaman (I.D. #3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
(302) 573-3500
dmargules@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Defendant Overstock.com, Inc.*


    SO ORDERED this _____ day of _____, 2006

                                                  _____
                                                  Chief Judge

165998.1