IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION, AND TUCOWS INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON SERVICES, INC., and OVERSTOCK.COM, INC. <br><br> Defendants. | C.A. No. 04-1264-SLR |

**STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER
TO EXTEND FACT DISCOVERY FOR THE LIMITED PURPOSE OF
COMPLETING THIRD-PARTY DISCOVERY OF LINKSHARE CORPORATION**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Scheduling Order entered on December 15, 2004 (D.I. 41), as amended March 31, 2005 (D.I. 116), September 30, 2005 (D.I. 215), and January 4, 2006 (D.I. 349) shall be further amended as indicated below. The requested modification impacts only events that are between the parties and does not require Court involvement.

- Fact discovery shall be extended to **February 24, 2006** [Paragraph (2)(b)] for the limited purpose of completing third-party discovery of Linkshare Corporation ("Linkshare"). Linkshare agrees to produce documents by **February 17, 2006**.

- The extension to complete discovery from Linkshare shall not affect the deadlines in place for opening and rebuttal expert reports.

The remaining provisions of the Scheduling Order entered on December 15, 2004 (D.I. 41), as amended March 31, 2005 (D.I. 116), September 30, 2005 (D.I. 215), and January 4, 2006 (D.I. 349) shall remain in effect.

| | |
|---|---|
| ASHBY & GEDDES | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
| /s/ John G. Day | /s/ Karen E. Keller |
| Steven J. Balick (I.D. #2114)<br>John D. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1150<br>Wilmington DE 19899<br>Telephone: (302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com | John W. Shaw (I.D. #3352)<br>Karen E. Keller (I.D. #4489)<br>The Brandywine Building<br>P.O. Box 391<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>jshaw@yest.com<br>kkeller@ycst.com |
| *Attorneys for Plaintiffs, BTG International Inc., Infonautics Corporation, and Tucows Inc.* | *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.* |
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | MORRIS, JAMES, HITCHINS & WILLIAMS LLP |
| /s/ John M. Seaman | /s/ Richard K. Herrmann |
| David J. Margules (I.D. #2254)<br>John M. Seaman (I.D. #3868)<br>222 Delaware Ave., Suite 1400<br>Wilmington DE 19801<br>Telephone: (302) 573-3550<br>dmargules@bmf-law.com<br>jseaman@bmf-law.com | Richard K. Herrmann (I.D. # 405)<br>222 Delaware Ave, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>rherrmann@morrisjames.com |
| *Attorneys for Defendant Overstock.com, Inc.* | *Attorney for Third Party Linkshare Corporation* |

Dated: January 27, 2006

**SO ORDERED** this _____ day of January, 2006.

_____
Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
   *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

John W. Shaw, Esquire [jshaw@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
   *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

I further certify that on January 27, 2006, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and that a copy was served on the following non-registered participants by e-mail:

Niall A. MacLeod, Esquire [NAMacLeod@rkmc.com]
Michael A. Collyard, Esquire [MACollyard@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
   *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

Kristin L. Cleveland, Esquire [kristin.cleveland@klarquist.com]
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
   *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

Richard K. Herrmann, Esquire [rherrmann@morrisjames.com]
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue
10th Floor
Wilmington, DE 19801
 *Attorneys for Third Party Linkshare Corporation*

                                                BOUCHARD MARGULES & FRIEDLANDER, P.A.

                                                      */s/ John M. Seaman*
Dated: January 27, 2006                          _____
                                           David J. Margules (#2254) [dmargules@bmf-law.com]
                                           John M. Seaman (#3868) [jseaman@bmf-law.com]
                                           222 Delaware Avenue, Suite 1400
                                           Wilmington, Delaware 19801
                                           (302) 573-3500
                                             *Attorneys for Defendant Overstock.com, Inc.*