IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERT REPORTS BETWEEN BTG INT'L INC. AND AMAZON.COM, INC.

WHEREAS, the Scheduling Order entered on December 15, 2004 (D.I. 41) as amended March 31, 2005 (D.I. 116), September 30, 2005 (D.I. 215), and January 4, 2006 (D.I. 349) requires that the parties serve Expert Reports on issues for which each party has the burden of proof by February 3, 2006.

Plaintiff, BTG International Inc. and defendant, Amazon.com, Inc. would like to stipulate to an extension of the aforementioned deadline, and to file this stipulation before the current deadline has passed. The requested extension only impacts events that are between plaintiff, BTG International Inc. and defendant, Amazon.com, Inc.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, Plaintiff-BTG International Inc. and Defendant-Amazon.com, Inc. stipulate through their respective counsel as follows:

1.  Upon entry of this stipulated order by the Court, the deadline by which plaintiff, BTG International Inc. and defendant, Amazon.com, Inc. may serve Expert Reports on issues for which each party has the burden of proof is extended through and including February 13, 2006.

IT IS SO STIPULATED.

DATED: February 3, 2006

By: /s/ John D. Day
    Steven J. Balick (ID #2114)
    John D. Day (ID #2403)
    ASHBY & GEDDES
    222 Delaware Ave., 17th Floor
    P.O. Box 1150
    Wilmington Del. 19899
    Telephone: (302) 654-1888
    sbalick@ashby-geddes.com

*Attorneys for Plaintiff BTG International Inc., Infonautics Corporation and Tucows Inc.*

By: _____
    John W. Shaw (ID #3362)
    Karen E. Keller (ID #4489)
    Monté T. Squire (ID #4764)
    YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801
    Telephone: (302) 571-6600
    msquire@ycst.com

*Attorneys for Defendants Amazon.com and Amazon Services, Inc.*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on February 3, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

John M. Seaman, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

I further certify that copies of the foregoing document were served by hand delivery on the above-listed counsel and on the following counsel in the manner indicated:

**BY CM/ECF & EMAIL**

Glenn A. Ballard, Jr., Esquire
John F. Luman, III, Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Ronald J. Schutz, Esquire
Niall A. MacLeod, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com