IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL, INC., | § | |
| INFONAUTICS CORPORATION, | § | |
| and TUCOWS INC., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | C.A. No. 04-1264-SLR |
| | § | |
| AMAZON.COM, INC., AMAZON | § | |
| SERVICES, INC., NETFLIX, INC., | § | |
| BARNESANDNOBLE.COM, INC., | § | |
| BARNESANDNOBLE.COM LLC, and | § | |
| OVERSTOCK.COM, INC. | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on February 3, 2006, copies of the following

documents:

*Expert Report of Dr. Ward A. Hanson Regarding U.S. Patent No. 5,717,869;*

*Expert Report of Douglas Ahlers Regarding U.S. Patent No. 5,717,869; and*

*Expert Report of Dr. Roy T. Fielding Regarding Invalidity of U.S. Patent No. 5,717,869*

were served on the following counsel of record in the manner indicated below:

### By E-mail

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
Tiffany Lydon, Esquire [tlydon@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
*Attorneys for Plaintiff, BTG International, Inc.*

Niall A. MacLeod, Esquire [NAMacLeod@rkmc.com]
Michael A. Collyard, Esquire [MACollyard@rkmc.com]
Stephanie L. Adamany, Esquire [SLAdamany@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
  *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation and Tucows Inc.*

Kristin L. Cleveland, Esquire [kristin.cleveland@klarquist.com]
Jeffrey Love, Esquire [Jeffrey.love@klarquist.com]
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
  *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

*/s/ John M. Seaman*

Dated: February 6, 2006

_____
David J. Margules (#2254) [dmargules@bmf-law.com]
John M. Seaman (#3868) [jseaman@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
  *Attorneys for Defendant Overstock.com, Inc.*

OF COUNSEL:

Glenn A. Ballard, Jr.
John F. Luman, III
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781
(713) 223-2300

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2006, I caused the foregoing document to be

electronically filed with the Clerk of Court using CM/ECF, which will send notification of such

filing to the following:

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
  *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

John W. Shaw, Esquire [jshaw@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
  *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

I further certify that on February 6, 2006, I caused a copy of the foregoing document to

be served by e-mail on the above-listed counsel, and that a copy was served on the following

non-registered participants by e-mail:

Niall A. MacLeod, Esquire [NAMacLeod@rkmc.com]
Michael A. Collyard, Esquire [MACollyard@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
  *Attorneys for Plaintiffs, BTG International, Inc., Infonautics Corporation, and Tucows Inc.*

Kristin L. Cleveland, Esquire [kristin.cleveland@klarquist.com]
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
  *Attorneys for Defendants Amazon.com, Inc. and Amazon Services, Inc.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

*/s/ John M. Seaman*

Dated: February 6, 2006

David J. Margules (#2254) [dmargules@bmf-law.com]
John M. Seaman (#3868) [jseaman@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500
*Attorneys for Defendant Overstock.com, Inc.*