IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

### STIPULATION AND ORDER TO EXTEND DEADLINES FOR EXPERT REPORTS, SUPPLEMENTATION OF INTERROGATORY ANSWERS, REBUTTAL EXPERT REPORTS, AND EXPERT DISCOVERY BETWEEN BTG INT'L INC. AND AMAZON.COM, INC.

WHEREAS plaintiff BTG International Inc. and defendant Amazon.com, Inc, have agreed in principle to settle their dispute, pending the completion of the necessary settlement documentation; and

WHEREAS the parties wish to avoid needless effort by the Court or the parties; and

WHEREAS the Scheduling Order requires that the parties serve Supplementation of Interrogatory Answers by February 15, 2006 and Rebuttal Expert Reports by February 23, 2006, and conclude Expert Discovery by March 7, 2006; the requested extension only impacts events that are between plaintiff, BTG International Inc. and defendant, Amazon.com, Inc.;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1. The deadline by which plaintiff BTG International Inc. and defendant Amazon.com, Inc. shall serve Expert Reports on issues for which each party has the burden of proof is extended through and including February 20, 2006.

2. The deadline by which plaintiff BTG International Inc. and defendant Amazon.com, Inc. shall serve Supplementation of Interrogatory Answers is extended through and including February 22, 2006.

3. The deadline by which plaintiff BTG International Inc. and defendant Amazon.com, Inc. shall serve Rebuttal Expert Reports is extended through and including March 3, 2006.

4. The deadline by which plaintiff BTG International Inc. and defendant Amazon.com, Inc. shall conclude Expert Discovery is extended through and including March 10, 2006.

ASHBY & GEDDES

By: /s/ John D. Day
   Steven J. Balick (ID #2114)
   John D. Day (ID #2403)
   222 Delaware Ave., 17th Floor
   P.O. Box 1150
   Wilmington Del. 19899
   Telephone: (302) 654-1888
   sbalick@ashby-geddes.com
   jday@ashby-geddes.com
   *Attorneys for Plaintiffs*

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

By: /s/ Monté T. Squire
   John W. Shaw (ID #3362)
   Karen E. Keller (ID #4489)
   Monté T. Squire (ID #4764)
   The Brandywine Building
   1000 West Street, 17th Floor
   Wilmington, DE 19801
   Telephone: (302) 571-6600
   kkeller@ycst.com
   *Attorneys for Defendants Amazon.com and Amazon Services, Inc.*

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on February 13, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

John M. Seaman, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

I further certify that copies of the foregoing document were served by hand delivery on the above-listed counsel and on the following counsel in the manner indicated:

**BY ELECTRONIC MAIL**

Glenn A. Ballard, Jr., Esquire
John F. Luman, III, Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Ronald J. Schutz, Esquire
Niall A. MacLeod, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

/s/ Monté T. Squire
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com