IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC.,<br>INFONAUTICS CORPORATION AND<br>TUCOWS INC. | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON<br>SERVICES, INC., AND<br>OVERSTOCK.COM, INC. | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## STIPULATED ORDER EXTENDING FACT DISCOVERY FOR THE LIMITED PURPOSE OF COMPLETING DISCOVERY OF LINKSHARE CORPORATION

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the

Court, that fact discovery shall be extended to March 3, 2006 for the limited purpose of

completing discovery of third-party Linkshare Corporation.  The remaining provisions of the

Scheduling Order, as amended, shall remain in full force and effect.

ASHBY & GEDDES                                    YOUNG CONAWAY STARGATT &
                                                                          TAYLOR


*/s/ John G. Day*                                    */s/ Monté T. Squire*
_____          _____
Steven J. Balick (I.D. #2114)                 Josy W. Ingersoll (I.D. #1088)
John G. Day (I.D. # 2403)                      John W. Shaw (I.D. #3362)
Tiffany Geyer Lydon (I.D. #3950)         Monté T. Squire (I.D. #4764)
222 Delaware Avenue, 17th Floor        1000 West Street, 17th Floor
P.O. Box 1150                                        P.O. Box 391
Wilmington, DE  19899                        Wilmington, DE  19899
(302) 654-1888                                      (302) 984-6000
sbalick@ashby-geddes.com                 jingersoll@ycst.com
jday@ashby-geddes.com                     jshaw@ycst.com
tlydon@ashby-geddes.com                  msquire@ycst.com

*Attorneys for Plaintiffs*                         *Attorneys for Defendants Amazon.com,*
                                                              *and Amazon Services, Inc.*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

*/s/ John M. Seaman*

David J. Margules (I.D. #2254)
John M. Seaman (I.D. #3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
(302) 573-3500
dmargules@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Defendant Overstock.com, Inc.*


SO ORDERED this _____ day of _____, 2006


_____
Chief Judge

166625.1