IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND DEADLINES FOR EXPERT REPORTS, SUPPLEMENTATION OF INTERROGATORY ANSWERS, REBUTTAL EXPERT REPORTS, AND EXPERT DISCOVERY BETWEEN BTG INT'L INC. AND AMAZON.COM, INC.**

WHEREAS plaintiff BTG International Inc. and defendant Amazon.com, Inc, have agreed in principle to settle their dispute, pending the completion of the necessary settlement documentation; and

WHEREAS the parties wish to avoid needless effort by the Court or the parties; and

WHEREAS the Scheduling Order requires that the parties serve Opening Expert Reports by February 20, 2006, Supplementation of Interrogatory Answers by February 22, 2006, Rebuttal Expert Reports by March 3, 2006, and conclude Expert Discovery by March 10, 2006; and the requested extension only impacts events that are between plaintiff, BTG International Inc. and defendant, Amazon.com, Inc.;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to the approval and order of the Court, that:

1.  The deadline by which plaintiff BTG International Inc. and defendant Amazon.com, Inc. shall serve Expert Reports on issues for which each party has the burden of proof is extended through and including February 27, 2006.

2.  The deadline by which plaintiff BTG International Inc. and defendant Amazon.com, Inc. shall serve Supplementation of Interrogatory Answers is extended through and including February 27, 2006.

3.  The deadline by which plaintiff BTG International Inc. and defendant Amazon.com, Inc. shall serve Rebuttal Expert Reports is extended through and including March 6, 2006.

4.  The deadline by which plaintiff BTG International Inc. and defendant Amazon.com, Inc. shall conclude Expert Discovery is extended through and including March 13, 2006.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| By: /s/ John D. Day | By: _____ |
| Steven J. Balick (ID #2114) | John W. Shaw (ID #3362) |
| John D. Day (ID #2403) | Karen E. Keller (ID #4489) |
| 222 Delaware Ave., 17th Floor | Monté T. Squire (ID #4764) |
| P.O. Box 1150 | The Brandywine Building |
| Wilmington Del. 19899 | 1000 West Street, 17th Floor |
| Telephone: (302) 654-1888 | Wilmington, DE 19801 |
| sbalick@ashby-geddes.com | Telephone: (302) 571-6600 |
| jday@ashby-geddes.com | msquire@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Amazon.com and Amazon Services, Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge