IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC. <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-1264-SLR |

### DEFENDANT AMAZON.COM, INC.'S MOTION TO EXTEND DEADLINES FOR EXPERT REPORTS AND SUPPLEMENTATION OF INTERROGATORY ANSWERS

Defendant Amazon.com, Inc. hereby requests for an extension of the deadline by which defendant shall serve Expert Reports on issues for which the defendant has the burden of proof through March 2, 2006, and the deadline by which defendant shall serve Supplementation of Interrogatory Answers through March 2, 2006. Defendant Amazon.com, Inc. makes this request for the following reasons:

1. The parties have agreed in principle to settle their dispute, pending the completion of the necessary settlement documentation.

2. The parties wish to avoid needless effort by the Court.

3. The Scheduling Order requires that the parties serve Opening Expert Reports and Supplementation of Interrogatory Answers by February 27, 2006, and the requested extension only impacts events that are between plaintiff, BTG International Inc. and defendant, Amazon.com, Inc..

4. Counsel for defendant Amazon.com, Inc. has made reasonable effort, but has failed to reach agreement with opposing counsel prior to the above-mentioned deadlines.

5. Counsel for defendant Amazon.com, Inc. certifies that a copy of this request has been sent to the client, Amazon.com, Inc.

WHEREFORE, defendant Amazon.com, Inc. respectfully requests the Court to grant its motion and to enter an order in the form attached hereto.

                      YOUNG CONAWAY
                        STARGATT& TAYLOR, LLP

                      /s/ _____
                      John W. Shaw (ID #3362)
                      Karen E. Keller (ID #4489)
                      Monté T. Squire (ID #4764)
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, DE 19801
                      Telephone: (302) 571-6600
                      msquire@ycst.com
                      *Attorneys for Defendants Amazon.com*
                      *and Amazon Services, Inc.*

OF COUNSEL:

Kristin L. Cleveland, Esquire
Jeffrey S. Love, Esquire
James E. Geringer, Esquire
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
(503) 595-5300

Dated: February 27, 2006

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on February 27, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

John M. Seaman, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

I further certify that copies of the foregoing document were served by hand delivery on the above-listed counsel and on the following counsel in the manner indicated:

**BY ELECTRONIC MAIL**

Glenn A. Ballard, Jr., Esquire
John F. Luman, III, Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Ronald J. Schutz, Esquire
Niall A. MacLeod, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com