IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC.<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>AMAZON.COM, INC., AMAZON SERVICES, INC., AND OVERSTOCK.COM, INC.<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 04-1264-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

At Wilmington this ___ day of _____, 2006, having considered Defendant Amazon.com, Inc.'s motion for an extension of the deadline to serve Expert Reports and the deadline to serve Supplementation of Interrogatory Answers,

IT IS HEREBY ORDERED that the deadline by which defendant Amazon.com, Inc. shall serve Expert Reports on issues for which it has the burden of proof be extended through and including March 2, 2006, and the deadline by which defendant Amazon.com, Inc. shall serve Supplementation of Interrogatory Answers be extended through and including March 2, 2006.

_____
Chief Judge