IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1264-SLR |
| AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC., BARNESANDNOBLE.COM LLC, AND OVERSTOCK.COM, INC. | ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs BTG International Inc., Infonautics Corporation and Tucows Inc. (collectively "Plaintiffs") and Defendants Amazon.com, Inc. and Amazon Services, Inc. ("Amazon"), having entered into a Confidential Release and Settlement Agreement (the "Settlement Agreement") dated February 27, 2006 settling the above-captioned action (the "Action") as between Plaintiffs and Amazon, hereby stipulate and agree to the dismissal with prejudice of all of Plaintiffs' claims against Amazon claimed in the Action and to the dismissal without prejudice as moot of all of Amazon's counterclaims against Plaintiffs claimed in the Action, with each party to bear its own attorneys' fees and costs. The parties hereby stipulate and agree that until payment of the nonrefundable license fee is satisfied, the United States District Court for the District of Delaware shall retain jurisdiction over the Action for all purposes pertaining to the execution, performance, and enforcement of the terms and conditions set forth in the Settlement Agreement.

ASHBY & GEDDES

Young, Conaway, Stargatt & Taylor, LLP

*/s/ Steven J. Balick*

*/s/ John W. Shaw*

_____

_____

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

John W. Shaw (I.D. # 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801
(302) 571-6689
jshaw@ycst.com

*Attorneys for Plaintiffs*

*Attorneys for Defendants Amazon.com, Inc.
and Amazon Services, Inc.*

SO ORDERED this _____ day of _____, 2006.


_____
Chief Judge

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on March 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire                      John M. Seaman, Esquire
John G. Day, Esquire                           Bouchard Margules & Friedlander, P.A.
Ashby & Geddes                                 222 Delaware Avenue, Suite 1400
222 Delaware Avenue, 17th Floor                Wilmington, DE 19801
Wilmington, DE 19801

I further certify that copies of the foregoing document were served by hand delivery on the above-listed counsel and on the following counsel in the manner indicated:

### BY ELECTRONIC MAIL

Glenn A. Ballard, Jr., Esquire
John F. Luman, III, Esquire
Bracewell & Giuliani LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

Ronald J. Schutz, Esquire
Niall A. MacLeod, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com