IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., | ) | |
| INFONAUTICS CORPORATION, AND | ) | |
| TUCOWS INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 04-1264-SLR |
| v. | ) | |
| | ) | |
| OVERSTOCK.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED ORDER**

WHEREAS, Overstock.com, Inc. ("Overstock") is the only remaining defendant in the above case;

WHEREAS, all plaintiffs and Overstock have reached a settlement agreement and are in the process of preparing mutually acceptable documentation, after the execution of which they will stipulate to the dismissal of this action;

WHEREAS, numerous court deadlines are approaching in the days and weeks ahead, and in light of the settlement, the parties agree that it would be wasteful for them to expend resources complying with those deadlines; now therefore,

IT IS HEREBY STIPULATED and agreed, subject to the approval and order of the Court, that all remaining case deadlines in this action are suspended, in anticipation of the filing of a stipulation of dismissal, and that the parties shall submit a joint status report to the Court regarding the progress of the settlement within 30 days of the entry of this order if a stipulation of dismissal has not yet been filed.

| ASHBY & GEDDES | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|
| /s/ Steven J. Balick | /s/ John M. Seaman |
| Steven J. Balick (I.D. # 2114) | David J. Margules (I.D. #2254) |
| John G. Day (I.D. # 2403) | John M. Seaman (I.D. #3868) |
| Tiffany Geyer Lydon (I.D. #3950) | 222 Delaware Avenue, Suite 1400 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE  19801 |
| P.O. Box 1150 | 302-573-3500 |
| Wilmington, DE  19801 | |
| 302-654-1888 | *Attorneys for Defendant Overstock.com, Inc.* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge

167586.1