IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BTG INTERNATIONAL INC., | ) | |
| INFONAUTICS CORPORATION, AND | ) | |
| TUCOWS INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 04-1264-SLR |
| v. | ) | |
| | ) | |
| OVERSTOCK.COM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT AND STIPULATED ORDER**

WHEREAS, plaintiffs (collectively, "BTG") and the only remaining defendant in the above case, Overstock.com, Inc. ("Overstock"), have reached a settlement agreement;

WHEREAS, by stipulated order entered on March 15, 2006 (D.I. 402) (the "March Order"), the Court suspended all remaining case deadlines in order to permit BTG and Overstock to devote their resources to documenting their settlement rather than continuing to litigate against each other;

WHEREAS, the March Order provided that the parties were to submit a joint status report 30 days after its entry if a stipulation of dismissal had not yet been filed; and

WHEREAS, the parties are continuing to work through and document the details of their settlement, and although the process has been a time-consuming one, they continue to consider themselves on track to finalizing their agreement and expect to be in a position to file a stipulation of dismissal within the next 3-4 weeks; now therefore,

IT IS HEREBY STIPULATED and agreed, subject to the approval and order of the

Court, that the parties shall submit another joint status report to the Court regarding the progress

of the settlement within 30 days of the entry of this order if a stipulation of dismissal has not yet

been filed.


ASHBY & GEDDES

/s/ Steven J. Balick

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19801
302-654-1888

*Attorneys for Plaintiffs*

BOUCHARD MARGULES &
FRIEDLANDER, P.A.

/s/ John M. Seaman

_____
David J. Margules (I.D. #2254)
John M. Seaman (I.D. #3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
302-573-3500

*Attorneys for Defendant Overstock.com, Inc.*


SO ORDERED this _____ day of _____, 2006.


_____
Chief Judge

168561.1