IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., )<br>INFONAUTICS CORPORATION, AND )<br>TUCOWS INC., )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>OVERSTOCK.COM, INC., )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants. ) | C.A. No. 04-1264-SLR |

## **JOINT STATUS REPORT AND STIPULATED ORDER**

WHEREAS, plaintiffs (collectively, "BTG") and the only remaining defendant in the above case, Overstock.com, Inc. ("Overstock"), have reached a settlement agreement;

WHEREAS, by stipulated order entered on March 15, 2006 (D.I. 402), the Court suspended all remaining case deadlines in order to permit BTG and Overstock to devote their resources to documenting their settlement rather than continuing to litigate against each other, and the Court further provided that the parties were to submit a joint status report in 30 days if a stipulation of dismissal had not yet been filed;

WHEREAS, by stipulated order entered on April 18, 2006, the Court provided for a second 30-day period after which the parties again were to report on their status if a stipulation of dismissal had not yet been filed; and

WHEREAS, after substantial progress in attempting to document the details of their settlement, a dispute over a few remaining terms has arisen which the parties have not yet been able to resolve, but which they are continuing to work to resolve; and

WHEREAS, by or before the passage of another 30-day period, the parties anticipate either resolving their dispute and dismissing this action or reporting to the Court that they are at an impasse and ready to pursue the next appropriate steps; now therefore,

IT IS HEREBY STIPULATED and agreed, subject to the approval and order of the Court, that the parties shall submit another joint status report to the Court regarding the progress of the settlement within 30 days of the entry of this order if a stipulation of dismissal has not yet been filed.

| ASHBY & GEDDES | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|
| */s/ Steven J. Balick* | */s/ John M. Seaman* |
| Steven J. Balick (I.D. # 2114) | David J. Margules (I.D. #2254) |
| John G. Day (I.D. # 2403) | John M. Seaman (I.D. #3868) |
| Tiffany Geyer Lydon (I.D. #3950) | 222 Delaware Avenue, Suite 1400 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE 19801 |
| P.O. Box 1150 | 302-573-3500 |
| Wilmington, DE 19801 | |
| 302-654-1888 | *Attorneys for Defendant Overstock.com, Inc.* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge

169491.1