IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION, AND TUCOWS INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| OVERSTOCK.COM, INC., | ) ) |
| Defendants. | ) |

C.A. No. 04-1264-SLR

**JOINT STATUS REPORT AND STIPULATED ORDER**

WHEREAS plaintiffs (collectively, "BTG") and the only remaining defendant in the above case, Overstock.com, Inc. ("Overstock"), have reached a settlement agreement;

WHEREAS, after substantial progress in attempting to document the details of their settlement, the parties are continuing to work toward resolving the last remaining issue; and

WHEREAS the parties anticipate either resolving their dispute and dismissing this action within the next 14 days or reporting to the Court that they are at an impasse and ready to pursue the next appropriate steps; now therefore,

IT IS HEREBY STIPULATED and agreed, subject to the approval and order of the Court, that the parties shall submit another joint status report to the Court regarding the progress of the settlement within 14 days of the entry of this order if a stipulation of dismissal has not yet been filed.

| ASHBY & GEDDES | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|
| /s/ John G. Day | /s/ David J. Margules |
| Steven J. Balick (I.D. # 2114)<br>John G. Day (I.D. # 2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE  19801<br>302-654-1888 | David J. Margules (I.D. #2254)<br>John M. Seaman (I.D. #3868)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801<br>302-573-3500<br><br>*Attorneys for Defendant Overstock.com, Inc.* |
| *Attorneys for Plaintiffs* | |

        SO ORDERED this _____ day of _____, 2006.

        _____
        Chief Judge

170511.1