IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BTG INTERNATIONAL INC., INFONAUTICS CORPORATION AND TUCOWS INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON SERVICES, INC., NETFLIX, INC., BARNESANDNOBLE.COM INC., BARNESANDNOBLE.COM LLC, AND OVERSTOCK.COM, INC. <br><br> Defendants. | C.A. No. 04-1264-SLR |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs BTG International Inc., Infonautics Corporation and Tucows Inc. (collectively "Plaintiffs") and Defendant Overstock.com Inc. ("Overstock"), having entered into a Confidential Covenant Not To Sue And Settlement Agreement (the "Settlement Agreement") dated June 30, 2006 settling the above-captioned action (the "Action") as between Plaintiffs and Overstock, hereby stipulate and agree to the dismissal with prejudice of all of Plaintiffs' claims against Overstock and all of Overstock's counterclaims against Plaintiffs claimed in the Action, with each party to bear their own attorneys' fees and costs.

| ASHBY & GEDDES | BOUCHARD, MARGULES & FRIEDLANDER |
|---|---|
| */s/ John G. Day* | */s/ John M. Seaman* |
| Steven J. Balick (I.D. #2114) | David J. Margules (I.D. #2254) |
| John G. Day (I.D. #2403) | John M. Seaman (I.D. #3868) |
| Tiffany Geyer Lydon (I.D. #3950) | 222 Delaware Avenue, Suite 1400 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE 19801 |
| Wilmington, E 19801 | 302-573-3500 |
| 302-654-1888 | dmargules@bmf-law.com |
| sbalick@ashby-geddes.com | jseaman@bmf-law.com |
| jday@ashby-geddes.com | *Attorneys for Defendant Overstock.com Inc.* |
| tlydon@ashby-geddes.com | |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of _____, 2006.

_____
Chief Judge

171066.1