REVIEWED
By Larisha Davis at 10:20 am, Jun 25, 2007

CLOSED, PATENT

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01264-SLR
### Internal Use Only

| | |
|---|---|
| BTG Intl Inc. v. Amazon.com Inc., et al | Date Filed: 09/14/2004 |
| Assigned to: Honorable Sue L. Robinson | Date Terminated: 07/12/2006 |
| Demand: $0 | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

BTG International Inc.    represented by    **John G. Day**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: jday@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Balick**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: sbalick@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Collyard**
Pro Hac Vice
Email: macollyard@rkmc.com
*ATTORNEY TO BE NOTICED*

**Niall A. MacLeod**
Pro Hac Vice
Email: namacleod@rkmc.com
*ATTORNEY TO BE NOTICED*

**Stephanie L. Adamany**
Pro Hac Vice
Email: sladamany@rkmc.com
*ATTORNEY TO BE NOTICED*

|   |   |
|---|---|
|   | **Tiffany Geyer Lydon**<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>Email: tlydon@ashby-geddes.com<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |   |
| **Infonautics Corporation** represented by | **John G. Day**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **Tiffany Geyer Lydon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |   |
| **Tucows Inc.** represented by | **John G. Day**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   | **Tiffany Geyer Lydon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | |
|---|---|
| **Amazon.com Inc.**<br>*TERMINATED: 03/09/2006* represented by | **John W. Shaw**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>Email: jshaw@ycst.com<br>*TERMINATED: 03/09/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Karen Elizabeth Keller**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor |

        P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: kkeller@ycst.com
*TERMINATED: 03/09/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Christopher Mandalas**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*TERMINATED: 08/26/2005*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Love**
Pro Hac Vice
Email: jeffrey.love@klarquist.com
*TERMINATED: 03/09/2006*
*ATTORNEY TO BE NOTICED*

**Kristin L. Cleveland**
Pro Hac Vice
Email: kristin.cleveland@klarquist.com

*TERMINATED: 03/09/2006*
*ATTORNEY TO BE NOTICED*

**Todd M. Siegel**
Pro Hac Vice
Email: todd.siegel@klarquist.com
*TERMINATED: 03/09/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amazon Services Inc.**                    represented by  **John W. Shaw**
*TERMINATED: 03/09/2006*                                    (See above for address)
                                                                                                  *TERMINATED: 03/09/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Elizabeth Keller**
(See above for address)
*TERMINATED: 03/09/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Glenn Christopher Mandalas**
(See above for address)
*TERMINATED: 08/26/2005*
*ATTORNEY TO BE NOTICED*

        **John G. Day**
(See above for address)
*TERMINATED: 03/09/2006*
*ATTORNEY TO BE NOTICED*

        **Todd M. Siegel**
(See above for address)
*TERMINATED: 03/09/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Netflix Inc.**
*TERMINATED: 08/15/2005*

represented by **Rodger Dallery Smith, II**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: rdsefiling@mnat.com
*TERMINATED: 08/15/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BarnesandNoble.com Inc.**
*TERMINATED: 10/13/2005*

represented by **Steven J. Fineman**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: fineman@rlf.com
*TERMINATED: 10/13/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **John G. Day**
(See above for address)
*TERMINATED: 10/13/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Overstock.com Inc.**

represented by **John M. Seaman**
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400

|  |  |
|---|---|
|  | Wilmington, DE 19801<br>(302) 573-3500<br>Fax: (302) 573-3501<br>Email: jseaman@bmf-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Karen L. Pascale**<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Bldg., 17th Fl.<br>1000 West Street<br>Wilmington, DE 19801<br>302-571-6600<br>Email: kpascale@ycst.com<br>*TERMINATED: 01/04/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Glenn A. Ballard**<br>Pro Hac Vice<br>Email: glenn.ballard@bracewellgiuliani.com<br>*ATTORNEY TO BE NOTICED*<br><br>**John F. Luman, III**<br>Pro Hac Vice<br>Email: john.luman@bracewellgiuliani.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **BarnesandNoble.com LLC**<br>*TERMINATED: 10/13/2005* | represented by | **John G. Day**<br>(See above for address)<br>*TERMINATED: 10/13/2005*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Overstock.com Inc.** | represented by | **Karen L. Pascale**<br>(See above for address)<br>*TERMINATED: 01/04/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **BTG International Inc.** | represented by | **Steven J. Balick**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Amazon.com Inc.**  represented by **John W. Shaw**
*TERMINATED: 03/09/2006*          (See above for address)
                                  *TERMINATED: 03/09/2006*
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Amazon Services Inc.**  represented by **John W. Shaw**
*TERMINATED: 03/09/2006*          (See above for address)
                                  *TERMINATED: 03/09/2006*
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**BTG International Inc.**  represented by **Steven J. Balick**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**BarnesandNoble.com Inc.**  represented by **Steven J. Fineman**
*TERMINATED: 10/13/2005*          (See above for address)
                                  *TERMINATED: 10/13/2005*
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**BTG International Inc.**  represented by **Steven J. Balick**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Netflix Inc.**  represented by **Rodger Dallery Smith, II**
*TERMINATED: 08/15/2005*          (See above for address)
                                  *TERMINATED: 08/15/2005*
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **BTG International Inc.** | represented by | **Steven J. Balick** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Amazon.com Inc.** *TERMINATED: 03/09/2006* | represented by | **Karen Elizabeth Keller** (See above for address) *TERMINATED: 03/09/2006* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Amazon Services Inc.** *TERMINATED: 03/09/2006* | represented by | **Karen Elizabeth Keller** (See above for address) *TERMINATED: 03/09/2006* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

