OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2007

John G. Day, ESQ.
Ashby & Geddes
Email:jday@ashby-geddes.com

RE: **BTG Intl Inc. v. Amazon.com Inc., et al..**
**Civ. No.** 04-cv-1264-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS: 146,150,299,328,336,356,391.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents

on  8/15/07 .

Signature _____

2007 AUG 15 AM 11:19
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE