OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 15, 2007

John. W. Shaw, ESQ.
Young, Conaway, Stargatt & Taylor
Email:jshaw@ycst.com

RE: **BTG Intl Inc. v. Amazon.com Inc., et al..**
   **Civ. No.** 04-cv-1264-SLR

Dear Counsel:

   Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS: 1
152,385,395.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

   I hereby acknowledge receipt of the above mentioned documents on  8/15/07  .

Signature _____