OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 14, 2007

Karen L. Pascale, ESQ.
Young Conaway Stargatt & Taylor, LLP
Email: kpascale@ycst.com

    RE: **BTG Intl Inc. v. Amazon.com Inc., et al..**
        Civ. No. 04-cv-1264-SLR

Dear Counsel:

    Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS: 147,298 .

    A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

    I hereby acknowledge receipt of the above mentioned documents

on  9/14/07  .

_____
Signature