**BTG International Inc.**

**Counter Defendant**

**Infonautics Corporation**

**Counter Defendant**

**Tucows Inc.**

**Counter Claimant**

**BarnesandNoble.com Inc.**
*TERMINATED: 10/13/2005*

**Counter Claimant**

| | | |
|---|---|---|
| **BarnesandNoble.com LLC** *TERMINATED: 10/13/2005* | represented by | **Steven J. Fineman** (See above for address) *TERMINATED: 10/13/2005* *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

**BTG International Inc.**

**Counter Claimant**

**Overstock.com Inc.**

| | | | |
|---|---|---|---|
| 01/27/2005 | | 83 | CERTIFICATE OF SERVICE by Netflix Inc. re discovery (fmt) (Entered: 01/28/2005) |
| 02/01/2005 | | | Evidentiary hearing held; Judge Robinson presiding; Court Rptr. V. Gunning present; re: protective order dispute (fmt) (Entered: 02/01/2005) |
| 02/02/2005 | | 84 | NOTICE of Subpoena by Netflix Inc.; subpoena has been served on Tucows, Inc. (fmt) (Entered: 02/02/2005) |
| 02/04/2005 | VOID | 85 | Steno Notes for 2/1/05 Hearing; Judge Robinson presiding; Court Rptr. V. Gunning (fmt) (Entered: 02/04/2005) |
| 02/04/2005 | | 86 | CERTIFICATE OF SERVICE by Overstock.com Inc. re 1st set of interrogs (fmt) (Entered: 02/04/2005) |
| 02/04/2005 | | 87 | TRANSCRIPT filed [0-0] evidentiary hearing for dates of 2/1/05; Judge Robinson presiding; crt. rptr. V. Gunning. (rld) (Entered: 02/07/2005) |
| 02/18/2005 | | 88 | NOTICE OF SERVICE of objs and responses to 1st set of interrogs by Overstock.com Inc..(fmt, ) (Entered: 02/23/2005) |
| 02/22/2005 | | 89 | NOTICE OF SERVICE of objs and responses to 1st set of reqs for docs and things by Overstock.com Inc..(fmt, ) (Entered: 02/23/2005) |
| 02/25/2005 | | 90 | NOTICE OF SERVICE of response to 1st set of interrogs and responses to 1st set of reqs for prod of docs and things by Netflix Inc..(fmt, ) (Entered: 02/25/2005) |
| 03/01/2005 | | 91 | NOTICE OF SERVICE of (1) Defendants Amazon.com, Inc.?s and Amazon Services, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories and (2) Defendant Amazon.com, Inc.'s Responses to Plaintiff's First Set of Requests for Documents and Things (Nos. 1-100) re [66] Certificate of Service, [75] Certificate of Service by Amazon.com Inc., Amazon Services Inc.. Related document: [66] Certificate of Service filed by BTG International Inc.,, [75] Certificate of Service filed by BTG International Inc.,.(Keller, Karen) (Entered: 03/01/2005) |
| 03/03/2005 | | 92 | NOTICE OF SERVICE of Plaintiff BTG International Inc.'s Answers to Defendant Netflix, Inc.'s First Set of Requests for Admission re [83] Certificate of Service by BTG International Inc.. Related document: [83] Certificate of Service filed by Netflix Inc.,.(Day, John) (Entered: 03/03/2005) |
| 03/03/2005 | | 93 | NOTICE OF SERVICE of Plaintiff BTG International Inc.'s ANswers to Defendant Netflix, Inc.'s First Set of Interrogatories re [83] Certificate of Service by BTG International Inc.. Related document: [83] Certificate of Service filed by Netflix Inc.,.(Day, John) (Entered: 03/03/2005) |
| 03/03/2005 | | 94 | NOTICE OF SERVICE of Plaintiff BTG International Inc.'s Answers to Defendant Netflix, Inc.'s First Request for the Production of Documents re [83] Certificate of Service by BTG International Inc.. Related document: [83] Certificate of Service filed by Netflix Inc.,.(Day, John) (Entered: 03/03/2005) |
| | | | |

| | | |
|---|---|---|
| 05/19/2005 | 141 | NOTICE to Take Deposition of Defendant Overstock.com, Inc. on June 2, 2005 at 1:00 p.m. by BTG International Inc..(Day, John) (Entered: 05/19/2005) |
| 05/25/2005 | | (Court only) ***Set Patent Case Flag (rbe, ) (Entered: 05/25/2005) |
| 06/10/2005 | 142 | NOTICE of Subpoena to Edwin Watkeys III and Notice of Deposition by Amazon.com Inc., Amazon Services Inc. (Shaw, John) (Entered: 06/10/2005) |
| 06/13/2005 | | (Court only) ***Deadlines terminated. (rld, ) (Entered: 06/13/2005) |
| 06/14/2005 | 143 | Letter to The Honorable Sue L. Robinson from Karen L. Pascale regarding Issues for Discovery Conference. (Pascale, Karen) (Entered: 06/14/2005) |
| 06/14/2005 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Discovery Conference held on 6/14/2005. (Court Reporter V. Gunning.) (rld, ) (Entered: 06/14/2005) |
| 06/15/2005 | 144 | TRANSCRIPT of Discovery Conf. held on 6/14/05 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt, ) (Entered: 06/15/2005) |
| 06/17/2005 | 145 | NOTICE OF SERVICE of Defendant Amazon.com, Inc.'s Response and Objection to Netflix, Inc.'s First Request for Production of Documents (Nos.1-5) by Amazon.com Inc., Amazon Services Inc..(Shaw, John) (Entered: 06/17/2005) |
| 06/21/2005 | 146 | Letter MEMORANDUM in Support *of Common Interest Doctrine (FILED UNDER SEAL)* filed by BTG International Inc..Answering Brief/Response due date per Local Rules is 7/6/2005. (Day, John) (Entered: 06/21/2005) |
| 06/24/2005 | 147 | SEALED Letter to The Honorable Sue L. Robinson from Karen L. Pascale regarding Defendants' Response to D.I. 146 re 146 MEMORANDUM in Support. (Pascale, Karen) Modified on 6/26/2005 (fmt, ). (Entered: 06/24/2005) |
| 06/24/2005 | 148 | STIPULATION and Proposed Order Regarding Confidentiality by BTG International Inc., Amazon.com Inc., Amazon Services Inc., Netflix Inc., BarnesandNoble.com Inc., Overstock.com Inc.. (Day, John) (Entered: 06/24/2005) |
| 06/27/2005 | 149 | MOTION for Protective Order - filed by BTG International Inc.. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A through E)(Day, John) (Entered: 06/27/2005) |
| 06/28/2005 | | SO ORDERED, re 148 Stipulation re Confidentiality filed by Amazon.com Inc.,, BTG International Inc.,, Amazon Services Inc.,, Netflix Inc.,, BarnesandNoble.com Inc.,, Overstock.com Inc., . Signed by Judge Sue L. Robinson on 6/28/05. (rld, ) (Entered: 06/28/2005) |
| 06/28/2005 | 150 | SEALED REPLY BRIEF *regarding common interest privilege* filed by |

| | | |
|---|---|---|
| | | BTG International Inc.. (Day, John) Modified on 6/28/2005 (fmt, ). (Entered: 06/28/2005) |
| 06/30/2005 | 151 | STIPULATION to amend complaint by BTG International Inc.. (Attachments: # 1 Tab A - Proposed Amended Complaint)(Day, John) (Entered: 06/30/2005) |
| 07/01/2005 | 152 | SEALED RESPONSE to Motion re 149 MOTION for Protective Order filed by Amazon.com Inc., Amazon Services Inc.. (Mandalas, Glenn) (Entered: 07/01/2005) |
| 07/01/2005 | 153 | REDACTED VERSION of 146 MEMORANDUM in Support *of Common Interest Doctrine* by BTG International Inc.. (Attachments: # 1 Exhibit A through C)(Day, John) (Entered: 07/01/2005) |
| 07/01/2005 | 154 | REDACTED VERSION of 150 Reply Brief *regarding common interest privelege* by BTG International Inc.. (Attachments: # 1 Exhibit D through H)(Day, John) (Entered: 07/01/2005) |
| 07/01/2005 | 155 | REDACTED VERSION of 147 Letter *(Letter to Chief Judge Robinson from K. Pascale in response to plaintiff's June 21 letter (D.I. 146))* by Overstock.com Inc.. (Attachments: # 1 Exhibit A-C# 2 Exhibit D-G# 3 Exhibit H-J)(Pascale, Karen) (Entered: 07/01/2005) |
| 07/06/2005 | 156 | REDACTED VERSION of 152 Response to Motion *for Protective Order* by Amazon.com Inc., Amazon Services Inc.. (Attachments: # 1 Certificate of Service)(Mandalas, Glenn) (Entered: 07/06/2005) |
| 07/06/2005 | 157 | ORDER re discovery dispute relating to pltf.'s asserted common interest privilege; by 7/18/05 pltf. must either produce documents exchanged between it and Tucows, or join Tucows to the litigation and all parties shall go back to their privilege logs and more specifically identify attys. who are implicated in all such documents. Signed by Judge Sue L. Robinson on 7/6/05. (rld, ) (Entered: 07/06/2005) |
| 07/06/2005 | | AMENDED COMPLAINT against all defendants- filed by BTG International Inc. per the court's granting D.I. 151 on 7/6/05; SEE Tab A of D.I. 151 for the Amended Complaint.(rld, ) (Entered: 07/07/2005) |
| 07/07/2005 | | SO ORDERED, re 151 Stipulation to amend complaint filed by BTG International Inc. Signed by Judge Sue L. Robinson on 7/6/05. (rld, ) (Entered: 07/07/2005) |
| 07/07/2005 | 158 | NOTICE OF SERVICE of Notices of Deposition and Subpoenas by Amazon.com Inc.. (Attachments: # 1 Exhibit Tabs 1 - 4)(Mandalas, Glenn) (Entered: 07/07/2005) |
| 07/08/2005 | 159 | NOTICE OF SERVICE of Second Set of Interrogatories to Plaintiff Nos. 8-13 by Amazon.com Inc..(Mandalas, Glenn) (Entered: 07/08/2005) |
| 07/08/2005 | 160 | REPLY BRIEF re 149 MOTION for Protective Order filed by BTG International Inc.. (Attachments: # 1 Exhibit F)(Day, John) (Entered: 07/08/2005) |
| | | |

| | | |
|---|---|---|
| | | John) (Entered: 11/10/2005) |
| 11/11/2005 | 290 | NOTICE of Subpoena Directed to Thorsten Joachims by Amazon.com Inc., Amazon Services Inc. (Keller, Karen) (Entered: 11/11/2005) |
| 11/11/2005 | 291 | NOTICE to Take Deposition of Tom Schonhoff on December 16, 2005 by BTG International Inc., Infonautics Corporation, Tucows Inc..(Lydon, Tiffany) (Entered: 11/11/2005) |
| 11/11/2005 | 292 | NOTICE to Take Deposition of Colin Bryar on December 15, 2005 by BTG International Inc., Infonautics Corporation, Tucows Inc..(Lydon, Tiffany) (Entered: 11/11/2005) |
| 11/11/2005 | 293 | NOTICE to Take Deposition of Clark Stephens on December 9, 2005 by BTG International Inc., Infonautics Corporation, Tucows Inc..(Lydon, Tiffany) (Entered: 11/11/2005) |
| 11/11/2005 | 294 | NOTICE to Take Deposition of Doug Greene on December 7, 2005 by BTG International Inc., Infonautics Corporation, Tucows Inc..(Lydon, Tiffany) (Entered: 11/11/2005) |
| 11/11/2005 | 295 | NOTICE to Take Deposition of Shawn Schwegman on December 8, 2005 by BTG International Inc., Infonautics Corporation, Tucows Inc..(Lydon, Tiffany) (Entered: 11/11/2005) |
| 11/14/2005 | | SO ORDERED, re 278 MOTION for Pro Hac Vice Appearance of Attorney Kyle B. Rinehart filed by Amazon.com Inc.,, Amazon Services Inc. Signed by Judge Sue L. Robinson on 11/14/05. (rld, ) (Entered: 11/14/2005) |
| 11/15/2005 | 296 | STIPULATION and Order for Plaintiff BTG to Serve Supplemental Responses on or before November 17, 2005 by BTG International Inc., Amazon.com Inc., Amazon Services Inc., Overstock.com Inc., Infonautics Corporation, Tucows Inc.. (Day, John) (Entered: 11/15/2005) |
| 11/15/2005 | 297 | NOTICE to Take Deposition of Jonathan E. Johnson, III on November 29, 2005 by BTG International Inc., Infonautics Corporation, Tucows Inc..(Maguire, Lauren) (Entered: 11/15/2005) |
| 11/15/2005 | 298 | SEALED Letter to The Honorable Sue L. Robinson from Karen L. Pascale regarding Defendants' Challenges to Plaintiffs' Assertions of Privileged Documents. (Pascale, Karen) Modified on 11/16/2005 (fmt, ). (Entered: 11/15/2005) |
| 11/15/2005 | 299 | Letter to The Honorable Sue L. Robinson from John G. Day regarding privileged documents. (Day, John) Modified on 11/16/2005 (fmt, ). Additional attachment(s) added on 11/28/2005 per D.I. 316 unsealed (fmt, ). Modified on 11/28/2005 (fmt, ). (Entered: 11/15/2005) |
| 11/16/2005 | | SO ORDERED, re 296 Stipulation filed by Amazon.com Inc.,, BTG International Inc.,, Amazon Services Inc.,, Overstock.com Inc.,, Infonautics Corporation,, Tucows Inc., Supplemental response to interrogatories due 11/17/05 at 3:00 p.m. EST. Signed by Judge Sue L. Robinson on 11/16/05. (rld, ) (Entered: 11/16/2005) |
| | | |

| | | |
|---|---|---|
| | | Amazon.com Inc., Amazon Services Inc..(Keller, Karen) (Entered: 12/01/2005) |
| 12/02/2005 | 324 | ORDER re parties' letters re privilege issues: pltf. shall produce Tucow's doc. by 12/19/05; defts. shall identify no more than 12 exemplar doc. for in camera review; by 12/19/05 pltf. shall produce identified doc. for court's in camera review. Signed by Judge Sue L. Robinson on 12/2/05. (rld, ) (Entered: 12/02/2005) |
| 12/02/2005 | 325 | NOTICE OF SERVICE of Plaintiff BTG International Inc.'s Second Supplemental Answer to Defendant Overstock.com, Inc.'s First Set of Interrogatories No. 1 by BTG International Inc., Infonautics Corporation, Tucows Inc..(Lydon, Tiffany) (Entered: 12/02/2005) |
| 12/02/2005 | 326 | NOTICE OF SERVICE of Plaintiff BTG International Inc.'s Supplemental Response to Amazon.com, Inc.'s Interrogatory No. 2 by BTG International Inc., Infonautics Corporation, Tucows Inc..(Lydon, Tiffany) (Entered: 12/02/2005) |
| 12/02/2005 | 327 | NOTICE OF SERVICE of (1) Defendants Amazon.com, Inc.'s and Amazon Services, Inc.'s Supplemental Objections and Responses to Plaintiff's Second Set of Interrogatories (Nos. 9-11) and (2) Defendants Amazon.com, Inc.'s and Amazon Services, Inc.'s Rule 26(E) Second Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories by Amazon.com Inc., Amazon Services Inc..(Keller, Karen) (Entered: 12/02/2005) |
| 12/07/2005 | 328 | SEALED MEMORANDUM in Opposition re 312 MOTION to Quash *Plaintiff BTG's Notice of Deposition of Patrick Byrne and Notice of Deposition of Jonathan E. Johnson, III and Motion for Protection* filed by BTG International Inc., Infonautics Corporation, Tucows Inc..Reply Brief due date per Local Rules is 12/14/2005. (Lydon, Tiffany) (Entered: 12/07/2005) |
| 12/08/2005 | | CORRECTING ENTRY: the second docket entry for the SEALED MEMORANDUM in Opposition re 312 MOTION to Quash Plaintiff BTG's Notice of Deposition of Patrick Byrne and Notice of Deposition of Jonathan E. Johnson, III and Motion for Protection filed by BTG International Inc., Infonautics Corporation, Tucows Incny filed on 12/7/05 has been deleted from the docket; the fully redacted version of D.I. 328 will be filed in 5 business days (fmt, ) (Entered: 12/08/2005) |
| 12/08/2005 | 329 | NOTICE OF SERVICE of PLAINTIFF BTG INTERNATIONAL INC.'S ANSWERS TO DEFENDANT AMAZON.COM, INC.'S FIRST SET OF REQUESTS FOR ADMISSION by Tucows Inc..(Lydon, Tiffany) (Entered: 12/08/2005) |
| 12/08/2005 | 330 | NOTICE of (Notice of Subpoena for BMG Columbia House, Inc.) by Overstock.com Inc. (Margules, David) (Entered: 12/08/2005) |
| 12/08/2005 | 331 | MOTION for Pro Hac Vice Appearance of Attorney Lane M. Chitwood - filed by Amazon.com Inc., Amazon Services Inc.. (Keller, Karen) (Entered: 12/08/2005) |

| | | |
|---|---|---|
| 12/12/2005 | 332 | Letter to The Honorable Sue L. Robinson from David J. Margules regarding Letter Submitted in Connection with Court's December 2, 2005 Order (D.I. 324) - re 324 Order,. (Margules, David) (Entered: 12/12/2005) |
| 12/13/2005 | 333 | REDACTED VERSION of 328 Memorandum in Opposition, *to Defendant Overstock.com, Inc.'s Motion to Quash Plaintiff BTG's Notice of Deposition of Patrick Byrne and Notice of Deposition of Jonathan E. Johnson, III and Motion for Protection* by BTG International Inc., Infonautics Corporation, Tucows Inc.. (Attachments: # 1 Exhibit A through H)(Lydon, Tiffany) (Entered: 12/13/2005) |
| 12/14/2005 | 334 | NOTICE OF SERVICE of (1) Defendant Amazon.com, Inc.'s Second Set of Requests for Admission to BTG International, Inc. and (2) Amazon.com's Fourth Set of Interrogatories to Plaintiffs (No. 22) by Amazon.com Inc., Amazon Services Inc..(Keller, Karen) (Entered: 12/14/2005) |
| 12/14/2005 | 335 | REPLY to Response to Motion re 312 MOTION to Quash *Plaintiff BTG's Notice of Deposition of Patrick Byrne and Notice of Deposition of Jonathan E. Johnson, III and Motion for Protection (Overstock.com's Reply in Support of its Motion to Quash Plaintiff BTG's Notice of Deposition of Patrick Byrne and Notice of Deposition of Jonathan E. Johnson, III and Motion for Protection)* filed by Overstock.com Inc.. (Margules, David) (Entered: 12/14/2005) |
| 12/14/2005 | 336 | SEALED MOTION for Leave to be Heard and for Clarification Regarding the Court's December 2, 2005 Order and for a Partial Stay Pending the Court's Decision - filed by BTG International Inc., Infonautics Corporation, Tucows Inc.. (Lydon, Tiffany) (Entered: 12/14/2005) |
| 12/15/2005 | 337 | Letter to The Honorable Sue L. Robinson from David J. Margules regarding Follow Up Letter from Defendants' with updated chart of 36 documents to be submitted for in camera inspection - re 324 Order,, 332 Letter. (Margules, David) (Entered: 12/15/2005) |
| 12/15/2005 | 338 | STIPULATION and Order as to Date and Admissibility of Publication by BTG International Inc., Amazon.com Inc., Amazon Services Inc., Overstock.com Inc., Infonautics Corporation, Tucows Inc.. (Shaw, John) (Entered: 12/15/2005) |
| 12/15/2005 | 339 | NOTICE of (Notice of Subpoena Directed to Susan Gray) by Overstock.com Inc. (Margules, David) (Entered: 12/15/2005) |
| 12/16/2005 | 340 | ORDER granting the emergency request for relief from the court's 12/2/05 order to the following extent: The December 2, 2005 order is stayed pending resolution of pltfs.' motion for leave to be heard and for clarification (D.I. 336). Pltfs. shall pay the costs of these proceedings, should the court deny their request for relief on the merits. Signed by Judge Sue L. Robinson on 12/16/05. (rld, ) (Entered: 12/16/2005) |
| 12/16/2005 |  | SO ORDERED, re 331 MOTION for Pro Hac Vice Appearance of |

| | | |
|---|---|---|
| | | Admission to BTG International, Inc. by Amazon.com Inc., Amazon Services Inc..(Bissell, Rolin) (Entered: 12/27/2005) |
| 12/29/2005 | 351 | NOTICE of Subpoena directed to Lincoln Stein by Amazon.com Inc., Amazon Services Inc. (Keller, Karen) (Entered: 12/29/2005) |
| 12/29/2005 | 352 | NOTICE OF SERVICE of Notice to Take Telephonic Deposition of Lincoln Stein by Amazon.com Inc., Amazon Services Inc..(Keller, Karen) (Entered: 12/29/2005) |
| 12/29/2005 | 353 | NOTICE OF SERVICE of First Set of Requests for Admission to Infonautics Corporation by Amazon.com Inc., Amazon Services Inc..(Keller, Karen) (Entered: 12/29/2005) |
| 12/29/2005 | 354 | NOTICE OF SERVICE of Second Set of Requests for Admission to Tucows, Inc. by Amazon.com Inc., Amazon Services Inc..(Keller, Karen) (Entered: 12/29/2005) |
| 12/30/2005 | | Counsel is hereby notified to view Chief Judge Robinson's website for the most recent version of the Scheduling Order for patent cases noting the revisions/additions to paragraphs numbered 7 and 8(c). (Visit www.ded.courts.gov following these links: Chambers of Chief Judge Robinson; Forms; Scheduling Orders; Patent.) (rld, ) (Entered: 12/30/2005) |
| 01/03/2006 | 355 | NOTICE OF SERVICE of (1) Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 5-6) and (2) Defendant Amazon.com Inc.'s and Amazon Services Inc.'s Supplemental Objections and Responses to Plaintiff's First Set of Requests for Admissions (Nos. 1-2) by Amazon.com Inc., Amazon Services Inc..(Keller, Karen) (Entered: 01/03/2006) |
| ==01/03/2006== | ==356== | ==SEALED REPLY BRIEF re 336 SEALED MOTION for Leave to be Heard and for Clarification Regarding the Court's December 2, 2005 Order and for a Partial Stay Pending the Court's Decision filed by BTG International Inc., Infonautics Corporation, Tucows Inc.. (Day, John) (Entered: 01/03/2006)== |
| 01/04/2006 | 357 | NOTICE to Take Deposition of Brian Schuster on January 11, 2006 by BTG International Inc., Infonautics Corporation, Tucows Inc..(Lydon, Tiffany) (Entered: 01/04/2006) |
| 01/04/2006 | 358 | NOTICE OF SUBSTITUTION OF COUNSEL re Overstock.com Inc.: Entry of appearance of attorney John M. Seaman. Attorney Karen L. Pascale terminated. (Seaman, John) (Entered: 01/04/2006) |
| 01/04/2006 | | (Court only) *** Attorney Karen L. Pascale terminated. (fmt, ) (Entered: 01/04/2006) |
| 01/04/2006 | | SO ORDERED, re 349 Stipulation filed by Amazon.com Inc.,, BTG International Inc.,, Amazon Services Inc.,, Overstock.com Inc.,, Infonautics Corporation,, Tucows Inc.,, Re-Setting the following Scheduling Order Deadlines: All opinions of cnsl. which a party intends to rely at trial re claim of willful infringement shall be identified and |

|  |  |  |
|---|---|---|
|  |  | 01/20/2006) |
| 01/23/2006 | 382 | NOTICE OF SERVICE of Overstock.com, Inc.'s Objections and Answers to Plaintiffs' Fourth Set of Interrogatories re 344 Notice of Service by Overstock.com Inc.. Related document: 344 Notice of Service filed by BTG International Inc.,, Infonautics Corporation,, Tucows Inc.,. (Seaman, John) (Entered: 01/23/2006) |
| 01/25/2006 | 383 | STIPULATION TO EXTEND TIME deadline for opening expert reports on issues for which the parties have the burden of proof to February 3, 2006 - filed by BTG International Inc., Amazon.com Inc., Amazon Services Inc., Overstock.com Inc., Infonautics Corporation, Tucows Inc.. (Lydon, Tiffany) (Entered: 01/25/2006) |
| 01/26/2006 |  | SO ORDERED, re 383 STIPULATION TO EXTEND TIME deadline for opening expert reports on issues for which the parties have the burden of proof to February 3, 2006 filed by Amazon.com Inc.,, BTG International Inc.,, Amazon Services Inc.,, Overstock.com Inc.,, Infonautics Corporation,, Tucows Inc., . Signed by Judge Sue L. Robinson on 1/26/06. (rld, ) (Entered: 01/26/2006) |
| 01/27/2006 | 384 | STIPULATION TO EXTEND TIME (Amend the Scheduling Order to Extend Fact Discovery for the Limited Purpose of Completing Third-Party Discovery of Linkshare Corporation) to February 24, 2006 - filed by Overstock.com Inc.. (Seaman, John) (Entered: 01/27/2006) |
| ==01/27/2006== | ==385== | ==SEALED OPENING BRIEF in Support *(Defendants' Brief on the Common Interest Privilege)* filed by Amazon Services Inc., Overstock.com Inc..Answering Brief/Response due date per Local Rules is 2/10/2006. (Seaman, John) (Entered: 01/27/2006)== |
| 02/01/2006 |  | SO ORDERED, re 384 STIPULATION TO EXTEND TIME (Amend the Scheduling Order to Extend Fact Discovery for the Limited Purpose of Completing Third-Party Discovery of Linkshare Corporation) to February 24, 2006 filed by Overstock.com Inc . Signed by Judge Sue L. Robinson on 2/1/06. (rld, ) (Entered: 02/01/2006) |
| 02/03/2006 | 386 | REDACTED VERSION of 385 Opening Brief in Support *(REDACTED PUBLIC VERSION - Defendants' Brief on the Common Interest Privilege)* by Overstock.com Inc.. (Attachments: # 1 Exhibit Exhibits A-K# 2 Exhibit Exhibits L-M# 3 Exhibit Exhibits N-O)(Seaman, John) (Entered: 02/03/2006) |
| 02/03/2006 | 387 | STIPULATION TO EXTEND TIME to serve Expert Reports between BTG Int'l Inc. and Amazon.com, Inc. to February 13, 2006 - filed by BTG International Inc., Amazon.com Inc., Amazon Services Inc., Infonautics Corporation, Tucows Inc.. (Shaw, John) (Entered: 02/03/2006) |
| 02/06/2006 | 388 | NOTICE OF SERVICE of Expert Report of Dr. Ward A. Hanson, Expert Report of Douglas Ahlers and the Expert Report of Dr. Roy T. Fielding by Overstock.com Inc..(Seaman, John) (Entered: 02/06/2006) |
|  |  |  |

| | | |
|---|---|---|
| 02/06/2006 | 389 | NOTICE OF SERVICE of Expert Report of Christian B. Hicks and Expert Report of James J. Nawrocki by BTG International Inc., Infonautics Corporation, Tucows Inc..(Lydon, Tiffany) (Entered: 02/06/2006) |
| 02/07/2006 | 390 | NOTICE OF SERVICE of AMENDED - Notice of Service of the Expert Report of Dr. Ward A. Hanson, Expert Report of Douglas Ahlers and the Expert Report of Dr. Roy T. Fielding re 388 Notice of Service by Overstock.com Inc.. Related document: 388 Notice of Service filed by Overstock.com Inc.,.(Seaman, John) (Entered: 02/07/2006) |
| 02/08/2006 | | SO ORDERED, re 387 STIPULATION TO EXTEND TIME to serve Expert Reports between BTG Int'l Inc. and Amazon.com, Inc. to February 13, 2006 filed by Amazon.com Inc.,, BTG International Inc.,, Amazon Services Inc.,, Infonautics Corporation,, Tucows Inc., . Signed by Judge Sue L. Robinson on 2/8/06. (rld, ) (Entered: 02/08/2006) |
| 02/13/2006 | 391 | **SEALED ANSWERING BRIEF in Opposition *to Defendants' opening brief on common interest privilege D.I. 385,* filed by BTG International Inc., Infonautics Corporation, Tucows Inc..Reply Brief due date per Local Rules is 2/21/2006. (Lydon, Tiffany) Modified on 2/21/2006 (fmt, ). (Entered: 02/13/2006)** |
| 02/13/2006 | 392 | STIPULATION TO EXTEND TIME and Order to Extend Deadlines for Expert Reports, Supplementation of Interrogatory Answers, Rebuttal Expert Reports, and Expert Discovery Between BTG Int'l Inc. and Amazon.com, Inc. to February 20 and 22, 2006, and March 3 and 10, 2006 - filed by BTG International Inc., Amazon.com Inc., Amazon Services Inc., Infonautics Corporation, Tucows Inc.. (Shaw, John) (Entered: 02/13/2006) |
| 02/16/2006 | | SO ORDERED, re 392 STIPULATION TO EXTEND TIME and Order to Extend Deadlines for Expert Reports, Supplementation of Interrogatory Answers, Rebuttal Expert Reports, and Expert Discovery Between BTG Int'l Inc. and Amazon.com, Inc. to February 20 and 22, 2006, and Marc filed by Amazon.com Inc.,, BTG International Inc.,, Amazon Services Inc.,, Infonautics Corporation,, Tucows Inc., ReSetting Deadlines/Hearings: Expert reports due 2/20/06; Suppl. to Interoggatory Answers due 2/22/06; Rebuttal expt. rpts. due 3/3/06; Expert Discovery due by 3/10/2006. Signed by Judge Sue L. Robinson on 2/16/06. (rld, ) (Entered: 02/16/2006) |
| 02/16/2006 | 393 | STIPULATION Extending Fact Discovery for the Limited Purpose of Completing Discovery of Linkshare Corporation by BTG International Inc., Infonautics Corporation, Tucows Inc.. (Day, John) (Entered: 02/16/2006) |
| 02/20/2006 | 394 | STIPULATION and Order to Extend Deadlines for Expert Reports, Supplementation of Interrogatory Answers, Rebuttal Expert Reports, and Expert Discovery Between BTG Int'l Inc. and Amazon.com, Inc. re [41] Proposed Order by BTG International Inc., Amazon.com Inc.. (Squire, Monte) (Entered: 02/20/2006) |
| | | |

| | | |
|---|---|---|
| 02/20/2006 | 395 | SEALED REPLY BRIEF *(Defendants' Reply Brief on the Common Interest Privilege) (In Reply to D.I. 391)* filed by Amazon.com Inc., Amazon Services Inc., Overstock.com Inc.. (Seaman, John) Modified on 2/21/2006 (fmt, ). (Entered: 02/20/2006) |
| 02/21/2006 | 396 | REDACTED VERSION of 391 Answering Brief in Opposition, *to the Common Interest Privilege* by BTG International Inc., Infonautics Corporation, Tucows Inc.. (Lydon, Tiffany) (Entered: 02/21/2006) |
| 02/22/2006 |  | SO ORDERED, re 393 Stipulation to extend FACT Discovery for limited purpose of completing discovery of third party Linkshare Corp. filed by BTG International Inc.,, Infonautics Corporation,, Tucows Inc., . Signed by Judge Sue L. Robinson on 2/22/06. (rld, ) (Entered: 02/22/2006) |
| 02/22/2006 |  | SO ORDERED, re 394 Stipulation, filed by Amazon.com Inc.,, BTG International Inc., Extending Scheduling Order Deadlines: Expert Rpts. due 2/27/06; Suppl. Interrog. answers due 2/27/06; Rebuttal Expt. Rpts. due 3/6/06;Expert Discovery due by 3/13/2006. Signed by Judge Sue L. Robinson on 2/22/06. (rld, ) (Entered: 02/22/2006) |
| 02/23/2006 | 397 | NOTICE OF SERVICE of Supplemental Answer to Defendant Overstock.com, Inc.'s Interrogatory Nos. 1, 4, 7, 8 and 12 by BTG International Inc., Infonautics Corporation, Tucows Inc..(Lydon, Tiffany) (Entered: 02/23/2006) |
| 02/27/2006 | 398 | NOTICE OF SERVICE of Overstock.com, Inc.'s Supplemental Objections and Responses to Plaintiffs' Interrogatory Nos. 1, 2, 5, 6, 8, 9 and 10 by Overstock.com Inc..(Seaman, John) (Entered: 02/27/2006) |
| 02/27/2006 | 399 | REDACTED VERSION of 395 Reply Brief *(REDACTED - Defendants' Reply Brief on the Common Interest Privilege)* by Amazon Services Inc., Overstock.com Inc.. (Seaman, John) (Entered: 02/27/2006) |
| 02/27/2006 | 400 | MOTION for Extension of Time to *Serve Expert Reports and Supplementation of Interrogatory Answers* - filed by Amazon.com Inc., Amazon Services Inc.. (Attachments: # 1 Text of Proposed Order) (Squire, Monte) (Entered: 02/27/2006) |
| 03/01/2006 | 401 | PROPOSED ORDER Of Dismissal with Prejudice re [1] Complaint by BTG International Inc., Amazon.com Inc., Amazon Services Inc., Infonautics Corporation, Tucows Inc.. (Squire, Monte) (Entered: 03/01/2006) |
| 03/02/2006 |  | SO ORDERED, mooting 400 MOTION for Extension of Time to *Serve Expert Reports and Supplementation of Interrogatory Answers; granting 401 Stipulation of Dismissal with Prejudice.* Signed by Judge Sue L. Robinson on 3/2/06. (fmt, ) (Entered: 03/02/2006) |
| 03/09/2006 |  | (Court only) *** Party Amazon Services Inc.; Amazon Services Inc.; Amazon Inc.; Amazon.com Inc.; Amazon.com Inc.; Amazon.com Inc.; Amazon Services Inc. and Amazon Services Inc. terminated., *** Attorney Karen Elizabeth Keller; Jeffrey S. Love; John W. Shaw; Todd M. Siegel; Kristin L. Cleveland and John G. Day terminated, PER D.I. |